UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
2019 JAN 30  AM 11: 39

FILED

| | |
|---|---|
| JOHN DOE[1], | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| TRUSTEES OF DARTMOUTH COLLEGE, | ) |
| Defendant, | ) |

## PLAINTIFF'S MOTION TO FILE APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS UNDER SEAL

Pursuant to Local Rule 83.12, plaintiff moves for leave to file his application to proceed in district court without prepaying fees or costs under seal.

Plaintiff requests that the court allow him to file this application under seal for the same reasons explained in the motion to proceed under a pseudonym filed concurrently with this motion, and because the form contains the plaintiff's identity. Plaintiff requests the materials be given a Level II seal with an expiration date of January 2118.

Date:____1/25/2019____                                   Respectfully submitted,

                                                          John Doe

1