UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH

2019 JAN 30 AM 11: 39

FILED

JOHN DOE[1],

Plaintiff,

v.

Civil Action No.

TRUSTEES OF DARTMOUTH COLLEGE,

Defendant,

## PLAINTIFF'S MOTION TO FILE AFFIDAVIT UNDER SEAL

Pursuant to Local Rule 83.12, plaintiff moves for leave to file under seal a financial affidavit containing his true identity, address, email, and phone number.

Plaintiff requests that the court allow him to file this affidavit under seal for the same reasons explained in the motion to proceed under a pseudonym filed concurrently with this motion. Plaintiff requests the materials be given a Level II seal with an expiration date of January 2118.

Date:____1/25/2019____

Respectfully submitted,

John Doe