**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** John Doe | **COURT CASE NUMBER** 19-cv-109-SM |
| **DEFENDANT** Trustees of Dartmouth College | **TYPE OF PROCESS** Order 2/8/2019, Complaint & Summons |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Dana Scaduto
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 63 South Main St, #301, Hanover, NH 03748

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk's Office
U.S. District Court for the District of New Hamsphire
55 Pleasant Street
Concord, NH 03301-3941

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 603 225-1423
DATE: 2/8/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 49
District to Serve No.: 49
Signature of Authorized USMS Deputy or Clerk: Pete Renaud
Date: 2/8/19

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Office of General Counsel, Dartmouth College

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 3/5/19   Time: 2:15 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130 | 65.27 | | | | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH
2019 FEB -8 PM 4: 19

John Doe
  *Plaintiff(s)*
v.

Trustees of Dartmouth College
  *Defendant(s)*

Civil Action No. 1:19-cv-109-SM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  Dana Scaduto
  63 South Main St 301
  Hanover, NH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  John Doe

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

  *CLERK OF COURT*

Date: February 8, 2019

  DANIEL J. LYNCH, Clerk

  with ECF Notice attached.

  By: /s/ Lianne Lavigne, Deputy Clerk

  Feb 08, 2019

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-109-SM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dana Scaduto
was received by me on *(date)* 2/8/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Office of General Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* Dartmouth
College on *(date)* 3/5/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 65.27 for travel and $ 130 for services, for a total of $ 195.27   0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/19

Server's signature

Brandon Wilson  DUSM
Printed name and title

55 Pleasant St Concord, NH 03301
Server's address

Additional information regarding attempted service, etc:
Return Address: