UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JOHN DOE[1],

    Plaintiff,

v.

TRUSTEES OF DARTMOUTH COLLEGE,

    Defendant,

Civil Action No.
1:19-cv-00109-SM

## PLAINTIFF'S MOTION TO OBTAIN ECF ACCESS

Plaintiff files this motion in order to request access to the New Hampshire Electronic Court Filing system. Plaintiff was previously assigned an ECF login and password by this court, and asks that he be granted permission to file documents in this case using those credentials, or assigned a new login and password for an account that can be used to file documents in this case.

Date:  3/29/2019

Respectfully submitted,

John Doe

Signature:  John Doe

1