UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
2019 APR -2  AM 10: 07

FILED

| | |
|---|---|
| JOHN DOE[1], | |
| Plaintiff, | Civil Action No. |
| v. | 1:19-cv-00109-SM |
| TRUSTEES OF DARTMOUTH COLLEGE, | |
| Defendant, | |

### PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF

Plaintiff files this motion to seek clarification, and request relief pertaining to an order issued by Judge Steven J. McAuliffe on 2/8/2019.

In order dated 2/8/2019, Judge Steven J. McAuliffe ordered Plaintiff to show cause why a previously issued order should not be adopted in this case "within 30 days of the defendant's appearance." Plaintiff interpreted the previously quoted phrase to mean "within 30 days after the defendant has filed their response." Plaintiff files this motion to ask that if he has misinterpreted the meaning of the quoted phrase, that the deadline be changed to 4/24/19.

Date:___3/29/2019___                                            Respectfully submitted,

                                                                John Doe

                                            Signature:___John Doe___

1