UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
_____
                                    )
JOHN DOE,                           )
                                    )
        Plaintiff,                  )
                                    )    Civil Action No.
    v.                              )    1:19-cv-00109-SM
                                    )
TRUSTEES OF DARTMOUTH COLLEGE,      )
                                    )
        Defendant,                  )
_____)
```

## PLAINTIFF'S MOTION TO OBTAIN ECF ACCESS

Plaintiff files this motion in order to request access to the New Hampshire Electronic Court Filing system. Plaintiff was previously assigned an ECF login and password by this court, and asks that he be granted permission to file documents in this case using those credentials, or assigned a new login and password for an account that can be used to file documents in this case. On 4/11/2019, Jennifer Lawrence of Dartmouth's counsel assented to this motion.

Date: 4/12/2019

Respectfully submitted,

John Doe

Signature: *John Doe*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the following document was sent electronically to Dana Scaduto of Dartmouth General Counsel, at the following address provided by the defendant, on 4/12/2019;

Dana.Scaduto@dartmouth.edu.

Date: 4/12/2019John Doe

Signature: *John Doe*