# Exhibit 1

# Dartmouth Community Standards of Conduct[1]

## Preamble

Students and student organizations at Dartmouth College accept membership in an academic community dedicated to the pursuit of intellectual and personal growth. Dartmouth seeks to provide educational opportunities of excellence, both in and outside the classroom, to assist students to develop critical thinking, integrity, judgment, appreciation of cultural and ethnic diversity, as well as social and ethical values necessary for community life. Dartmouth College expects its students and student organizations to conduct themselves in a manner which is consistent with the institutional community's pursuit of its educational objectives. The integrity of the Dartmouth community depends upon students' and student organizations' acceptance of individual responsibility and respect for the rights of others. All Dartmouth students and student organizations must abide by College policies.

The College has developed a set of Standards of Conduct which govern the behavior and activities of individual students and student organizations on or off campus. Violation of the Standards set forth below may subject individuals or recognized organizations to disciplinary action. Changes in the enumeration or definition of these Standards may take place from time to time, and such changes take effect upon appropriate notice to the Dartmouth community by the Vice Provost of Student Affairs.

Students and recognized organizations have an obligation to obey the rules and regulations governing disciplinary proceedings of the Committee on Standards (COS), the Organizational Adjudication Committee (OAC), the Vice Provost of Student Affairs, and other College authorities having disciplinary responsibility. Further, individuals and recognized organizations are obligated to obey the decisions of the COS, the OAC, the Vice Provost of Student Affairs, the Dean of the College, and the Undergraduate Deans and to meet, on request, with the deans, the staff of Judicial Affairs, and other College officials in the course of an investigation.

Dartmouth's undergraduate disciplinary system is not intended to address every social ill or every grievance one member of the community may have against another. There are many behaviors that most members of the community would find rude, disrespectful or obnoxious that violate no College regulation and are, therefore, not adjudicable under the disciplinary system. The fact that many behaviors are not adjudicable does not mean that the College does not take them seriously or fails to appreciate their negative impact on individuals or on the community. For example, the College has developed the "Principle of Community," which in itself is not adjudicable. In this context, there are responses which are more effective and more in keeping with the aspirations of an academic community: expressions of disapproval in the exchange of different ideas through free and open discussion and debate, mediation, or other restorative processes.

---

[1] Taken from the *2016-2017 Dartmouth College Student Handbook* http://student-affairs.dartmouth.edu/resources/student-handbook/

DARTMOUTH007963

Nevertheless, the College has established community standards of conduct which are adjudicable. The purpose of these standards and the system for implementing them is not simply to prohibit misbehavior and to punish violations of regulations. All communities, including academic communities like Dartmouth, have the need to articulate standards of conduct; to educate people about behavior and traits of character that the community wishes to promote or discourage; to protect members of the community from unwarranted interference or harm; to hold individuals and groups responsible for their actions and the consequences of their behavior; and to cultivate an environment conducive to the achievement of the community's purposes, in this case, the purpose of learning. In other words, codes or standards of conduct and disciplinary systems exist to articulate, preserve, and enforce the values of the community.

Students should recognize that student membership in the Dartmouth community is a privilege, and that certain types of misbehavior will result in temporary or, where appropriate, permanent revocation of membership. Students who have disciplinary cases pending are not eligible for a degree until the case has been resolved and the student has been restored to good standing. In any case in which penalties are imposed, the case is not resolved until the suspension, period of probation, or other penalty has been completed. Additionally, some disciplinary infractions may result in the revocation of certain student privileges including, but not limited to, driving College vehicles for College-sponsored activities, representing the College as an athlete, or participating in an off-campus program.

## Standard I

Students and student organizations must not engage in behavior which causes or threatens physical harm to another person or which would reasonably be expected to cause physical harm to another person "consensual" or not.

Examples of such behavior include but are not limited to:

- Conduct which places another in reasonable fear for safety or in danger of bodily harm;
- use or threat of physical violence or injurious conduct (whether directed at another, at oneself, or at an object);
- Hazing
- Dating violence, domestic violence, and stalking

## Standard II

Students and student organizations must not engage in behavior that threatens the safety, security or functioning of the College, the safety and security of its members, or the safety and security of others.

Examples of such behavior include, but are not limited to:

- **Disorderly conduct.** The College requires orderly conduct of all students while in Hanover and its environs, as well as at any College-related function or activity, whether

12

DARTMOUTH007964

in Hanover or elsewhere (including, for example, students on off-campus programs or players and spectators at "away" athletic contests). Any disruption of the orderly processes of the College.

- **Coercion, harassment or hazing.**
  - Harassment is defined as abusive behavior or conduct that is targeted at an individual or group and is ordinarily repeated.
  - Coercion refers to the use of authority, intimidation, or threat to compel a person to engage in an activity against that person's will. Coercion threatens a substantial harm to the other person's membership or status in the community; personal relationships; professional or academic reputation or opportunities; extracurricular opportunities; or financial security.  Such behavior directed towards a third party, such as an immediate family member or close friend, may also constitute coercion. Coercive behavior may include, but is not limited to, threatening to accuse someone of illegal activity; threatening to expose a secret that could subject the person to hatred, contempt, or ridicule or otherwise compromise that person's standing in the community; threatening to disseminate sexual images of the other person; or use of a position of authority to take or withhold action against the other person.
  - Hazing is defined in Dartmouth's Hazing Policy.
- Stalking**.** Stalking is defined as a course of conduct (i.e., a pattern of behavior of two or more acts over a period of time) directed at a specific person that would cause a reasonable person to (a) fear for personal safety or the safety of others, or (b) suffer substantial emotional distress. (See Sexual Harassment, Domestic Violence, Dating Violence and Stalking Policy)
- Students may not operate a motor vehicle while under the influence of alcohol or other drugs.  (See Alcohol and other Drugs Policy.)
- Students may not possess any falsified instrument of identification.
- Students must comply with the College policy on weapons concerning the possession or use of conventional firearms, air guns, gas-powered guns, slingshot devices, knives, swords, fireworks, or other explosives.
- Tampering or interference with, as well as destruction or misuse of, fire-safety, fire-prevention, or other emergency equipment is prohibited.
- Tampering with locks to College buildings, unauthorized possession or use of College keys or access cards, and the alteration or duplication of College keys or access cards is prohibited.
- Unauthorized entry or presence in private rooms, offices, or other restricted areas including campus construction sites and roofs. This standard applies to sporting events as well, where unauthorized presence in reserved, restricted, recognized and/or posted areas, on athletic playing surfaces, tracks, or sidelines is prohibited. (See Buildings and Facilities Policy)
- Misappropriation (theft or unauthorized use) of, negligent damage, or intentional damage to personal or College property is prohibited.
- In general, any conduct which interferes with the College's responsibility to protect the health and safety of its members or visitors, to protect College property or the property of others, to carry out its functions, or to provide its members and others with services would also be in violation of this standard.

