# Exhibit 2

**From:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**Sent:** Monday, April 03, 2017 5:38 PM EDT
**To:** Kristi L. Clemens <Kristi.L.Clemens@dartmouth.edu>
**Subject:** Re: meeting request

Hey, I'll come by after my class ends at 12:00

---

**From:** Kristi L. Clemens
**Sent:** Monday, April 3, 2017 11:45:26 AM
**To:** Mark I. Anderson
**Subject:** RE: meeting request

Of course.  I am free tomorrow from 11:30-4pm.  When is best for you?

Kristi

------------------------------------------------------------------------------------
Kristi Clemens
Assistant Dean of Student Affairs and Director of Case Management
Dartmouth College
132 Carson Hall
(603) 646-3907

**From:** Mark I. Anderson
**Sent:** Monday, April 03, 2017 2:38 PM
**To:** Kristi L. Clemens <Kristi.L.Clemens@dartmouth.edu>
**Subject:** Re: meeting request

Hey Kristi,

Sounds good, is there any chance we could meet later in the day though?

Best,
Mark

---

**From:** Kristi L. Clemens
**Sent:** Monday, April 3, 2017 9:08:34 AM
**To:** Mark I. Anderson
**Subject:** RE: meeting request

Hi Mark,

We need to meet to check in about this incident.  I see from your schedule that you are free tomorrow at 9am.  I would like to speak briefly with you at that time.  My office is located in Carson Hall, in the same suite as the Undergraduate Deans and OPAL.

Best,
Kristi

------------------------------------------------------------------------------------
Kristi Clemens
Assistant Dean of Student Affairs and Director of Case Management
Dartmouth College
132 Carson Hall
(603) 646-3907

**From:** Kristi L. Clemens
**Sent:** Friday, March 31, 2017 12:00 PM
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**Subject:** RE: meeting request

Hi Mark,

I completely understand.  However, I have an obligation to talk with you just to get a little more information.  I'm not trying to jam up your day, I just want to make sure we understand what happened.  Do you have any time this afternoon or Monday?

Best,
Kristi

------------------------------------------------------------------------------------
Kristi Clemens

Assistant Dean of Student Affairs and Director of Case Management
Dartmouth College
132 Carson Hall
(603) 646-3907

---

**From:** Mark I. Anderson
**Sent:** Thursday, March 30, 2017 9:47 PM
**To:** Kristi L. Clemens <Kristi.L.Clemens@dartmouth.edu>
**Subject:** Re: meeting request

Hey Kristi,

I already spoke with the officers about this and would prefer to not spend more time on this matter if that is ok. I hadn't spoken the with people in question for a month, and was told that if they contacted me or my family it would be considered harassment. They then waited a month (presumably until I had left home for school) and decided to contact my parents a couple days ago. The only contact I had with them was to communicate they were in fact harassing me, and to see if I could get them to agree to stop contacting my family to say bad things about me before I filed a harassment complaint.

If you know them and the situation, this is very clearly just a final "fuck you" and not a safety concern. Again, I only contacted them after they contacted my parents after having been told it would be illegal to do so, and because I wanted to ensure they weren't willing to just promise me and my family would not have to hear from them again before I filed some sort of legal complaint. I've been told the only way I can ensure they don't contact me again now is by filing a harassment suit. I'm not sure if I will yet, but I think I'd prefer to just continue not thinking about this like I was until they contacted my family again while I'm in school.

Sincerely,
Mark Anderson

---

**From:** Kristi L. Clemens
**Sent:** Thursday, March 30, 2017 11:52:27 AM
**To:** Mark I. Anderson
**Subject:** meeting request

Hello Mark,

I would like to speak with you about last night and the information we received from ▮▮ . Are you free before 5pm today, or some time tomorrow? Please let me know.

Best,
Kristi

---------------------------------------------------------------------------------------
Kristi Clemens
Assistant Dean of Student Affairs and Director of Case Management
Dartmouth College
132 Carson Hall
(603) 646-3907

DARTMOUTH000047