# Exhibit 4

# dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

May 10, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Good Morning Mark:

I hope this message finds you well. I'm writing to follow up on a report our office received from Safety and Security, regarding an incident on or about May 4, 2017 as well as behavior from spring term that had resulted in a restraining order being put in place on you.

I have reviewed the report from Safety and Security and prepared materials regarding our concerns. I would like to share them with you. My preference would be for us to schedule a time to discuss the steps going forward and answer any questions you might have. However, if you'd prefer I send the materials electronically before speaking with me that would be fine. Your Undergraduate Dean is another great resource you can utilize while reviewing and responding to these materials.

If I have not heard from you by tomorrow morning at 9:00 am I will proceed with sending this information electronically and make a hard copy available in our office.

Please let me know your preference. If you would like to speak with me, please call the Office, 603-646-3482 or email me directly Adam.J.Knowlton-Young@dartmouth.edu. If I am not available you can speak with another member of our office.

Sincerely,

Adam Knowlton-Young
Hearing Officer

CC:   Anne B. Hudak, Assistant Dean of Undergraduate Students