# Exhibit 6

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

May 10, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark,

As you now know from me previous message, our office received a report from Safety and Security detailing events you were involved with on or about May 4, 2017 and during the spring term 2017. Specifically, it is alleged that on or about May 4, 2017 you communicated with parties in violation of a restraining order, which had been issued for previous behavior that was threatening or harassing. I have reviewed the information in this report, and based on the nature of the incident described I have determined that this should be referred to the Committee on Standards. Enclosed you will find the information that is currently available including:

- A letter explaining the allegations
- A Statement of Understanding of Student Rights in Disciplinary Matters, on which you respond to the allegations. This form also reviews your rights and options during the process. This document is time sensitive and needs to be returned to our office by **Noon on May 17, 2017**. You may return this document via email to the Judicial.Affairs@Dartmouth.edu account.
  - Please note that even though we are meeting to go over this material in person on Monday May 15 as per your request, the deadline for the return of the Statement of Understanding is still May 17.
- A redacted copy of the Safety and Security report and reports detailing behavior from the spring term.
- A letter to your parents informing them that we have provided these materials to you
- Resources for navigating the COS conduct process (available online, and hard copies of these and all the materials listed here will be available in hard copy in our office)

If you have not yet contacted your Dean, Anne Hudak, I would encourage you to do so. They are copied on this message.

I know it can be stressful to be alleged to have violated the Standards of Conduct and to anticipate a COS hearing. Please don't hesitate to ask questions if you have them or if I can otherwise be of assistance. My role in this process is to make sure that you and the COS members or Chair have the information you all need to resolve this matter fairly and in as timely a manner as possible. Our Office number is 603-646-3482 or you may reach out directly via email Adam.J.Knowlton-Young@dartmouth.edu.

Sincerely,

DARTMOUTH000108

Adam Knowlton-Young
Hearing Officer

CC:   Anne B. Hudak, Assistant Dean of Undergraduate Students

DARTMOUTH000109

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

May 10, 2017

Mark I. Anderson '18
Emailed: Mark.I.Anderson.18@dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

I am writing regarding your possible violation of Dartmouth's Standards of Conduct. Specifically, it is alleged that on or about May 4, 2017 you communicated with parties in violation of a restraining order, which had been issued for previous behavior that was threatening or harassing. This continued contact in violation of the restraining order, if true, would be in violation of Standards II and VI.

Copies of the materials supporting this allegation are enclosed. Any additional materials to be considered in the adjudication of your case will be provided to you as we receive them.

Before deciding how to respond to the above allegations, you should review the material set forth in the current *Student Handbook*. You should also contact Dean Anne Hudak or one of the other undergraduate deans as soon as possible for advice and support. Please note, if you are found responsible for this violation, a likely outcome would be Suspension.

I am enclosing a "Statement of Understanding of Students' Rights in Disciplinary Matters." You must complete this form and return it to my attention in the Office of Judicial Affairs (5 Rope Ferry Road, Room 204) no later than **noon on May 17, 2017.**

You should know that any change in your student status (including a Suspension) could impact your housing, financial aid, or other commitments. I strongly recommend that you speak to staff listed in the enclosed resource list about your options and the possible financial consequences of a Suspension.

I welcome the opportunity to speak with you now, or at any time in the future, about the hearing process or these allegations. You can reach me at (603) 646-3482.

Sincerely,

Adam Knowlton-Young
Hearing Officer, Judicial Affairs

Enc.:   Supporting materials, Statement of Understanding, Family Letter

cc:      Student file
         Anne Hudak, Undergraduate Dean

DARTMOUTH000110

## STATEMENT OF UNDERSTANDING OF STUDENTS' RIGHTS IN DISCIPLINARY MATTERS

**Mark I. Anderson '18**

*This form must be completed and returned to the Judicial Affairs Office (JAO) at 5 Rope Ferry Road, Room 204, no later than* ***noon on May 17, 2017****. Please contact JAO at 603-646-3482 or your advisor if you have questions about completing this form.*

### Rights

I understand that my rights in College disciplinary proceedings are set forth in the current *Dartmouth College Student Handbook*.

### Allegations

I have received a letter from the Judicial Affairs Office, dated May 10, 2017, setting forth the allegations against me and providing me with copies of currently available materials pertaining to the case.

I violated the Dartmouth Standard of Conduct II through repeated behavior or conduct targeted at an individual during the Spring 2017 term.

☐ I admit the allegation.
☐ I deny the allegation.

I violated the Dartmouth Standard of Conduct VI when I violated local, state or federal law by not observing the conditions of a restraining order on or about May 4, 2017.

☐ I admit the allegation.
☐ I deny the allegation.

### Type of Hearing

I understand that I have been charged with an offense that (if I am found responsible) could merit a suspension or separation from the College and that my case will therefore be referred to the Committee on Standards (COS) or an individual hearing officer for adjudication and imposition of a penalty.

I understand that the hearing will be recorded and that I can request access to this recording.

I recognize that, if I have admitted to the allegation(s) listed above, I may provide a statement and request to have an individual hear my case and impose the penalty. If my request is granted, I understand that the hearing officer's decision on a penalty shall be final except for my right to request a review in accordance with the procedures set forth in the current *Dartmouth College Student Handbook*.

DARTMOUTH000111

☐ I request to be heard and have the penalty imposed by the Committee on Standards.
☐ I request to be heard and have the penalty imposed by an individual hearing officer.  I understand that this option is only available if I admit responsibility and provide a written statement with this form.

## Attendees (COS Hearings Only)

I understand that my case will be heard by the COS and that the hearing will be open to current Dartmouth students, faculty, and staff (in accordance with the procedures set forth in the current *Dartmouth College Student Handbook*) unless I request that it be closed.

☐ I request that my hearing be open.
☐ I request that my hearing be closed.

If you have requested a closed hearing, you may request one current student, faculty member or administrator to observe the hearing as a source of support.  Observers do not participate in the hearing and are subject to approval of the Chair.

I request that _____ attend the hearing as an observer.

I am aware that I am entitled to have a single advisor present at my disciplinary hearing, and that this advisor must be a currently enrolled Dartmouth student, a member of the faculty or a member of the College administration.

My advisor will be _____.

☐ I do not wish to have an advisor.

## Witnesses and Additional Materials

Please indicate below whom you wish to request as a witness and to what each witness will testify. Witnesses may be asked to submit a written statement to the COS and may be asked to appear before the committee.  You may also attach any printed material you wish to present.  The deadline for the submission of printed materials shall be set forth in a scheduling letter.

Witnesses - Name, class                          Subject matter of testimony

_____          _____

_____          _____

_____          _____

_____          _____

2   Statement of Understanding of Students' Rights in Disciplinary Matters

DARTMOUTH000112

_____          _____

_____          _____

_____

DARTMOUTH000113

## Accessibility

The COS conference room is wheelchair accessible.  All printed materials for this hearing are available in alternative media.  If you wish to request disability-related accommodations including sign-language interpreters, please do so below or contact the Judicial Affairs office at 603-646-3482 or by e-mail at Judicial.Affairs@Dartmouth.edu.  Requests can be made at any time, but some types of accommodations take several weeks to arrange.  The College can usually provide accommodations requested two weeks prior to a hearing.

