# Exhibit 10

**From:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**Sent:** Sunday, September 10, 2017 7:16 PM EDT
**To:** Kristi L. Clemens <Kristi.L.Clemens@dartmouth.edu>; Adam J. Knowlton-Young <Adam.J.Knowlton-Young@dartmouth.edu>
**Subject:** Re: Financial Aid question
**Attachment(s):** "Anderson%2c M. %2718 - Allegation Packet.pdf"

Hi Kristi,

Thank you so much for responding so quickly, and my dearest apologies - my internship ended two days ago and I was super busy during my last week and missed that I needed to return that packet. I've completed and attached it to this email. Would you suggest I simply walk to the judicial affairs office first thing tomorrow morning and ask to have a hearing ASAP?

Best,
Mark

---

**From:** Kristi L. Clemens
**Sent:** Sunday, September 10, 2017 3:40:16 PM
**To:** Mark I. Anderson; Christen M. O'Connor; Adam J. Knowlton-Young
**Subject:** Re: Financial Aid question

Mark, the check in hold is due to your pending judicial case.  You've been repeatedly told that you could not enroll this term until the case was resolved, which it is not.  Adam told you last week that the case still needed resolution and you did not respond.

I recommend that you go to judicial affairs tomorrow to make a plan to resolve your case.

Best,
Kristi



Kristi Clemens
Assistant Dean of Student Affairs and Director of Case Management
Dartmouth College
(603) 646-3907


-------- Original message --------
From: "Mark I. Anderson" <Mark.I.Anderson.18@dartmouth.edu>
Date: 9/10/17 6:36 PM (GMT-05:00)
To: "Christen M. O'Connor" <Christen.M.O'Connor@dartmouth.edu>, "Adam J. Knowlton-Young" <Adam.J.Knowlton-Young@dartmouth.edu>, "Kristi L. Clemens" <Kristi.L.Clemens@dartmouth.edu>
Subject: Re: Financial Aid question

Hi Christen,

This is very urgent - I am being prevented from "checking-in" on banner for the term because of a "student account check in hold" from the financial aid office. It seems to me at this time that the housing office was able to resolve whatever problem was at hand, and I have checked all the tabs on the financial aid menu on banner and have not seen anything showing some sum the school wants me to pay, so I'm assuming the problem this was the case but immediately need to know if it is not.

If there is some sum the school is requiring me to pay before I can attend classes for the term, could you provide me specific directions to where I can find the amount owed and pay it.

Also, in case you aren't immediately available to assist me with this, I'm going to Kristi Clemens and Adam Knowton-Young in case either of them might be able to help me resolve it sooner.

Best,
Mark Anderson

---

**From:** Christen M. O'Connor
**Sent:** Monday, June 19, 2017 7:34:15 AM
**To:** Mark I. Anderson
**Subject:** RE: Financial Aid question

Mark –

I want to just be clear that in my role in Financial Aid, the scope of my (and my office's) abilities are to evaluate your eligibility for financial aid, and to award your financial aid.  I and my colleagues here have no role in billing, your account statement, refunds,

**STATEMENT OF UNDERSTANDING OF STUDENTS' RIGHTS IN DISCIPLINARY MATTERS**

**Mark I. Anderson '18**

*This form must be completed and returned to the Judicial Affairs Office (JAO) at 5 Rope Ferry Road, Room 204, no later than* **noon on May 17, 2017**. *Please contact JAO at 603-646-3482 or your advisor if you have questions about completing this form.*

## Rights

I understand that my rights in College disciplinary proceedings are set forth in the current *Dartmouth College Student Handbook*.

## Allegations

I have received a letter from the Judicial Affairs Office, dated May 10, 2017, setting forth the allegations against me and providing me with copies of currently available materials pertaining to the case.

I violated the Dartmouth Standard of Conduct II through repeated behavior or conduct targeted at an individual during the Spring 2017 term.

- ☐ I admit the allegation.
- ☒ I deny the allegation.

I violated the Dartmouth Standard of Conduct VI when I violated local, state or federal law by not observing the conditions of a restraining order on or about May 4, 2017.

- ☐ I admit the allegation.
- ☒ I deny the allegation.

## Type of Hearing

I understand that I have been charged with an offense that (if I am found responsible) could merit a suspension or separation from the College and that my case will therefore be referred to the Committee on Standards (COS) or an individual hearing officer for adjudication and imposition of a penalty.

I understand that the hearing will be recorded and that I can request access to this recording.

I recognize that, if I have admitted to the allegation(s) listed above, I may provide a statement and request to have an individual hear my case and impose the penalty. If my request is granted, I understand that the hearing officer's decision on a penalty shall be final except for my right to request a review in accordance with the procedures set forth in the current *Dartmouth College Student Handbook*.

- ☐ I request to be heard and have the penalty imposed by the Committee on Standards.
- ☒ I request to be heard and have the penalty imposed by an individual hearing officer. I understand that this option is only available if I admit responsibility and provide a written statement with this form.

## Attendees (COS Hearings Only)

I understand that my case will be heard by the COS and that the hearing will be open to current Dartmouth students, faculty, and staff (in accordance with the procedures set forth in the current *Dartmouth College Student Handbook*) unless I request that it be closed.

- ☐ I request that my hearing be open.
- ☒ I request that my hearing be closed.

If you have requested a closed hearing, you may request one current student, faculty member or administrator to observe the hearing as a source of support. Observers do not participate in the hearing and are subject to approval of the Chair.

I request that _____ attend the hearing as an observer.

I am aware that I am entitled to have a single advisor present at my disciplinary hearing, and that this advisor must be a currently enrolled Dartmouth student, a member of the faculty or a member of the College administration.

My advisor will be _____Kristi Clemens_____.

☐ I do not wish to have an advisor.

## Witnesses and Additional Materials

Please indicate below whom you wish to request as a witness and to what each witness will testify. Witnesses may be asked to submit a written statement to the COS and may be asked to appear before the committee. You

may also attach any printed material you wish to present.  The deadline for the submission of printed materials shall be set forth in a scheduling letter.

| Witnesses - Name, class | Subject matter of testimony |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

3 | Statement of Understanding of Students' Rights in Disciplinary Matters | 3

DARTMOUTH000500

## Accessibility

The COS conference room is wheelchair accessible. All printed materials for this hearing are available in alternative media. If you wish to request disability-related accommodations including sign-language interpreters, please do so below or contact the Judicial Affairs office at 603-646-3482 or by e-mail at Judicial.Affairs@Dartmouth.edu. Requests can be made at any time, but some types of accommodations take several weeks to arrange. The College can usually provide accommodations requested two weeks prior to a hearing.

_____
Date

_____
Signature

_____
Name (please print)

_____
Preferred Mailing Address

_____
Preferred Phone