# Exhibit 11

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

September 11, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

This is official notification that a panel of the Committee on Standards will adjudicate the disciplinary matter pending against you on **Thursday, September 21, 2017, at 2:30 pm**. Please meet or come with your advisor to the waiting area in the Judicial Affairs Office, 5 Rope Ferry Road, room 204 to check in for your hearing. You will be provided a quiet space while the Committee is in a brief executive session. I will bring you to the conference room when they are ready to meet with you. If you will not be on campus, please provide us contact information to conduct the hearing via Skype.

You have the opportunity to submit a written statement regarding the incident. This statement must be submitted to my attention electronically, or brought to the Office of Judicial Affairs, no later than, noon on September 15, 2017.

Mark, below is the list of panel members of the Committee on Standards who will review your case. You should not be in touch with the Committee prior to the hearing, nor should they be in touch with you. If you have any questions or concerns, please let me know.

Committee Chair - Dean Dan Nelson
Administrator - Kari Jo Grant, Human Resources
Faculty - James Haxby, Psycholgical & Brain Sciences
Faculty - George Edmondson, English
Student - REDACTED
Student -

In addition, we have scheduled time for you to learn the outcome of your hearing at **9:00 am on Friday, September 22, 2017 in Carson Hall, Suite 125**. This meeting will be held with your undergraduate dean and the committee chair. If this time is not convenient for you, please call me at 603-646-3482 to reschedule that appointment.

If you have concerns or questions about the hearing process that you would like to discuss prior to the hearing, please feel free to contact me.

Sincerely,

DARTMOUTH000700

Adam Knowlton-Young
Hearing Officer

CC:   Office of the Deans of Undergraduate Students
      Anne B. Hudak, Assistant Dean of Undergraduate Students
      Kristi L. Clemens, Assistant Dean

DARTMOUTH000701