# Exhibit 13

# dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

September 19, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

Enclosed it the case packet that will be used in your meeting with the Committee on Standards, scheduled for Thursday, September 11, 2017, beginning at 2:30 pm. A hard copy of the packet will be available to you at the meeting.

Please plan to come with or meet your advisor in the Office of Judicial Affairs, located at 5 Rope Ferry Road, at 2:30 pm on Monday. Please check in with Addie on the 2nd floor, in room 204. You will be provided a quiet space while the committee panel is in an executive session and until they are ready to meet with you.

Please contact the Office of Judicial Affairs at 603-646-3482, with any questions.

Thank you,

*Laurie Welch*

Laurie Welch
Office Manager, Judicial Affairs

CC: Office of the Deans of Undergraduate Students
Anne B. Hudak, Assistant Dean of Undergraduate Students