# Exhibit 14

**From:** Laurie Welch <laurie.welch@dartmouth.edu>
**Sent:** Tuesday, September 19, 2017 2:22 PM EDT
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**CC:** Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>; Katharine R. Strong <Katharine.R.Strong@dartmouth.edu>; Adam J. Knowlton-Young <Adam.J.Knowlton-Young@dartmouth.edu>; Adella-Marie G. Cloutier <Adella-Marie.G.Cloutier@dartmouth.edu>
**Subject:** Judicial Affairs - hearing information
**Attachment(s):** "Anderson, M '18 - scheduling letter.pdf"

Hello Mark,

I see that you did not retrieve the scheduling letter in regards to your meeting with the Committee on Standards. I have enclosed it here.

I also wanted to send you an updated list of panel members who you will be meeting with on Thursday, September 21, 2017, at 2:30 pm.
Committee Chair (non-voting) – Dean Dan Nelson
Administrator – Kari-Jo Grant – Human Resources
Faculty – James Haxby, Psychological & Brain Sciences
Faculty – George Edmondson – English
Student – REDACTED
Student –

Mark, as well, Reese Kelly, Sr. Assistant Dean & Director, Office of Pluralism and Leadership, will be observing as a new member to the Committee. He will not be participating or voting on an outcome.

Please contact the Office of Judicial Affairs if you have any questions or concerns with the panel list above. As mentioned in the scheduling letter, you nor these panel members should be in contact with each other in regards to your disciplinary case.

Thank you

Laurie Welch
Office of Judicial Affairs
603-646-3482