DARTMOUTH007965

## Standard III

Students and student organizations are prohibited from engaging in sexual misconduct of any kind.

Sexual misconduct includes, but is not limited to:

- Participating in, soliciting, directing, or assisting in sexual misconduct.
- Unwanted or unwelcome touching of a sexual nature, including fondling; penetration of the mouth, anus, or vagina, however slight, with a body part or object; or other sexual activity that occurs without valid consent.
- Conduct of a sexual nature that creates an intimidating or hostile environment, or when submission to such conduct is made a term or condition of an individual's education, living environment, employment, or participation in a College-related activity or program (*quid pro quo*).
- Conduct of a sexual nature which reasonably would be expected to have the effect of threatening or intimidating the person at whom such conduct is directed; including, but not limited to, stalking.

Retaliation against any person making a report of sexual misconduct or participating in an investigation of sexual misconduct is also prohibited.

Students who report they were subjected to sexual misconduct will not be charged for violations of Dartmouth's Alcohol or Other Drug Policy in connection with events leading to the report of misconduct.

The behaviors encompassed by this standard will incur the most serious sanctions the College can impose, up to and including separation. In some instances, the mandatory sanction will be that of permanent separation (i.e. expulsion) from the College.

See also the Unified Disciplinary Procedures for Sexual Assault by Students and Student Organizations and Sexual Harassment, Domestic Violence, Dating Violence and Stalking Policy.

## Standard IV

Students and student organizations shall abide by the College's Student Alcohol and Other Drugs Policy.

## Standard V

Students and student organizations shall abide by the Academic Honor Principle. (See also *Sources and Citations at Dartmouth*)

DARTMOUTH007966

# Standard VI

Students and student organizations are subject to disciplinary action for violation of the laws of any jurisdiction, whether local, state, federal, or foreign. Evidence of a conviction, including a plea agreement, in a court proceeding, or written admission of a violation of this standard shall be conclusive as to a violation of law. Pendency of an appeal of a conviction shall not affect the application of this standard.

In cases where a student's criminal or court record is expunged, the student can petition to Judicial Affairs to have the sanction that resulted from the criminal record removed from the student's disciplinary file. Discipline that is a result of conduct that came to the attention of the College outside of the criminal process will not normally be removed from the file and any disciplinary action that followed the criminal activity will not normally be changed.

In some situations, conduct that may violate the law may also violate other Standards of Conduct. The possibility that a student may face criminal charges does not limit the JAO's ability to proceed with the disciplinary procedures set forth herein. The College will take independent action based on misconduct that violates College Standards of Conduct, regardless of the status or outcome of any criminal proceedings.

# Standard VII

Students and student organizations must abide by College policies, rules, and regulations.

These include, but are not limited to, those policies, rules, or regulations published in the undergraduate Student Handbook or any other official College publications, as well as the operating regulations (both written and oral) of academic and non-academic offices, centers, classrooms, laboratories, and departments of the College.

# Standard VIII

Students and student organizations must not intentionally disrupt, interfere with, or obstruct teaching, research, or College administration.

Actions among those considered to constitute intentional disruption of the orderly processes of the College include, but are not limited to, the following:

- The unauthorized entry into, or occupation of a private office, work area, or a closed and/or posted College building;
- The failure to maintain clear passage into, out of, or to any part of a College building or passageway;
- Conduct that interferes with normal activities or movements in a building, including the failure to vacate a building or office at its normal closing time (the presence of College employees or other authorized individuals in a building or office after hours does not alter the normal closing time);

DARTMOUTH007967

- Conduct that restricts or prevents College employees from performing their duties; or
- Conduct (including by way of example, obstruction, noise, or the display of banners or objects) that prevents or disrupts the effective carrying out of a College function or approved activity, such as classes, lectures, meetings, interviews, ceremonies, and public events.

Interference with fair and equal access to the computing and library resources of the College is also prohibited by this standard.

Students must also abide by the Spectator Policy for athletic events.

## Standard IX

Students and student organizations must not intentionally fail to comply with the directives of the College nor misrepresent themselves to College officials.

Examples of such behavior include, but are not limited to:

- Failure to comply with the directions of law enforcement officers or College officials acting in the performance of their duties.
- Knowingly providing false information or making misrepresentations to any College officer, College committee, duly-recognized College organization, or member of the College community acting on behalf of the College; or in any way misrepresenting to any individual or agency their status at, or relationship with, the College (e.g., enrolled, graduated, authorized to represent, etc.).
- Students are obligated to provide College personnel with accurate identification upon request.
- Students may not forge, alter, or misrepresent information presented during the admission or readmission process.  They may not otherwise make false statements during the admission or readmission process.
- Students may not forge, alter, and/or use or possess without authorization College documents, records, billing numbers, or instruments of identification.
- Failure to comply with disciplinary sanctions imposed by the College.

In addition, students, including witnesses, must cooperate fully in the course of the investigation and disposition of possible violations of the Standards of Conduct. Cooperation may include meeting with or communicating honestly with Safety and Security, the Office of Judicial Affairs, deans, or other College officials as requested. Students, including witnesses, are expected to participate in disciplinary hearings as requested. It is an expectation of citizenship in this community that students with information about possible violations of community standards respond and participate when called. Failure to do so may result in disciplinary sanctions.

DARTMOUTH007968

# The Academic Honor Principle

On February 13, 1962, the Dartmouth College Faculty passed unanimously the following resolution; the text was updated by Faculty vote on May 17, 1999: Whereas, on February 1, 1962, a majority vote of the student body adopted the principle that "all academic activities will be based on student honor" and thereby accepted the responsibility, individually and collectively, to maintain and perpetuate the principle of academic honor.