_____
Date

_____
Signature

_____
Name (please print)

_____
Preferred Mailing Address

_____
Preferred Phone

DARTMOUTH000114

```
Incident #: 17 RED -181-OF
                ACT
    Call #: 17-11530
```

Date/Time Reported: 03/29/2017 1842
  Report Date/Time: 03/29/2017 1849
  Occurred Between: 02/22/2017 0800-03/29/2017 1800
            Status: No Crime Involved

Reporting Officer: Officer Christopher Fielding
Approving Officer: Sergeant Anthony Regan

        Signature: _____

        Signature: _____



| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|----------|-----|------|-----|-----|-------|
| 1 | ANDERSON, MARK | | | | | |

_____[CONTACT INFORMATION]_____

                Home Phone          (Primary)

| # | EVENTS(S) |
|---|-----------|

    LOCATION TYPE: Residence/Home/Apt./Condo     Zone:

1    EMERGENCY RESTRAINING ORDER

Incident #: 17 REDACTED -181-OF
Call #: 17-11530

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-----|------|-----|-----|-------|
| 1 | W    , H | | | | | |

RESIDENT STATUS: Non Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: ANDERSON MARK                    Boy/Girl Friend
CONTACT INFORMATION:

DARTMOUTH000116

On March 29, 2017 at 1800 hours I, Officer Christopher E. Fielding, responded to the lobby of the REDACTED Police Station to take a report from REDACTED student H W in relation to harassing and threatening communication. W stated that she broke up with her ex-boyfriend, Mark ANDERSON (Dartmouth College Hanover, New Hampshire), on February 22, 2017 and ANDERSON has been texting her and her family members harassing and threatening communication. W stated that on the first day they were broken up that ANDERSON texted her over 600 times.

W stated that ANDERSON threatened to post nude photos of her online in retaliation for her making him suffer. She also stated that ANDERSON was threatening her because he believed W owed him $800.00 for a trip they took over break. W provided REDA Sgt. Anthony Regan and I with numerous copies of communication from ANDERSON that were harassing and threatening in manner. W was most alarmed over a communication in which ANDERSON stated to her that, "The only thing he wanted to do more than end his own life was to end the life of you and your mom." ANDERSON repeatedly asked W to contact him and if she decided not to he stated he would, "make her regret it." W was also concerned because ANDERSON was contacting her family members as well.

W stated that ANDERSON did not abuse her physically but she was in fear for her safety due to ANDERSON's constant threatening behavior and the fact that ANDERSON has a friend at REDA and knows where she lives. W did state that she has asked ANDERSON not to contact her many times since they have broken up and that she did block ANDERSON from various social media communication methods. W did talk to counseling services at REDA and they recommended that she come to REDA to file for an emergency restraining order. ANDERSON did report this behavior to the police department and provided 2 CAD entries from her contact with did not pursue any emergency order.

Sgt. Anthony Regan and I contacted the emergency on call Judge, The Honorable Kenneth KING, and relayed the information that W had provided us to him. KING then asked to speak with W and asked W a set of questions while she was under oath. Judge KING issued an emergency restraining order based on the facts W provided that expires 1600 hours on 3/30/2017. W was advised to go to Somerville District Court at 0900 hours on 3/30/2017 to pursue an active restraining order against ANDERSON.

At the time of this report Sgt. Anthony Regan is in the process of contacting the Hanover, NH police department in an attempt to get the emergency restraining order served to ANDERSON. It has been faxed over and awaiting confirmation that it has been served. W was offered additional counseling services (in which she declined), alternative housing (declined), given a safe ride home by Officer Jose Colon, and advised of the Tap Ride service. She was also advised to contact REDACTED at anytime for any reason if she felt the need to do so.

All pertinent documented correspondence that W provided to REDACTED was scanned and added to the report.

Sgt. Regan also contacted the Dartmouth College Public Safety Department to advise them that ANDERSON could be a danger to himself as he did make comments to W about the possibility of hurting himself and ending his life.

**THIS IS A COPY OF A WRITTEN STATEMENT FOR INCIDENT 17 RED -181-OF PROVIDED BY
W          , H          ON WEDNESDAY, MARCH 29th, 2017**

I broke up with Mark Anderson on February 22, 2017. He was in Washington state and I was in Massachusetts. After we broke up, he sent me hundreds of texts, which have been deleted because of their mean nature (calling me a bitch, etc.) and he also threatened to kill himself. I told him to stop contacting me and then blocked him on all forms of communications. He started sending me emails, and initially I was responsive though I kept repeating I needed space. Two or three weeks after the break-up, he sent me a much calmer email asking that we meet up while I was home for spring break so he could get the closure he needed, and after a few back-and-forth emails, I told him that if he continued to contact me, I would no longer meet with him. He responded threatening to release nude pictures of me online unless I monetarily compensated him ($800 for various things he spent on me during our relationship), and said if I took my time responding he would make sure I would regret it. He also said that the only thing he wanted to do more than end his own life was to end my life or that of my mother's. We called the local police about his attempt to extort me and they talked to him, and he asked them about what was legal for him to do (by this point, he had said multiple times he wanted to make me suffer and told my mom he would make me suffer legally). After the meeting with the cop, he sent me a goodbye email. The next day, he snapchatted my brother a picture of an emotionally distressing message he sent to my cousin. His father was in contact with my parents the entire time, as he was afraid of Mark and didn't know what to do. He had us write Mark a check for $700 (as the demand had lowered by that point) and he paid us $500 (we decided to pay $200) and have it to him to make it seem like we met his demands (along with a flashdrive with all pictures of us on it and all of his stuff - his other demands). Then, this past Monday, my aunt received a mean and emotiently distressing Facebook message from him, so my mom called his parents and he sent an email to my mom and cc'd me, saying the only reason he did it was to make me feel even a fraction of the pain I caused him, and said that "For every time H          was so weak she has babs contact my parents because she cannot bear to speak with me after what she's done, I promise I will do my best to ensure being weak like this for her own sake cause her to fell so much more pain than if she'd show my any respect..." He then sent a follow-up email saying I had to call him within two hours and stated: "As always, I'm asking nicely first because the alternative is worse for everyone." I called him and he didn't answer, I told him he had 5 minutes and after that I would be busy. He called me 10 minutes later, and I told him I was in class and he told me to leave, and that I would regret it if I stayed. I am really scared for my safety and the safety of my family after all these threats. He knows where I live, and I'm in constant distress and fear.