Therefore be it resolved that,

1. The Faculty of Dartmouth College, in recognizing the responsibility of students for their own education, assumes intellectual honesty and integrity in the performance of academic assignments, both in the classroom and outside. Each student upon enrollment at Dartmouth College accepts this responsibility with the understanding that any student who submits work which is not his or her own violates the purpose of the College and is subject to disciplinary actions, up to and including suspension and separation.
2. The Faculty recognizes its obligation: (a) to provide continuing guidance as to what constitutes academic honesty; (b) to promote procedures and circumstances which will reinforce the principle of academic honor; (c) to review constantly the effective operation of this principle.
3. The practice of proctoring examinations is hereby discontinued, though a teacher may be present at appropriate times for the purpose of administration or to answer questions.
4. The Committee on Standards shall undertake: (a) to publish and interpret the Resolution on Academic Honor to the student body each year; (b) to adjudicate reported violations according to established procedures; (c) to review constantly the effective operation of this principle and, if necessary, make recommendations to the Faculty for maintaining the spirit of this Resolution.

The faculty, administration, and students of Dartmouth College recognize the Academic Honor Principle as fundamental to the education process. Any instance of academic dishonesty is considered a violation of the Academic Honor Principle. Fundamental to the principle of independent learning are the requirements of honesty and integrity in the performance of academic assignments, both in and out of the classroom. Dartmouth operates on the principle of academic honor, without proctoring of examinations. Students who submit work which is not their own, or commit other acts of academic dishonesty, violate the purposes of the College and are subject to disciplinary actions, up to and including suspension or separation.

The Academic Honor Principle depends on the willingness of students, individually and collectively, to maintain and perpetuate standards of academic honesty. Each Dartmouth student accepts the responsibility to be honorable in the student's own academic affairs, as well as to support the Principle as it applies to others.

Any student who becomes aware of a violation of the Academic Honor Principle is bound by honor to take some action. The student may report the violation, speak personally to the student observed in violation of the Principle, exercise some form of social sanction, or do whatever the student feels is appropriate under the circumstances. If Dartmouth students stand by and do

DARTMOUTH007969

nothing, both the spirit and operation of the Academic Honor Principle are severely threatened. A number of actions are specifically prohibited by the Academic Honor Principle. These focus on plagiarism and on academic dishonesty in the taking of examinations, the writing of papers, the use of the same work in more than one course, and unauthorized collaboration. This list of examples covers the more common violations but is not intended to be exhaustive.

1. **Examinations.** Any student giving or receiving assistance during an examination or quiz violates the Academic Honor Principle.
2. **Plagiarism.** Any form of plagiarism violates the Academic Honor Principle. Plagiarism is defined as the submission or presentation of work, in any form, that is not a student's own, without acknowledgment of the source. With specific regard to papers, a simple rule dictates when it is necessary to acknowledge sources. If a student obtains information or ideas from an outside source, that source must be acknowledged. Another rule to follow is that any direct quotation must be placed in quotation marks, and the source immediately cited. Students are responsible for the information concerning plagiarism found in *Sources and Citations at Dartmouth*.
3. **Use of the same work in more than one course.** Submission of the same work in more than one course without the prior approval of all professors responsible for the courses violates the Academic Honor Principle. The intent of this rule is that a student should not receive academic credit more than once for the same work product without permission. The rule is not intended to regulate repeated use of an idea or a body of learning developed by the student, but rather the identical formulation and presentation of that idea. Thus the same paper, computer program, research project or results, or other academic work product should not be submitted in more than one course (whether in identical or rewritten form) without first obtaining the permission of all professors responsible for the courses involved. Students with questions about the application of this rule in a specific case should seek faculty advice.
4. **Unauthorized Collaboration.** Whether or not collaboration in course work (labs, reports, papers, homework assignments, take-home tests, or other academic work for credit) is permitted depends on expectations established in individual courses. Students are sometimes encouraged to collaborate on laboratory work, for example, but told to write their laboratory reports independently. Students should presume that collaboration on academic work is not permitted, and that submission of collaborative work would constitute a violation of the academic honor principle, unless an instructor specifically authorizes collaboration. Students should not presume that authorization in one class applies to any other class, even classes in the same subject area. Students should discuss with instructors in advance any questions or uncertainty regarding permitted collaboration.

## Academic Honor Principle Sanctions

Given the fundamental nature of the Academic Honor Principle in an academic community, students should expect to be suspended if they engage in acts of academic dishonesty. Students who submit work which is not their own, or commit other acts of academic dishonesty, violate the purposes of the College and are subject to disciplinary action, up to and including suspension or separation. The COS will consider aggravating and mitigating factors, sanctions imposed in

DARTMOUTH007970

other Academic Honor Principle cases, and the student's prior disciplinary history in determining appropriate sanctions in individual cases. If a student is found responsible for violating the Academic Honor Principle, the COS acknowledges that the faculty may reserve the right to fail the student for the exercise, the course, or both.

# Faculty Guidelines for Responding to Violations of the Academic Honor Principle

(Voted by the Faculty of Arts and Sciences, May 23, 1983.)

An instructor who suspects that a student may have violated the Academic Honor Principle of the College should observe the following guidelines:

1. The instructor may want to discuss the suspected violation with the student(s) in order to determine that there has been no misunderstanding between the instructor and the student(s).
2. The instructor is strongly encouraged to test the validity of his or her suspicion by consulting a colleague or the department/program chair.
3. If, after consultation, the instructor believes that the suspicion is valid, the instructor should immediately bring the matter to the attention of the COS and should inform the department/program chair. Under no circumstances should the instructor who suspects a violation of the Academic Honor Principle attempt to resolve the matter independently or in camera with the student in question.

# Structure and Operation of the Undergraduate Disciplinary System

### Responsibility for Disciplinary Matters

The Trustees of Dartmouth College have ultimate authority for the structure and operation of the undergraduate disciplinary system at the College. The Trustees have delegated to the Vice Provost for Student Affairs and the Committee on Standards (COS) authority for promulgation, revision, and enforcement of rules concerning the disciplinary system as it relates to undergraduates, and to the Vice Provost for Student Affairs and the Organizational Adjudication Committee (OAC) as it relates to recognized undergraduate organizations. Regularly matriculated undergraduates and all special and exchange undergraduate students are subject to this authority. Students are subject to disciplinary action in accordance with this Handbook as soon as they arrive on campus to begin orientation activities (including DOC trips, pre-season athletic practices, and related programs). Prior to that date, any misconduct that comes to the attention of the College will be managed by the Office of Admissions and Financial Aid outside of the student disciplinary process, and may result in the College's decision to rescind the offer of admission.