DARTMOUTH000118

```
       Order #: 17 [RED] -2-RO
        Call #: 17-11530
  Incident #: 17 [RED] -181-OF
```

```
        Order Type: Restraining Order
         Effective: 03/30/2017 @ 1020
           Expires: 04/10/2017
      Order Status: Open
Responsible Officer: Officer Timothy Philbrook

    Orders Issued: NOT TO ABUSE PLAINTIFF
                   NOT TO CONTACT PLAINTIFF
                   OTHER ORDERS
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ANDERSON, MARK I | | | | | |

**[CONTACT INFORMATION]**

| # | PLAINTIFF(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | W      , H | | | | | |

```
RESIDENT STATUS: Non Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: ANDERSON MARK              Boy/Girl Friend
```

DARTMOUTH000119

On Thursday, March 30th, 2017, Detective Sergeant Tilton and I met ███████ REDACTED ███████ student W                    ,
H           at the Somerville District Court House at 0900 hours to file for an Abuse Prevention Order (209A
Order). W            (Plaintiff) was issued an emergency restraining order (refer to: **17**██REDA██ **181-OF**) on March
29th, 2017 that expired at 0900 hours to her ex-boyfriend (Defendant) ANDERSON, MARK.

W             filled out the proper paperwork adding three specific incidents regarding the reason for the order.
Judge Paul Yee issued the Abuse Prevention Order (**Docket No. 1710-RO-138**) at 1020 hours advising
W             that the order expires on April 10th, 2017 at 0900 hours. Judge Yee advised W             to
return on April 10th, 2017 at 0900 hours to request an extension for the Abuse Prevention Order. The Prevention
Order will be placed in the ██ REDACTED ██ Police Communication Center under active restraining orders.

Detective Sergeant Tilton contacted Dartmouth Police Department regarding this incident. A copy of the Police
report and Prevention order will be sent to Dartmouth Police via fax for documentation purposes.

Specifics orders by Judge Paul Yee.

- 2.) Defendant is ordered to stay at least <u>100 yards</u> from the Plaintiff even if the Plaintiff seems to allow or request
  contact.

- 3.) Defendant is ordered to immediately leave and stay away from the Plaintiffs residence
  .

- 4b.) Defendant is ordered to stay away from the Plaintiffs School located at ██ REDACTED ██

- 14.) Defendant is ordered not to communicate electronically or disseminate, send or post any images of the
  plaintiff to any person or any website without obtaining written permission by the plaintiff.

Image Associated With Case Number 17 REDACTED 181-OF

Image Description: w    1

from:   H
        W

to:     mark anderson

date:   Tue, Feb 28, 2017 at 10:18 PM

subject:  Re: Some final thoughts

Mark, until you stop attempting to emotionally manipulate me by using my mom, my sexual assault, and my self confidence issues against me, I cannot talk to you. Your behavior is really scaring me, and I will not be seeing you this spring break. Our moms can deal with our stuff and I will send you your shoes. You have only given me reasons to be afraid of you. And if you really need photos from the last 4 years, I can share my photos with you but I will not be going through them individually for you, that is not my responsibility.

As for the reimbursement, I felt it was fair to pay for the border fine because you didn't know what you were risking and you did it for me. However, everything else in Copenhagen was a shared experience.

Please refrain from contacting me further until you are mature and calm enough to speak rationally with me.

from:   mark
        anderson<

to:     H      W

date:   Tue, Feb 28, 2017 at 10:52 PM

subject:  Re: Some final thoughts

I don't know what you think I'm trying to manipulate you for, it's over and I was just telling you the truth. You had nothing left to give me. From the bottom of my heart, I was really just trying to communicate how you made me feel with How you ended this. I mentioned your mom because it's the only outside opinion I've had on this and she only agreed with how I feel. I'm sorry that might hurt, but it's the truth and you have no right to accuse me of being cruel for sharing blunt truths after the ones you shared with me. Your behavior has scared me a lot too b      . And don't play the victim, you are the one who brought your mom into this. I know it's easy for you to just say that they were shared memories now so that you don't have to feel as bad about yourself but if you actually read the email there are photos to remind you that you asked me to go to Copenhagen and that I did not want to and that the precident was that you were committed to this four year long distance relationship with total certainty, and that you had some needs that I was willing to fulfill for you and commit myself to to make it work like you told me you wanted to. I know what I put into that is just easy spending money to you, but the reason I didn't want to go before you said how important it was is that it actually was a lot of money to me b      . If you're really gonna be even weaker and try to make it feel like I'm the one who has been terrible here and change your mind on all that shit without conversation. I guess this will end even worse because of your selfishness and I'll be seeing you at your house when I bring by your stuff sometime when your back in a couple weeks.

Look at your justifications for each thing you willingly chose to do to me that you didn't have to b      . Ending it right after your trip so I'll never be able to trust anyone else with other guys again? While I'm

DARTMOUTH000121

Image Associated With Case Number 17 REDACTED-181-OF

Image Description: w      2

subject:   Re: Please read and respond to this
           h        , I'm not angry at you and it
           would mean the world to me

I'm very interested in maintaining a friendship, hence the meeting. What I'm not
interested in is being antagonized and/or manipulated by you.

I am not going to the DMV with you because I do not want to. That is sufficient
reasoning. Next Friday, I will pick up M      at 1-1:30, and let you know when
I have done so and then meet you at Luther Burbank if it's not raining. If it is, I
will call you with where to meet me. If there is any insulting or spiraling, I reserve
the right to leave. If our conversation is going nowhere because you won't accept
my reasons, I reserve the right to leave. I reserve the right to cut off the
conversation after two hours. These are my conditions.

I'm sick of this, Mark. Stop emailing me. If you email me again, I will not meet
with you.

from:   Mark
        Anderson<

to:     H        W

date:   Sat, Mar 11, 2017 at 12:03 AM

subject: Re: Please read and respond to this
         hannah, I'm not angry at you and it would
         mean the world to me

Ok, if you're such a stupid fucking pathetic bitch that you're still trying to victimize yourself at this point,
and I think its probably better that we don't see each other again. A person is supposed to be angry at
the end of a relationship they had been lied to and abused in, especially in one like ours that was so
close, lasted so long, and ended without warning. I know cruel fuckers h      , but none of them
capable of what you did, and still feeling the way you do weeks afterwards. I think what you don't
fucking understand is that your reasons aside from you thinking I'm ugly make zero fucking sense, and
I still can't come to terms with the fact that sentiment was so strong you didn't even want to consider
being open, or putting in the time and effort to see if whatever problems you decided you had might be
fixable. You did everything conceivable over the years and at the end to make this as fucked up as
possible for me so that it'd be impossible to be friends.
And after causing me more pain than I've ever experienced for no reason other than to make this
easier for yourself, if you still will not acknowledge what you did (which I have articulated thoroughly in