DARTMOUTH007971

# Committee on Standards

## Purpose

The purpose of the COS is to hear cases involving undergraduates concerning violations of the Academic Honor Principle and the Standards of Conduct, cases involving academic standing and requirements, and cases involving appeals of certain registrarial actions.

## Composition and Selection

The COS shall be comprised as follows: (a) twelve members who shall be faculty members nominated by the Committee on Organization and Policy (COP) and elected by the faculty; (b) twelve members who shall be members of the sophomore, junior or senior classes, and who meet the requirements for service established by the Committee on Standards, six elected annually by the student body and six selected by the Vice Provost of Student Affairs; (c) eight members who shall be selected by the President, but not from the Office of the Vice Provost for Student Affairs. The COP, Student Assembly, Vice Provost for Student Affairs, and President shall ensure that a full complement of their respective members are available each term and shall appoint members as required to provide a full complement. Members of the Organizational Adjudication Committee (OAC) are eligible to serve as substitutes for members of the COS.  OAC and COS members are expected to participate in scheduled trainings during their term of service. The Director or Assistant Director of Judicial Affairs will normally be present at hearings, and may be asked to chair hearings when appropriate. The Vice Provost for Student Affairs shall designate staff to serve as Chair of the Committee on Standards.  The Vice Provost for Student Affairs, the Dean of the College, or a designee shall receive requests for review of COS outcomes following the procedures outlined in this Handbook.

## Misconduct Panels

A COS panel designated to hear a specific case shall consist of two faculty members, two students, one of the administrative members selected by the President, and the non-voting Chair. In the event that a hearing panel cannot be assembled from current COS members, current OAC members (who may serve as COS alternates) or former COS members who have agreed to reappointment, the Chair shall request the COP, Student Assembly, and/or President to appoint such additional members as are necessary to complete the panel.

## Academic Action Panels

Academic action matters, which involve the review of undergraduate academic standing and which do not include alleged Academic Honor Principle violations, are heard by a COS panel consisting of two faculty members, one of the administrative members selected by the President, and the non-voting COS Chair.

DARTMOUTH007972

**Registrarial Appeals Panels**

A Subcommittee of the COS, comprised of one faculty member, one of the members selected by the President, one student, the non-voting Registrar or a representative, and the non-voting COS Chair shall be impaneled to consider appeals of registrarial actions including but not limited to the following:

- Request for exemption or waiver from the summer term residence requirement.
- Request for partial exemption from the senior year requirement.
- Request for a thirteenth and fourteenth term in residence.
- Request for repetition of a course for grade only.
- Request for electing a two or four course load in more than three terms (subject to additional tuition).
- Request for late registration and fee waiver.
- Request to add or withdraw from a course after a deadline (with or without grade penalty). If the student seeks a late withdrawal, the request must be made to the Committee on Withdrawals, convened by the Registrar, by the posted termly deadline.
- Request for extension of the various deadlines relating to the non-recording option.
- Late request for change of enrollment pattern.
- Five-year enrollment plan.

Students must file with the Judicial Affairs Office (JAO) a written statement explaining the basis of the appeal, together with all relevant supporting materials, within seven days of the date of the Registrar's written decision.

**Reports to the Community**

The Judicial Affairs Office (JAO) releases an annual report on the Dartmouth Undergraduate Disciplinary System which includes information about individual and organizational student misconduct for the previous year.

# Disciplinary Procedures

**Initiation and Investigation of Reports**

The Judicial Affairs Office (JAO) shall be responsible for receiving all complaints and issuing allegations. Any student, faculty member, or employee may file a complaint regarding an undergraduate with the JAO. In addition, the JAO may conduct an investigation and initiate an allegation on the basis of information coming to its attention from any source. The JAO shall determine whether complaints or other information concerning a student shall result in formal disciplinary allegations.  The JAO shall coordinate the investigation and disposition of complaints and shall call upon other members of the College community for assistance as necessary.

DARTMOUTH007973

In some situations, conduct that may violate one of the Standards of Conduct may also be a violation of law. The possibility that a student may face criminal charges does not limit the JAO's ability to proceed with the disciplinary procedures set forth herein. The College will take independent action based on misconduct that violates College Standards of Conduct, regardless of the status or outcome of any criminal proceedings.

**Immediate Temporary Suspension**

The Vice Provost for Student Affairs, or a designee, has sole discretion to take immediate action to preserve and protect the safety and/or welfare of specific individuals on campus and/or the College community as a whole during an investigation and pending a hearing in a disciplinary case. This action includes (but is not limited to) restricting access to specific areas of campus or facilities, imposing no-contact orders or other expectations for interactions with specific individuals, requiring a medical assessment, removing a student from Dartmouth housing, restricting a student's living arrangements or activities, or any other action deemed appropriate under the circumstances.

The Vice Provost for Student Affairs, or a designee, may place a student on immediate temporary suspension pending a hearing when the student has been arrested on allegations of serious criminal behavior, or when the student allegedly has violated a standard of conduct and the Vice Provost concludes that the student poses a significant risk to the safety or educational environment of the community.

**Administrative Hearing**

Student misconduct which would not result in a suspension if the student were found responsible, will be addressed by a College hearing officer who will  after provide notice and an opportunity to be heard, may impose educational requirements, fines, and/or appropriate sanctions, including College Warnings, College Reprimands, or College Probation.

**COS Hearings**

The Director of Judicial Affairs shall determine whether information available in support of an allegation could result in suspension or separation if the student were found responsible. If suspension or separation is a possible outcome of a disciplinary hearing, the Director shall inform the student in writing and provide the student with copies of the available information related to the allegations. The student will have an opportunity to admit or deny the allegation within five days of the written notice of the allegations.

If the student denies the allegations or the facts in question, the case shall be referred to the Committee on Standards (COS) for a hearing.  However, if the allegation involves conducted covered by the Unified Disciplinary Procedures for Sexual Assault by Students and Student Organizations, the allegations will be addressed using those Procedures. If the student admits the allegations, the student may choose to request an individual hearing with the COS Chair, who may grant or deny the request depending on the nature of the case. If the Chair agrees to a one-on-one hearing, the Chair may impose any sanction appropriate to the circumstances. If the Chair

DARTMOUTH007974

denies the request for an individual hearing or if the student prefers to be heard by the Committee on Standards, the COS shall hear the case according to standard procedures and impose any sanction appropriate to the circumstances.

The JAO will be responsible for providing to the COS all relevant material relating to cases which come before it. In all Academic Honor Principle and Standards of Conduct cases referred to the COS, the COS will conduct a hearing in accordance with the procedures set forth under "Rights, Rules, and Responsibilities."