these emails), and don't regret it or want to do anything to try and end this relationship differently or on
better terms, you're more fucked up than anyone I'd ever be friends with. Your reason for not going to
the DMV is the same reason you've provided for every single selfish thing you've done to make this
harder for me and easier for you - you just don't feel like it. Given that you knew these would be the
worst circumstances to end this in the context of our overall relationship, you must be one crooked
fucking whore to also execute the breakup in the most cruel fucking way imaginable.

If you actually have any desire to talk, let me know. If not and by the time you get here and you'd still
be doing this just for me, just fucking do everyone you'd ever meet in the future and kill yourself you
fucking sociopath. I'll still need my money and my shoes, and you're also going to pay for me to pay to

DARTMOUTH000122

Image Associated With Case Number 17-REDACTED-181-OF

Image Description: 3

change my flight to an earlier date since you are the one that 1) asked me to go back that date with you at your convenience, 2) switched your flight without asking me if I might want to switch mine first, and 3) decided you'd rather have me sitting at home thinking about what you did to me than just give a couple days of your time to salvage a relationship from all this, despite that you're responsible for all of it. You're also paying me for part of the copenhagen trip (again, you were the first one to suggest this would be appropriate).

And since you've been such a heartless cunt, if you don't I'll probably post your nudes on reddit every day until they finally reach the front page (cause with your gross flabby tits, it'll probably take some work!), or contact whoever you're with for the next few years so that when they also realize you seem really willing to use people and treat them like shit if you can get away with it, just like I did, they'll know not to also get tricked into thinking they're the exception to your fucking sick and disgusting behavior. Whatever I can to hurt you as least a fraction as much as you hurt me. You'll regret this when you realize how unmarriageable of a partner you are, and how annoying, unaware, and just generally embarrassing you make it to be your partner when with other people. For most guys, having everyone whisper to you and ask why their partner is constantly doing things that are so socially retarded (even your friends do this) won't just make them laugh or think you're cute or funny.

Thank you for hurting me as much as possible to make this easier for yourself. Don't do this to anyone else for the rest of your life H          . I've never felt anything like the pain from when you broke up with me by text and said we shouldn't talk again for a few months. In those moments when you wouldn't speak to me, I almost did some things that I seriously would have regretted and that I wouldn't have ever imagined I might be capable of before.

I hope life brings you nothing but pain and suffering.

from:   **Mark**
         **Anderson<**

to:     H      W

date:   Sat, Mar 11, 2017 at 1:51 AM

subject  Re: Please read and respond to this
         hannah, I'm not angry at you and it would
         mean the world to me

This is only going to be worse if you try and have your mom deal with it. Kill yourself you spineless fuck

from:   **Mark**
         **Anderson·**

to:     H      W

date:   Sat, Mar 11, 2017 at 1:53 AM

subject  Re: Please read and respond to this
                 I'm not angry at you and it would
         mean the world to me

It hurts and is hard for her to do these things for you H          , and she was always good to me through the end and I don't want to hurt her with this.

DARTMOUTH000123

Mark
Anderson<

to:   H      W.

Sat, Mar 11, 2017 at 2:31 AM

subject:   Re: Please read and respond to this
                    I'm not angry at you and it would
          mean the world to me

are you gonna still just cry and have mommy do everything for you even after you've graduated from
college in a year? You have regressed academically since high school,and never became more
mature than you were when we first met.

You fucking pathetic disgraceful piece of shit

from   Mark
       Anderson<

to:   H      W

Sat, Mar 11, 2017 at 2:29 PM

subject:   Re: Please read and respond to this
                    I'm not angry at you and it would
          mean the world to me

Respond confirming that you are going to discuss payment with me, reschedule my flight for as early
as the 20th, and give me my things back either the night you get here, or before you go the the DMV
the next morning.

from   Mark
       Anderson<

to:   H      W

date,   Sat, Mar 11, 2017 at 2:34 PM

subject:   Re: Please read and respond to this
                    I'm not angry at you and it would
          mean the world to me

if you take your time I'll make sure you regret it

DARTMOUTH000124

Image Associated With Case Number 17-REDACTED-181-OF

Image Description: w    5

to:      F        W

date:    Sun, Mar 12, 2017 at 3:24 AM

subject: Re: Please read and respond to this
         I'm not angry at you and it would
         mean the world to me

He deactivated my phone too, and said he did both because I had promised I'd stop contacting you before and didn't, and given the total fucking hilarious monstrosity of a bullshit story your mommy came up with when she told on me to my parents for being mean back to her poor little 21 year old daughter, the paranoid piece of shit was mad like he'd never been before that I'd expose us to such a *real, non-imaginary* legal threat. The conversation leading up to it consisted solely of him screaming at me for doing this to him, and me saying I was sorry, promising I wouldn't again, and him telling me that promise didn't matter because I had already made it. Now though, I'm happy to break it. I will remember each of these individual things you have decided to do to me, and someday you will regret them so much when you realize how little I asked of you in the end, and how much unnecessary the and regularly do cause the people around you in your life needless suffering because of how weak and needy you are.

You will know the same pain and suffering that you caused me now. If you do not personally call me to work out compensation for the things you owe me for in the next 24 hours (which my parents feel the same way I do about now that I told them all about it) so that we can actually never speak to each other again like we'd both like, I'll take that to mean that you are not going to repay me or give me a reason why other than that you "don't feel like it anymore," login to someone else's social media accounts and keep and eye out for my posts. Just like everything you did H        , it won't be illegal, it'll just be too fucked up and hurtful for you to believe I could care about you little enough to do. Unfortunately we have to speak with each other to determine that (which is why I pleaded with you to talk with me and figure this out as immediately as possible and have been trying to get you to respond about it for weeks now), but this will be the last time we contact each other until we die, and I promise you that. I'm going to burn and throw away your shit unless you specifically ask for it back (since you don't seem to care) but you'll have to give my belongings and shoes to whichever one of my parents meets with yours to swap our things.

I still actually loved you deep down inside a few days ago and wanted to make sure I was respectful enough to make sure we could be friends after this even though you had been so terrible, because I had always been the bigger man in this relationship and I didn't see any reason to not try and make us both better off by just doing it one more time.