Where, after a hearing, the COS finds a student responsible for one or more violations, it will then recommend a sanction to the Chair, who will determine the sanction after consideration of the recommendation. If the Chair disagrees with the recommended sanction and the issue of sanction cannot be resolved within the COS, a designated Arbitrator will be called. If the designated Arbitrator cannot serve, the next ranked alternate shall serve. The President, with the advice of the Committee Advisory to the President (CAP), shall annually appoint an Arbitrator and two ranked Alternate Arbitrators at the last meeting of the CAP in each academic year.

When called in, the Arbitrator's authority shall be limited to choosing between the sanctions presented by the COS and the Chair. In making this choice, Arbitrators shall consider such portions of the record they deem appropriate and may consult with the COS, the Chair, and such other participants in the hearing as they deem appropriate. If the COS and the Chair reach agreement on sanction at any time before the Arbitrator renders a decision, the Arbitrator shall withdraw from the case and render no decision.

**Sexual Assault Investigations**

When information available suggests that a student (regardless of undergraduate or graduate student status) has sexually assaulted someone; aided, abetted or incited a sexual assault; and/or retaliated against someone bringing forth a report or participating in an investigation of a report, the College will follow the procedures described in the Unified Disciplinary Procedures for Sexual Assault by Students and Student Organizations. These procedures apply to conduct by graduate or undergraduate students occurring on or after June 18, 2014.  Reports concerning misconduct that is alleged to have occurred prior to that date by graduate students will continue to be subject to the previous disciplinary procedures in the school of enrollment.  Reports concerning misconduct that is alleged to have occurred prior to that date by undergraduate students will be subject to the disciplinary procedures of the COS and/or OAC.

If a student resigns after an allegation has been brought forward by the College, the resignation will be recorded on the student's transcript "with case pending".  If a student resigns before an allegation has been brought forward by the College, the Title IX Coordinator and the Director of Judicial Affairs may proceed with fact-finding to fulfill institutional obligations to the reporting student and the community.

DARTMOUTH007975

# Rights, Rules and Responsibilities

**Guidelines for COS Hearings**

Committee on Standards (COS) proceedings are administrative in nature and are not governed by the rights and rules that apply in a court of law. However, if a student is alleged to have violated the Academic Honor Principle or Standards of Conduct and must appear before the COS for a hearing, the disciplinary system does provide that student with certain rights and obligations. These, as well as the rules and responsibilities that govern COS hearing procedures, are described in this section.

All students who appear before the COS are expected to be familiar with the rules and procedures of the COS. New rules may take effect upon appropriate notice to the Dartmouth community by the Vice Provost for Student Affairs. In addition, the COS may enact, by simple majority vote, operating rules and procedures necessary to conduct its business so long as such rules and procedures are not inconsistent with the rules and procedures of the COS as set forth herein.

**Preparation**

1. Students alleged to have violated the Academic Honor Principle or one or more Standards of Conduct are expected to become familiar with the rules and regulations governing COS hearings and to keep themselves informed of developments in their case through frequent contact with the JAO and a trained advisor. Students are strongly encouraged to take advantage of the support and guidance the JAO and a trained COS advisor can provide.

**Advising**

1. Students admitting to disciplinary allegations may request a hearing with a COS Chair individually, without an advisor or observer present. Students responding to disciplinary allegations heard by the COS are entitled to have a single advisor present at their hearing. Students who report sexual misconduct or physical violence have the same right to an advisor. Students must identify their advisor to the JAO in writing. Only currently enrolled Dartmouth students, members of the Dartmouth faculty, and members of the Dartmouth administration may serve as advisors.* Advisors are not permitted to address the COS. The Chair may remove any advisor who distracts or disrupts the process. While students are free to confer with parents, friends and others, they should understand that they themselves are responsible for responding to allegations and questions at the hearing.

   The advisor's most important role is to assist the student in reviewing and understanding the procedures related to a hearing and to assist the student in obtaining answers to questions about the hearing. For this reason, many students request that an undergraduate dean or other staff familiar with the disciplinary system serve as their advisor. The unavailability or unwillingness of any specific individual to serve as an advisor is not

24

normally grounds for postponing a hearing. Students who identify as an advisor someone unfamiliar with the process would be wise to schedule time to meet with an undergraduate dean or staff from the Judicial Affairs Office to discuss procedural issues. Because students are responsible for their conduct, for responding truthfully to allegations, and for participating truthfully at a hearing, students should not expect advisors to write statements and/or otherwise prepare a case for them. While an advisor might appropriately help a student anticipate questions and issues likely to arise at a hearing, and while an advisor might provide feedback about the effectiveness of a student's written or oral presentation of the facts, the advisor does not function in the way an attorney would in a criminal or civil proceeding.

*\* Eligibility to serve as an observer is expanded for proceedings to investigate sexual misconduct, sexual harassment, domestic or relationship violence, and/or stalking. See those specific policies for details.*

**Notice**

1. Students are entitled to reasonable written notice of the substance of the allegation(s) against them. Students are also entitled to a reasonable period of time in which to prepare for a hearing. A reasonable period of time is, at a minimum, as five calendar days from the date of delivery of the allegation letter. Hearings will be scheduled as soon as possible after an incident. A student who needs additional time to prepare for a hearing may request, in writing, an extension of time from the Chair. A student's D-plan or the availability of an advisor are not normally grounds for postponing a hearing.

2. Delivery of any notice with respect to a disciplinary matter is considered effective as of the date of delivery to the Hinman Post Office, posting to a student's Dartmouth e-mail account, upon delivery or mailing to the student's last known address (according to the records available to the Office of the Vice Provost for Student Affairs), or upon delivery to the student in person.

**Scheduling**

1. The Chair is responsible for scheduling (e.g., location, time, etc.) all hearings before a COS panel and making all decisions with respect to any request for a delay or rescheduling of a COS hearing. The COS normally hears cases twice a week during the ten weeks of an academic term and does not meet during exam or break periods. Cases will be scheduled for a hearing as soon as possible after the information gathering process is complete, unless the Chair grants a student's reasonable request for a delay. In cases where two or more students have been charged for the same or related incidents, the Chair shall have the authority to direct that the students be heard individually, as a group, or in sub-groups. All decisions of the Chair regarding scheduling shall be final.