Today, the thought of you crying excites me, and when I heard you failed the test you took after you broke up with me on a whim earlier tonight, it was truly exhilarating. It's the most happy and excited I've been in weeks because since I haven't even started to do things like let my feelings out publicly which I was doing out of courtesy for you, and it means once I do the pain you'll feel might resemble mine.

DARTMOUTH000125

Image Associated With Case Number 17-REDACTED-181-OF

Image Description: w    8

# Incident Report

| Print Date/Time: | 03/15/2017 13:32 | | | Mercer Island Police Department |
|---|---|---|---|---|
| Login ID: | | | | ORI Number:    WA0170900 |

Incident:    2017-00002846

| Incident Date/Time: | 3/12/2017 10:24:10 AM | Incident Type: | Suicide |
|---|---|---|---|
| Location: | | Venue: | MI |
| Phone Number: | | Source: | 911 |
| Report Required: | No | Priority: | 4 |
| Prior Hazards: | No | Status: | 4 |
| LE Case Number: | | Nature of Call: | PEND I101 / BY PHONE |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 11 | 124-Marcroft |
| I101 | 101-Pritchard |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | *Reporting party | W N | | | | | |
| 2 | *Reporting party | W , B | | | | | |
| 3 | *Reporting party | W , B | | | | | |
| 4 | *Reporting party | MARK ANDERSON, FATHER | | | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Disposition(s)

| Disposition | Count |
|---|---|
| SS | 1 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 1

DARTMOUTH000126

Case 1:19-cv-00109-SM   Document 45-6   Filed 05/18/20   Page 21 of 35

CAD Narrative

03/12/2017 : 13:14:01 jpriicha Narrative: Spoke to RP and daughter and told them about the no contact rule and to block his phone. skype and email and for them not to initiate contact either.

03/12/2017 : 13:03:38 jpriicha Narrative: There was no DV with the father. Just father doesn't know what to do with his son and the attitude.

03/12/2017 : 13:02:45 jpriicha Narrative: Met with Mark Anderson (son and subject of this call). Advised him of the NO CONTACT rule now in place and the ramifications if he continues to harass, extort or post improper images his ex-girlfriend.

03/12/2017 : 12:43:08 kjones Narrative: 11 CONTACTING RP IN RANGE ROVER

03/12/2017 : 12:43:03 kjones Narrative: 2N0 RP IS FATHER   MARK ANDERSON

03/12/2017 : 12:40:42 kjones Narrative: Narrative added from associated Call #: 950 - 1101 INSIDE THE APT TALKING TO SUBJ MARK (SON)

03/12/2017 : 12:40:19 jmapes Narrative: Narrative added from associated Call #: 950 - RP VEH - BLK RANGE ROVER

03/12/2017 : 13:46:11 jmapes Narrative: Narrative added from associated Call #: 950 - RP WILL WAIT IN VEH IN SHOREWOOD APT PARKING

03/12/2017 : 12:39:37 jmapes Narrative: Narrative added from associated Call #: 950 - RP IS DRIVING NEAR SHOREWOOD

03/12/2017 : 12:39:08 kjones Narrative: Narrative added from associated Call #: 950 - 1101 I'M AT THE FRONT DOOR

03/12/2017 : 12:39:03 jmapes Narrative: Narrative added from associated Call #: 950 - RP THINKS THAT PD WILL NOT UPSET SUBJ BUT AS SOON AS THE POLICE LEAVE HE WILL GO "BALISTIC"

03/12/2017 : 12:38:23 jmapes Narrative: Narrative added from associated Call #: 950 - NO WEAPONS

03/12/2017 : 12:38:13 jmapes Narrative: Narrative added from associated Call #: 950 - RP HAD TO LEAVE BECAUSE SUBJ GOT PHYICAL

03/12/2017 : 12:37:32 kjones Narrative: Narrative added from associated Call #: 950 - 1101 CFS 877 - I'M ENRT FOR THE WELFARE CHECK

03/12/2017 : 12:37:03 jmapes Narrative: Narrative added from associated Call #: 950 - SON'S GF BROKE UP WITH HIM

03/12/2017 : 12:36:26 jmapes Narrative: Narrative added from associated Call #: 950 - RP CALLING ABOUT SON

03/12/2017 : 12:30:47 jpriicha Narrative: So two young people, both going to different colleges out-of-state, have been dating for 4.5 years. She just broke up with him by text/email and he is pissed off about it. His initial emails/texts were cordial and became more nasty (language-wise) as time goes on. Other than calling her names, he has said that if she doesn't repay him for an airline change fee or Border Flite, he might possibly post some of her nudie photos on Reddit. That is the biggest threat he makes other than to say that he wants her and her mother is hurt as much as he does now, claiming that he has never hurt so badly as when she dumped him. There are no threats of suicide just numerous comments that a jilted immature person might make.

03/12/2017 : 11:46:36 jmameola Narrative: 1101 ADVISED.

03/12/2017 : 11:45:50 kMeredith Narrative: AVAILABLE TO SPEAK WITH OFC NOW

03/12/2017 : 11:49:38 kMeredith Narrative: RP CALLING IN

03/12/2017 : 10:33:48 jpriicha Narrative: Called RP as requested...No answer... Call back again in a couple

03/12/2017 : 10:33:13 jmapes Narrative: SUBJ TELLING DAUGHTER THE HE IS GOING TO MAKE SURE SHE HURTS AS MUCH AS HE HURT

03/12/2017 : 10:33:00 jmapes Narrative: RP'S DAUGHTER TOLD HER ABOUT THE THREATS AT 0400

03/12/2017 : 10:32:44 kjones Narrative: PER RX 2013 SUBJ PH # 206-931-9807

03/12/2017 : 10:32:27 jmapes Narrative: RP KEEPS SAYING SHE DOESN'T WANT SUBJ TO GET IN TROUBLE

03/12/2017 : 10:31:58 jmapes Narrative: RP WOULD LIKE CONTACT FROM PD BY PHONE

03/12/2017 : 10:31:29 kjones Narrative: LOCALS NEG FOR SUBJ

03/12/2017 : 10:30:31 jmapes Narrative: SUBJ DOESN'T HAVE PHONE

03/12/2017 : 10:30:21 kjones Narrative: ANDERSON,MARK IRWIN                        CLEAR/INST PERMIT   DOL
ADDRESS

03/12/2017 : 10:29:51 jmapes Narrative: NO EX OF HBD/VUCSA

03/12/2017 : 10:29:47 jmapes Narrative: NOT KNOWN TO CARRY WEAPONS

03/12/2017 : 10:29:24 jmapes Narrative: SAYING IF HE DOESN'T KILL HIMSELF HE WILL KILL RP'S DAUGHTER OR RP

03/12/2017 : 10:28:47 jmapes Narrative: SUBJ SAYING PARENTS ARE MAD AT HIM

03/12/2017 : 10:28:15 jmapes Narrative: SUBJ IS UPSET THAT RP'S DAUGHTER BROKE UP WITH HIM

03/12/2017 : 10:26:54 jmapes Narrative: SUBJ - ANDERSON, MARK

03/12/2017 : 10:26:15 jmapes Narrative: NO LOCATION FOR SUBJ

DARTMOUTH000127

Image Associated With Case Number 17-REDACTED-181-OF
Image Description: w    10

# Incident Report

| | |
|---|---|
| Print Date/Time: 03/15/2017 13:33 | Mercer Island Police Department |
| Login ID: | ORI Number:   WA0170900 |

Incident:   2017-00002948

| | | | |
|---|---|---|---|
| Incident Date/Time: | 3/12/2017 10:24:10 AM | Incident Type: | Suicide |
| Location: | | Venue: | MI |
| Phone Number: | | Source: | 911 |
| Report Required: | No | Priority: | 4 |
| Prior History: | No | Status: | 4 |
| LE Case Number: | | Nature of Call: | PEND I101 / BY PHONE |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 11 | 124-Marcroft |
| I101 | 101-Prichard |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 5 | *Reporting party | M    N FATHER | | | | | |
| 6 | *Reporting party | W N | | | | | |
| 7 | *Reporting party | W      , B | | | | | |
| 3 | *Reporting party | W      , B | | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|
| SS | 1 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 1

DARTMOUTH000128

REDACTED

## Image Associated With Case Number 17██████-181-OF
### Image Description: w██ 12

3/29/2017                                        Gmail - Mark's texts to me

◢◤ Gmail                                               H        W

## Mark's texts to me

B        W                                              Sun, Mar 12, 2017 at 3:17 PM
To:

He's always called me B██, that's not a problem

The texts all took place yesterday
First
I had told his parents that revenge porn is a lot in Washington state that he could break and be arrested for. So some of what he said is in response to that.

Before these texts he told me on the phone that the only way he can feel better is to hurt H██      as much as she heard him. I asked him what he was going to do and he told me not to worry, that it Will be legal.

Yesterday, at 2:
I had told him that we could get a restraining order and here's his response:
That was an idea I had! I'd love for her to go through the trouble of having to get one

Lmao u talked to the police because someone sent ur daughter a mean letter