2. In some situations, conduct that may violate one of the Standards of Conduct may also be a violation of law. The possibility that a student may face criminal charges does not limit the JAO's ability to proceed with the disciplinary procedures set forth herein. The College

DARTMOUTH007977

will take independent action based on misconduct that violates College Standards of Conduct, regardless of the status or outcome of any criminal proceedings.

3. When a COS hearing cannot be scheduled during the term of the incident, a temporary hold will be placed on the student's registration and tuition bill until the case can be heard or by the deadline for administrative withdrawals (whichever comes first) is reached. Where possible, the JAO will identify additional hearing times during the first few weeks of each term to resolve cases that could not be scheduled for hearing before the last day of classes of the previous term. Students are responsible for housing, meals and other fees while they are on campus during this period as per the fees schedule. Students with disciplinary cases pending at the beginning of a term should consult their undergraduate dean.

**Information**

1. Students may review the relevant information and list of witnesses gathered by the JAO for their hearing. The JAO will inform the student as additional information or witnesses become available. During a hearing, the COS may request additional information or additional witnesses as needed.

2. Subject to the powers of the Chair as set forth in the following paragraph, the student is entitled to request witnesses, to present information and argument, and to hear and question the information presented during a hearing. The College expects students to cooperate fully in the course of the investigation or disposition of possible violations of the Standards of Conduct, and may take disciplinary action against students who refuse to respond and participate when called to do so. The failure of a witness or an accused student to attend or the unavailability of information shall not prevent a hearing from going forward or a decision from being rendered. The student is permitted to make opening and closing statements; the Chair has discretion over their length and relevance. Students are permitted to suggest questions for witnesses, subject to the rulings of the Chair as described below. All questions are posed by the Chair and members of the committee.

3. The Chair is empowered to make all procedural rulings, including rulings on relevance and admissibility of material.

**Disqualification of Members**

1. Members of the COS (including the Chair) who believe they may be unable to render an impartial decision in any case shall excuse themselves; alternatively, COS Chairs may remove any COS member from a case if they believe that member may be unable to render an impartial decision in the case. Because Dartmouth is a small community, knowledge of or acquaintance with the student(s) and/or witnesses in a hearing, awareness of a case, participation in campus issues related to the subject matter of a case, participation as a consequence of one's official role in events surrounding a case and/or

26

participation in the disciplinary process prior to the hearing of the case shall not automatically be grounds for disqualification.

2. Responding students may request a list of COS members scheduled to serve on their COS panel. Any concerns students may have about the ability of any COS member to render an impartial decision in their case must be submitted in writing to the Chair, at least 48 hours in advance of the hearing, and must include any supporting materials.

**Open/Closed Hearing**

1. COS hearings will normally be open to current Dartmouth students, faculty, and staff (with exceptions only at the Chair's discretion) unless the student requests a closed hearing, in which case the hearing shall be closed. In a hearing of two or more students, any one student's request for a closed hearing shall take precedence over the request of one or more other students for an open hearing. In cases where the need to protect privacy is, in the judgment of the Chair, important, the Chair may close the hearing over the objection of the charged student(s). Any student may request that the Chair exercise such judgment and close a hearing. Such a request must be made to the Chair in writing and must be submitted at least 48 hours in advance of the hearing. At an open hearing the Chair has the discretion to limit the number of persons in attendance in order to ensure an orderly proceeding. In such instances, where a limit is placed on the number of people allowed to observe, the Chair's decision with respect to who may attend such hearing is final. In a closed hearing, only the Committee, the witnesses, the charged student, the adviser, and such other persons as are specifically authorized to attend by the Chair, may be present.

**Hearing Observers**

1. If a hearing will be closed, the Chair may, on request, permit one current student, faculty member or administrator to observe the hearing as a non-participating source of support for the responding student.*

2. Students who report physical violence (including domestic or relationship violence), sexual misconduct, sexual harassment, and/or stalking have the same right to an observer.

3. Observers may not confer with the student or the student's advisor while the hearing is in session, and will be subject to the same confidentiality expectations applicable to others in attendance. The Chair may remove any observer who distracts or disrupts the process.

*Eligibility to serve as an observer is expanded for proceedings to investigate sexual misconduct, sexual harassment, domestic or relationship violence, and/or stalking. See those specific policies for details.*

27

DARTMOUTH007979

**False Statements**

1. All students, witnesses and advisors are obligated to be completely honest in a COS hearing. Any student who knowingly makes a false statement to the Committee may be subject to disciplinary action, up to and including separation from the College.

**Recording**

1. The COS may record by electronic, stenographic, or other means, any COS proceeding. The College will not prepare or provide transcripts of COS proceedings for students. When a recording of a COS proceeding has been made, the responding student may request permission to listen to the recording. Students who report sexual misconduct or physical violence may also request permission to listen to the recording. The Director of Judicial Affairs will determine the conditions under which the student will have access to the recording in order to preserve confidentiality. Students who fail to abide by the Director's restrictions may be subject to further disciplinary action. Except as provided above, no photographs, tape recordings, videotapes, stenographic records, or other recordings of a COS proceeding may be made.

**Hearing**

1. Responding students are expected to attend their own COS hearing; failure to attend will not prevent a hearing from going forward or a decision from being made, but failure to attend may subject the student to disciplinary action. Students facing formal allegations before the COS are expected to respond.

2. At the beginning of the student's hearing, the Chair shall determine that students have received a copy of the allegation(s) against them and notification of their rights in the COS proceeding.

3. The COS hearing procedure is informal. The purpose is to provide the student an opportunity to be heard and to provide the COS relevant information on which to base a decision.

4. Formal rules of evidence and courtroom procedures are inapplicable. The COS may hear and consider any information it considers to be trustworthy and to have probative value. As set forth above, the Chair is empowered to make all procedural rulings, including rulings on relevance and admissibility of information.

5. COS Chairs may, at their discretion, order that witnesses be sequestered.

6. At the request of the Chair, an attorney for the College may be available during any COS hearing for purposes of advising the Committee. This advice will be restricted solely to procedural or legal matters necessary to ensure a fair proceeding.

DARTMOUTH007980

Students who may be subject to pending or possible criminal allegations may request that the Chair permit their attorney to attend the hearing as a non-participating observer. Students who report physical violence may also request that the Chair permit their attorney to attend the hearing as a non-participating observer. If approved to observe, attorneys may advise their student privately, but may not confer with the student or the student's advisor while the hearing is in session, and will be subject to the same confidentiality expectations applicable to others in attendance. The Chair may remove any observer who distracts or disrupts the process.