Last night, 4:20

Again I did not threaten to do anything Unless she didn't give me the money she said she owed me

1. Also please don't contact my mom anymore so I don't have to contact the police about you harassing me and my family despite me asking You now to!

2. Last night 9:30
B██, my parents have jobs and things they have to do throughout the day, don't be so selfish and make them deal with this so they can't focus or get anything done because of this too. If you contact them again I will do something equally immature to make you regret it. Thank you for further justifying my hatred, and reminding me why your daughter was ultimately such a weak selfish person in the end. Go get something to keep you busy so you don't feel so bored and compelled to meddle in everyone else's business all the time, it's already fucked your kids up enough

Sent from my iPhone

1/1

Image Associated With Case Number 17 REDACTED 181-OF

Image Description: w    13

3/29/2017                          Gmail - Re:  LOL

M Gmail                                  H      W

## Re:  LOL

**Mark Anderson <**                        **>**                              Tue, Mar 28, 2017 at 5:03 PM
To: B        W      <            I>
Cc:         t@

Actually, have h        call me in the next two hours so I can make sure I'll never hear from you all again

Lmk 10 mins beforehand so I can go walk somewhere before I pick up

As always, I'm asking nicely first because the alternative is worse for everyone

Sent from my iPhone

On Mar 28, 2017, at 3:27 AM, B        W                      wrote:

> My sister D        told me that she had just received your Facebook message yesterday.
>
> H        has not asked me to contact your parents. That was all on me.
>
> Sent from my iPhone
>
> On Mar 27, 2017, at 8:45 PM, Mark Anderson                      wrote:
>
>> I did what I did to demonstrate to H        and B        how immature and
>> needlessly harmful it was to bring members of our families into this that
>> didn't want to and shouldn't have been involved, to make sure I never have
>> to worry about ever hearing from you again, and because after h        was
>> as cruel as possible to me for no reason in the end after everything, and had
>> no desire to do anything to end it differently,  which made it honestly feel
>> really good to do something that'd let me know she'd feel a fraction of the
>> unnecessary pain I experienced because of her.
>>
>> If you don't remember, she broke up with me by text after 4.5 years the
>> Monday after she'd been gone for the weekend with 2 friends, one who she
>> previously said was in love with her, and didn't answer my texts or calls
>> while gone (we always called at least once a day, as she insisted). The only
>> reason she gave was that she thought I was unattractive and she didn't
>> enjoy the sex. After her being the one to have constantly pressured me into
>> reassuring I wanted to be with her forever, she ended it without ever once
>> saying she had a problem with the relationship beforehand and had virtually
>> no desire to remain friends or reservations this might be a mistake. I could
>> continue on but, I think you might remember some of the behaviors I'm
>> referring to.
>>
>> The police officer you had speak with my parents said you'd be harassing
>> me if you contacted my family again.
>>
>> I'm at school now and this was out of my mind. Intriguing you felt the need
>> to threaten/provoke me again about something I sent 3 weeks ago. This is
>> my final warning on this matter, do not ever speak to my mother, father, or

DARTMOUTH000130

REDACTED

Image Associated With Case Number 17 REDACTED -181-OF

Image Description: REDACTED

3/29/2017

Gmail - Re: LOL

Christian again. If for some reason you feel compelled to contact someone in my family, you must do so only though me.

For every time h      i was so weak she has b      contact my parents because she can't bear to speak with me after what she's done, I promise I will do my best to ensure being weak like this for her own sake cause her to feel so much more pain than if she'd shown my any respect at all after the first moment she said she had a problem with the relationship.

It's clear to me why so many people in your family kill themselves now. You and your children are definitely some of the most insecure, emotionally fragile, and socially anxious people I've ever met. H      knows it and used to tell me about it, and I have a hunch the rest of you are probably aware of it too.

Sent from my iPhone

DARTMOUTH000131

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 1710-RO-138 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

| Plaintiff's Name | Defendant's Name & Address | Alias, if any | |
|---|---|---|---|
| H        W | Mark Irwin Anderson | | |
| **Name & Address Of Court** Somerville District Court 175 Fellsway Somerville, MA 02145 | D E F T. I N F O. *(Dartmouth College)* | Date of Birth | Sex  M  Place of Birth |
| | | SS # (Last four digits only) XXX-XX- | Daytime Ph # (    ) |
| | | | Cell Phone # |

### VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** *(only those items checked shall apply)*

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☐ This Order was communicated by telephone from the Judge named below to: Police Dept._____ Police Officer_____

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations.

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _100_ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exceptions to this order are: a) contact as permitted in Sections 8, 9, 10 and 11 below; or b) by sending the Plaintiff, by mail, by sheriff or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

☒ 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in Sections 8 and 10 below, located at _____ or wherever else you may have reason to know the Plaintiff may reside. The Court also **ORDERS** you to (a) surrender any keys to that residence to the Police; (b) not to damage any belongings of the Plaintiff or any other occupant; (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff; and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.

    ☒ If this box is checked, the Court also ORDERS you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ 4a. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at _____

☒ 4b. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S SCHOOL** located at ▉REDACTED▉ _Medford, Ma_

☐ 5a. **THE COURT ORDERS** that the Plaintiff's residential address not appear on the order.

☐ 5b. **THE COURT ORDERS** that the Plaintiff's workplace address not appear on the order.

☐ 5c. **THE COURT ORDERS** that the Plaintiff's school address not appear on the order.

☐ 6. **CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| N A M E | | A G E | | N A M E | | A G E |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW,** either in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _____ yards away from them unless you receive written permission from the Court to do otherwise.

    ☐ You are also ordered to stay away from the following school(s), day care(s), other: _____

| N A M E | | A G E | | N A M E | | A G E |
|---|---|---|---|---|---|---|
| | | | | | | |

☐ 8. **VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):

    ☐ Visitation is only allowed if supervised and in the presence of _____ (name) at the following times _____

    to be paid for by _____ (name)

    ☐ Transportation of children to and from this visitation is to be done by _____ (name) (third party), and not by you.

    ☐ You may only contact the Plaintiff to arrange this visitation. Contact may be made only by ☐ phone, ☐ e-mail, ☐ text, ☐ other _____

☐ 9. **YOU ARE ORDERED TO PAY SUPPORT IN THE FOLLOWING MANNER:**

    ☐ $_____ child support per _____ [week/month] by income withholding through the Department of Revenue. Defendant shall send payments to P.O. Box 55144, Boston, MA 02205-5144 until employer deductions begin.