Students who are responding to or reporting allegations of Sexual Assault, Sexual Misconduct or Harassment, Stalking, Domestic Violence, or Relationship Violence may, upon written notice to Judicial Affairs, have an attorney accompany them to any conduct proceeding as an observer or as an advisor. The limits of those roles are described under points 2, 16, 24, and in the applicable policies.

7. In order for the COS to conclude that a student has violated a College rule, the COS must be persuaded that a preponderance of the evidence supports such a finding. To find a violation under this standard, the COS must conclude that it is more likely than not that the student committed the alleged violation.

8. Except as otherwise specified, all COS decisions shall be made by majority vote.

## Sharing Information

Information from individual hearings that pertain to allegations regarding organizational misconduct may be shared with the hearing officer or the OAC conducting the hearings. Information from organizational hearings may be shared with the COS or hearing officer conducting individual hearings. The Office of Judicial Affairs may designate an appropriate College official(s) to attend any hearing as an observer for the purpose of collecting relevant information for a different hearing. In appropriate cases, the COS may hold a joint hearing, or partial hearing, with the OAC. Information from a hearing may be shared with a College approved health provider for the purposes of assessment or treatment; providers will be subject to the same confidentiality expectations applicable to hearing participants.

## Disclosure of Decisions

The Office of Judicial Affairs will promptly notify students of outcomes of individual hearings. Decisions of the COS and the hearing officers may be revealed to authorized College faculty and staff, to the responding student, and, in appropriate circumstances authorized by law, to the responding student's parents or guardian and the reporting student. The COS and the hearing officer may choose to comment publicly, in writing or otherwise, regarding the decision reached if, in the judgment of the COS or that hearing officer, the best interest of the community would be served by such a disclosure. If possible and appropriate, the anonymity of the student(s) involved will be protected.

DARTMOUTH007981

**Requests for Review**

Requests for review may be made only on the basis of either or both of the following grounds:

1. Procedural error which has materially prejudiced the student's case;
2. Newly discovered information which, had it been available at the time of the hearing, would likely have affected the outcome either with regard to a finding of responsibility or with regard to the sanction imposed (if the information was not reasonably available to the student at the time of the proceeding).

The reviewing officer has the sole discretion to determine whether these grounds for review have been met. A request for review must be in writing, must set forth in reasonable detail the grounds for review, and must have attached to it any materials students wish to have considered in their request. The request, with all accompanying materials, must be submitted by the student to the Judicial Affairs Office within seven (7) days of the date the decision is written. In cases of sexual misconduct and physical violence, the request for review will also be shared with the other party.

Following review, the original decision may be upheld, the imposed sanction adjusted as the reviewing officer deems appropriate, or referred back to the hearing officer or the COS panel that originally heard the case for further consideration.

The Review Officers are as follows:
1. The Director of Judicial Affairs (or a designee) will consider reviews from students found responsible following an administrative hearing.
2. The Dean of the College (or a designee) will consider reviews from students found responsible for a violation of Dartmouth's Academic Honor Principle.
3. The Vice Provost for Student Affairs (or a designee) will consider reviews in all other cases heard by the COS.
   a. If the allegation described sexual misconduct or physical violence, both the reporting and responding parties have a right to request review. That right includes review of findings of not-responsible/insufficient evidence.

Reporting and responding parties in sexual misconduct cases referred to an Investigator should consult the Unified Disciplinary Procedures for information about that review process.

# COS Sanctions

The Committee on Standards has affirmed that serious acts of violence cause significant harm to members of the Dartmouth Community and also compromise the integrity of the educational experience. The Committee further affirmed that sexual misconduct, physical violence, and serious drug policy violations are sufficient grounds for the imposition of sanctions up to and including separation.

Examples of conduct that have led to suspension, and in some instances separation from the College, include, arson, bomb threats, driving under the influence, sexual assault, other forms of physical assault, and drug dealing. The Committee sees each of these acts as constituting

DARTMOUTH007982

significant harm or threat of significant harm. Students should also expect to be suspended from the College for violations of the College's Academic Honor Principle – here the harm is to the educational mission of the College, to the learning of the individual(s) involved, to other students over whom an advantage was sought, and/or to the original author, scientist, or author whose work has been appropriated.

**Student Misconduct Records and Reporting**

College conduct sanctions are noted in the student's record.  This record is maintained by the Undergraduate Dean's Office and may be viewed by a student in accordance with Family Educational Rights and Privacy Act. Suspensions are noted on the student's transcript during the period of suspension. Separations become a permanent transcript notation.

Dartmouth disciplinary records are not accessible without authorization. If a current or former Dartmouth student formally authorizes another institution, external agency or prospective employer to inquire whether the student was subject to discipline at Dartmouth, the College will respond but will not ordinarily report sanctions below the level of suspension. In some cases, however, an institution, agency or prospective employer may receive a current or former student's authorization to inquire more broadly or more specifically regarding information contained in a student's record. When Dartmouth receives such a request with the current or former student's release, the College may report sanctions below the suspension level.

**Consideration of Prior Record**

In all Academic Honor Principle and Standards of Conduct cases, if a student is found responsible, the student's conduct history may be considered for purposes of imposing an appropriate sanction. Additionally, the COS or the hearing officer, in imposing a sanction, may consider sanctions imposed in other cases at the College. Where the COS recommends a sanction, the Chair shall have discretion to determine the appropriate form and manner of presentation of information to the COS concerning both the individual student's record and the disposition of other behavior cases that may be helpful in formulating a sanction recommendation.

**Fines, Restitution, and Educational Requirements**

Fines of up to $100 may be levied by the hearing officer or the COS. Such penalties will be in addition to the costs of restitution deemed appropriate. The hearing officer or the COS may also impose educational or other requirements in place of or in addition to fines. Fines are noted in the student's record but are not reflected in the student's transcript. Failure to pay fines, make restitution, or fulfill other obligations may prevent registration and graduation, and may provoke more serious penalties.

**Warning**

A Warning is a written notice that a student has been found in violation of the Community Standards of Conduct.  The student is advised to review the applicable College policies and to

DARTMOUTH007983

exercise better judgement.  The letter is shared with the student's Undergraduate Dean but is not recorded on the transcript.  Warnings may be considered in any future disciplinary proceedings.