    ☐ $_____ child support per _____ [week/month] directly to the Plaintiff by mailing payments to _____

    ☐ $_____ support for the Plaintiff per _____ [week/month] directly to the Plaintiff by mailing payments to _____

    ☐ Other orders: _____

☐ 10. **YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed to by the Plaintiff.

☐ 11. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20____ ☐ by mailing directly to the Plaintiff ☐ through the Probation Office of this Court.

☐ 12. **THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the _____ Police Department or to the police officer serving this order all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.

    • You must immediately surrender the items listed above, and also comply with all other Orders in this case.

    • Subject to certain exceptions, purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g)(8) and 925.

☐ 13. **ON THE NEXT SCHEDULED HEARING DATE**, the Court will hear testimony and other evidence regarding Section 9 of this order, which involves support for the Plaintiff and/or the minor children. You are hereby ordered to bring with you to the next scheduled hearing date any financial records in your possession including your most recent tax return and your last four paystubs) that provide evidence of your current income.

☒ 14. **YOU ARE ALSO ORDERED** _not to disseminate, send, distribute or post any images of the plaintiff to any person or any website or email or any school or other form of social media_

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order. The Defendant does not appear. This Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before it is scheduled for review date.

FA-2 (1/12)

COURT COPY

*Clerk/Magistrate Somerville District Court* (stamp)

DARTMOUTH000132

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 1710-RO-138 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

☑ 15. Police reports are on file at the ███ REDACTED ███ Police Department.

☐ 16. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
_____ (DOCKET #s) _____ (PCF #)
to _____

☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police
Department(s) by ☐ telephone ☐ other _____.

**B. NOTICE TO LAW ENFORCEMENT**

☐ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____

☐ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE |
|---|---|---|---|---|
| 03/30/2017 | 10:30 | ☒ A.M. ☐ P.M. | 4/10/17 at 4 P.M. | PRINT/TYPE NAME OF JUDGE  Paul M. Yee |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. In the event the Court is closed on the date the Order is to expire, the Order shall remain in full force and effect and the Hearing shall be continued until the next Court business date.

NEXT HEARING DATE: 4/10/17
at 9:00 ☒ A.M. ☐ P.M. Courtroom _____

**☐ C. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20_____ be MODIFIED as follows:

_____
_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE  PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: _____ ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M. Courtroom _____ | |

**☐ D. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20_____ be MODIFIED as follows::

_____
_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE  PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: _____ ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M. Courtroom _____ | |

**☐ E. PRIOR COURT ORDER TERMINATED**

This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.

☐ TERMINATED AT PLAINTIFF'S REQUEST.

| SIGNATURE OF JUDGE  PRINT/TYPE NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER  ☒ A.M.  ☐ P.M. |
|---|---|---|
| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate | |

FA-2A (5/15)                                                                     COURT COPY

DARTMOUTH000133

**2016085101**

Open - Active
Management

Case Management

# Mark Irwin Anderson

**DEMOGRAPHICS**

**Academic Advisor**
Anne B. Hudak

DARTMOUTH000134

**Incident Description**

I received a call from Safety and Security at 8:41 pm informing that a parent of a ██REDACTED██ student called because her daughters ex-boyfriend a Dartmouth student was harassing her and her daughter. The mother would not share the students name at that time. The original call was received at 4:01 pm.

At 8:10 pm S&S received a call from ██RED██ S&S to inform them that they were faxing a restraining order over to the Hanover PD. The ██RED██ officers shared the name of the Dartmouth student (Mark Anderson 18). The ██RED██ officer also shared with our officer that in text messages Mark Threatened to harm himself. The officer notified Dicks house that they might be bring Mark in after they do a welfare check and deliver the restraining order with HP. The S&S communication office is waiting for the restraining order and the text messages from ██RED██

**NOTES**

**Individual Notes**

DARTMOUTH000135

**3.29.17 from dean on call**                                    Thursday March 30, 2017 at 10:35am
*Kristi L. Clemens*

Follow up report:
Hello All,

S&S updated me at 9:45 that they delivered the restraining order to Mark with HPD. Mark was surprised and said that they (Mom and Ex-girlfriend) were the aggressors and not him. He was asked to write a statement that will be added to the case notes.

The officers mentioned that mark seemed to be a little sad given the restraining order, but not anything alarming. The officer offered counseling services and the student refused. I pressed the officer again to ensure the student was not in any danger and the officer assured me that the student seemed to be in an ok space given the news that had just been delivered.

I also asked if they had received the text messages from RED stating that Mark wanted to harm himself and they had not. RED needed a higher authorization to release the messages and they were still waiting for clearance. Dartmouth S&S has a recording of the RED officer reading the text and has marked the recording, but no physical messages have been received.

**3.30.17 from K. Clemens**                                    Thursday March 30, 2017 at 10:37am
*Kristi L. Clemens*

Talked with CHD who had requested a draft report from DOSS. The text messages that Mark allegedly sent seemed to directly threaten himself, as well as the ex and her mom. DOSS has reached out to RED for screenshots of those texts. We may require a CHD assessment today.

**3.31.17 from K. Clemens**                                    Friday March 31, 2017 at 12:48pm
*Kristi L. Clemens*

Mark responded to my outreach and said that we don't need to meet. I shared that we did.

**4.3.17 from K. Clemens**                                    Monday April 3, 2017 at 1:12pm
*Kristi L. Clemens*

I have scheduled a meeting with Mark for tomorrow at 9am.

**4.4.17 from K. Clemens**                                    Tuesday April 4, 2017 at 3:09pm
*Kristi L. Clemens*

Met with Mark today. Advised on behavioral expectations and spoke at length about his state of mind. Declined counseling, but knows that is an option.

**5.4.17 from Dean on Call**                                    Friday May 5, 2017 at 11:48am
*Kristi L. Clemens*

Received a call at 10:45pm tonight from DSS informing me that Mark Anderson '18 had been taken into custody by Hanover Police for violation of a protective order for H          W            , a student at REDACTED

DSS received a call at 6:15pm from RED PD officer Mark Roach stating that Mark had violated a restraining order by emailing Ms. W          . After extensive efforts to contact Mark to let him know DSS & HPD wanted to talk to him, DSS was able to arrange a meeting at 10:40pm in the Maynard Lot outside DSS. Mark was arrested without incident by Hanover PD, and taken to Grafton County Jail.