**College Reprimand**

A Reprimand is a written notice to a student for a second or more serious violation of the Community Standards of Conduct.  Like a warning, the letter is shared with the student's Undergraduate Dean but is not recorded on the transcript.  A Reprimand may be considered in any future disciplinary proceedings.

**College Probation**

College Probation is imposed for repeated misconduct, incidents that involve multiple violations, or other violations that are considered serious misconduct but that do not warrant suspension. College probation may be imposed either with or without restrictions for a period up to the duration of the student's undergraduate career. Notification of probation will be sent to parents/guardians unless a student has been designated as Independent by the College.  A period of College Probation is not recorded on the transcript, but may limit a student's opportunities as determined by that program or office (i.e. status as an approved driver, employment as an undergraduate advisor or tour guide, participation in an Off-Campus Program, etc.). The College would not ordinarily disclose a period of probation to an outside person or institution, but students are advised that graduate and professional schools may request self-disclosure of conduct at this level.  Probation may be considered in any future disciplinary proceedings. Students on probation at the time of another incident will likely face suspension-level charges.

Restrictions associated with College probation may include, but are not limited to, making restitution for damage caused; prohibition from owning, operating, or maintaining a motor vehicle on campus; prevention of participation in intercollegiate athletics or performances of College-associated organizations; ineligibility for participation in designated College-sponsored programs; ineligibility for service as an officer in student organizations or on College committees; and/or other appropriate actions.

**Suspension**

A student may be suspended for misconduct found to be sufficiently serious to warrant removal from the College community for a specified number of terms. Notification of allegations and outcomes at this level will be sent to parents/guardians unless a student has been designated as Independent by the College.

Students suspended from the College are expected to leave campus within 48 hours, however they can seek permission from their Undergraduate Dean to remain on campus for a longer period of time.  Such permission has been granted to make travel arrangements or during the request for review process.  The COS or Sanctioning Panel reserves the right to require students leave campus immediately even if a request for review is pending.

DARTMOUTH007984

Students are encouraged to return home or otherwise leave Hanover and the surrounding area during the period of suspension. Students who are suspended are not allowed to visit campus without permission from the Undergraduate Deans' Office. Requests to return to campus prior to the eligibility date specified in an outcome letter will not be entertained.

The hearing officer or the COS may impose requirements in connection with suspension, such as participation in a medical assessment and any recommended treatment, paying restitution for damages caused, or restrictions on campus housing. Suspended students may not participate in College academic or extracurricular activities; may not remain in College or coed, fraternity, sorority housing; and may not progress toward completion of their Dartmouth degrees by taking courses at other institutions while suspended.

Suspension is permanently recorded in the student's record as maintained by the Undergraduate Deans' Office.  A suspension is also recorded on the student's transcript for the period of suspension. Students who have been suspended must answer any question as to whether they have been subject to disciplinary action at Dartmouth in the affirmative**.** College verification of student records in connection with law school, graduate school, employment and other applications will include reports of suspensions imposed. Suspensions will be considered in any proceedings resulting from further violations of the Standards of Conduct.

Readmission following suspension is not automatic, and must be by application to the Undergraduate Deans' Office. At the conclusion of the term(s) of suspension and completion of any conditions of the sanction, students who chooses not to apply for readmission can request a change in College status from suspended to withdrawn or resigned by contacting their undergraduate dean.

**Separation**

Separation is permanent removal (i.e. expulsion) from the College community. A student will be separated for extremely serious misconduct or for serious misconduct subsequent to suspension. The student must leave campus housing within 48 hours of notification of separation. Separation is recorded in the student's Undergraduate Deans' Office record and on the student's transcript. Notice of the separation will be sent to the parents/guardians unless a student has been designated as Independent by the College. Access to the student's Dartmouth e-mail address will be terminated when the request for review process has been closed.

**Special Action**

The hearing officer or COS may take other action appropriate to particular circumstances not covered in the preceding list. Some examples of these actions may include, but are not limited to, making restitution for damage caused; prohibition from owning, operating, or maintaining a motor vehicle on campus; prevention of participation in intercollegiate or club athletics or performances of College-associated organizations; ineligibility for participation in designated College-sponsored programs; ineligibility for service as an officer in student organizations or membership on College committees; limitations on contact with other community members; limits on access to campus facilities and grounds; and/or other appropriate actions. Any College

33

DARTMOUTH007985

sanction can include educational requirements and/or counseling assessments that the hearing officer or the COS feels are appropriate to the situation. Restrictions may also include temporary or permanent removal from College affiliated housing or reassignment within available housing.

# Organizational Adjudication Committee

### Purpose

The Organizational Adjudication Committee (OAC) and the system described in this section were established to carry out the Board of Trustees' April 15, 2000 announcement that "…all students and student organizations should be treated under the same set of guiding principles and rules, and that violations be adjudicated by a single judicial system embracing all student organizations...." College recognition of student organizations is a privilege, and student organizations are recognized and supported in order to further the broad educational objectives of the College. In appropriate circumstances consistent with the College's Group Accountability Policy, College-recognized undergraduate student organizations may be held accountable for the behaviors of their current and/or former members and officers that violate the existing Standards of Conduct. The organizational adjudication process will review and adjudicate all such cases. Organizational behavior in violation of departmental rules or policies not covered by the Standards of Conduct normally will continue to be managed by individual departments, in consultation with the Judicial Affairs Office. Information about all kinds of organizational violations will be shared with the JAO to enable consultation with departments about the disposition of cases. In the event of a disagreement, the Director of the JAO (as the representative of the Vice Provost for Student Affairs) would have the authority to make a determination that a case would be heard through the organization adjudication process.

### Composition

The OAC shall be comprised as follows: six members of the Faculty of Arts and Sciences who shall be appointed by a process determined by the Committee on Organization and Policy (COP) for a term of three years; twelve members who shall be members of the sophomore, junior or senior classes, and who meet the same requirements for service established by the Committee on Standards, six elected annually by the student body and six selected by the Vice Provost for Student Affairs; eight members from the administration who shall be selected by the President. The COP, Student Assembly, Vice Provost for Student Affairs, and President shall ensure that a full complement of their respective members are available each term and shall appoint members as required to provide a full complement. A quorum for a hearing is three students, two faculty members, and two administrative members. The Committee will be chaired by a designated member of the Dean's staff. The Director or Assistant Director of Judicial Affairs will normally be present.

The JAO or the Chair may also request that a representative of the College department through which the student organization is recognized attend the hearing to provide information about the structure and operation of the organization appearing before the Committee.

DARTMOUTH007986