Custodial contact # in ABC does not connect. Mark's father (also named Mark), was reached at                    . Shared basic information regarding the arrest and the process of returning to campus when he is released. I let Mr. Anderson know that Kristi Clemens would be a point of contact for Mark when he was released, and also offered that she could be a point of contact for the family. Shared Kristi's office number. Father took the news relatively well and said he would call the jail.

DARTMOUTH000136

5/8/2017                     **Department of Safety and Security**                     Page 1 of 4

# Incident Report

## Incident 2017-05-023-IR

| | | | |
|---|---|---|---|
| *Date Reported:* | 05/04/2017  07:51 P | *Day of the Week:* | Thursday |
| *Occurred (From):* | 05/04/2017 | | |
| *Location:* | | | |
| *Area:* | Academic Building | *Jurisdiction:* | Dartmouth College |
| *Site:* | | *Site Type:* | On Campus Property |

*Comment:*  On May 4, 2017 at 7:51pm, DoSS Communications received a call from a Sergeant of the RED REDACT Police Department reporting that Mark Anderson '18 had violated a restraining order that was issued by the Hanover Police Department (HPD) for the REDACTED Police on March 29, 2017.

| | *Name, ID:* | *Role:* | *Date/Time Involved:* |
|---|---|---|---|
| *Officer Involved:* | William Bean  (26) | Dispatched Officer | 05/04/2017  07:55 P |

| | | | |
|---|---|---|---|
| *Reviewed By:* | Keiselim Montás | *Date Reviewed:* | 05/05/2017 |
| *Cleared By:* | Arrest | *Date Cleared:* | 05/05/2017 |
| *Current Status:* | Reviewed and Proofread | | |

H      W

1)      **Mark I. Anderson**

*Informant CS*

DARTMOUTH000137

Department of Safety and Security

# Incident Report

## Incident 2017-05-023-IR

1)   **Mark Roche**

## Narratives

1)   **Initial Report**

| | | | |
|---|---|---|---|
| *Prepared By:* | William Bean | *Date Reported:* | 05/04/2017 |

On May 4, 2017 at 7:51pm, I received a call from Sergeant Mark Roche of the REDACTED Police Department reporting that Mark Anderson '18 had violated a restraining order that was issued by the Hanover Police Department (HPD) for the REDACTED Police on March 29, 2017. The restraining order stipulated that Anderson was to have no contact with H        W              or her family at all. Anderson violated this order by sending W          an email today at 6:14pm.

At 8:06pm, I requested to meet with an HPD Officer so I could pass along the information that I had received.

At 8:36pm, Officers Ryan Kennett and Tyler Reidy came to Safety and Security. I briefed them on the situation and they informed me that they would be looking into the restraining order paperwork and then get back to me.

At 9:28pm, I met with HPD Officers Kennett and Reidy at Anderson's residence           Hall. We went to Anderson's room and found that he was not there. Officer Reidy tried to call Anderson and with no response I requested that DoSS Communications send Anderson an email requesting to meet with him. See attached email correspondence.

It wasn't until 10:36pm, that Anderson finally arrived at the Maynard parking lot to meet with me and the Officers from HPD. HPD Officers Kennett and Reidy informed Anderson why they wanted to meet with him. Officer Joseph Landry then informed Anderson that he was under arrest.

At 10:53pm, notifications were made to the Dean on call and Director Harry Kinne.

The HPD report number is 17-HAN-68-AR

2)   **Supplement #1 Email Correspondence**

| | | | |
|---|---|---|---|
| *Prepared By:* | William Bean | *Date Reported:* | 05/05/2017 |
| *Reviewed By:* | William Bean | *Date Reviewed:* | 05/05/2017 |

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 10:04 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

Could you perhaps give me his phone number so I could call him?

*Informant CS*

# Incident Report

## Incident 2017-05-023-IR

## Narratives

From: Safety and Security
Sent: Thursday, May 4, 2017 7:00:54 PM
To: Mark I. Anderson
Subject: RE: meet

Hi Mark,

   All I can tell you is that Sgt Bean asked me to contact you and that it was imperative to meet him asap.

R.Schemmel
Communications

Safety and Security
5 Rope Ferry Road
Hanover, NH 03755

Business: 603-646-4000

Fax: 603-646-1603

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:58 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

Could you confirm that I'm required to go if you don't know what it's about though?
_____
From: Safety and Security
Sent: Thursday, May 4, 2017 6:57:56 PM
To: Mark I. Anderson
Subject: RE: meet

Ok, thank you.

Safety and Security
5 Rope Ferry Road
Hanover, NH 03755

Business: 603-646-4000

Fax: 603-646-1603

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:57 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

*Informant CS*

Department of Safety and Security

# Incident Report

## Incident 2017-05-023-IR

### Narratives

Ok, I will be at the Dicks house parking lot at 10:30

---

From: Safety and Security
Sent: Thursday, May 4, 2017 6:56:28 PM
To: Mark I. Anderson
Subject: meet

Hi Mark,

  Sgt Bean asked me to reach out to you again, it is imperative that you meet him immediately.

Thank you,

R.Schemmel
Communications

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:40 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: contact

Also, could you perhaps let me know what this is regarding and if I am required to come speak with you about it (no offence, I'm just kind of busy at the moment).

---

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 6:37:35 PM
To: Safety and Security
Subject: Re: contact

Would you like to meet me today? If so could we go somewhere private where there will not be other students, or could we perhaps just speak on the phone? It's incredibly embarrassing and annoying to have officers walk up to my dorm and I appreciate you reaching out.

---

From: Safety and Security
Sent: Thursday, May 4, 2017 6:31:49 PM
To: Mark I. Anderson
Subject: contact

Hi Mark,

  Sgt. Bean asked me to reach out to you as he would like to meet up with you to discuss something. Where are you so he can chat with you?

Thanks,

R.Schemmel
Communications

*Informant CS*

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

May 10, 2017

Elizabeth and Mark Anderson
3204 West Concord Way Apt 481
Mercer Island, WA 98040-6229

**PERSONAL AND CONFIDENTIAL**

Dear Ms. and Mr. Anderson:

I am writing to let you know about a possible serious violation of Dartmouth's Community Standards of Conduct concerning your son.  I have shared information with Mark that alleges he has harassed an individual and violated local, state or federal law by violating the terms of a restraining order.

Although no determination has yet been made about whether Mark is responsible for the violation, it has been determined that there is sufficient reason to conduct a hearing.  If the hearing determined that your son was responsible, the reported violation is considered serious enough that possible sanctions might include Suspension from the College.

I am sending you this letter because the College believes it is important for parents to know about serious disciplinary cases.   We encourage students responding to such allegations to speak with their parents about such matters, and we hope that you will raise the issue yourself if your son has not already done so. Please also encourage him to speak with his undergraduate dean.  The deans regularly assist students involved in disciplinary proceedings, serve as advisors, and provide support to students working to fulfill academic and other responsibilities while a conduct case is pending.

Mark has received all the relevant information concerning the allegation and should be able to share copies with you, if you wish.  The College's practice is to encourage direct communication between students and parents about the substance of these matters, but do not hesitate to contact us at (603)646-3482, if we can respond to specific concerns you have for your student.

Sincerely,

Adam Knowlton-Young
Hearing Officer, Judicial Affairs

cc:      Student/Student file
         Anne Hudak, Undergraduate Dean

DARTMOUTH000141