# Exhibit 15

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

September 22, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

This is official notification that, following your hearing on September 21, 2017, a panel of the Committee on Standards has found that you violated the College Standard of Conduct II when you had repeated contact targeted at an individual. The Committee made no finding regarding the allegation that you had violated Standard VI on or about May 4, 2017. Based on these findings, you have been separated from the College, effective immediately.

Separation is permanent removal from the College community. And, as you are probably aware, a student for whom Separation has been voted is not normally eligible for consideration for readmission to Dartmouth. Information on separations is set forth in the current Dartmouth College Student Handbook.

Students separated from the College must leave campus housing within 48 hours of notification. Please consult the *Student Handbook* for further information.

This sanction will be noted in your record in the Dean's Office and a copy of this letter will be placed in your file. As a result of this action, you must answer any question as to whether you have been subject to disciplinary action here at Dartmouth in the affirmative.

As you know, you have the right to request review of the panel's decision. If you wish to do so, your request must be in writing and must set forth the specific grounds for reconsideration in accordance with the standards and requirements set forth in the current *Student Handbook*. The request must be submitted within seven days of today's date, no later than September 29, 2017. Please note: separated students who request review are expected to leave campus while their review is pending, unless they are granted permission to remain.

If you have questions about this letter, please feel free to contact me at 603-646-3482.

Sincerely,

Katharine R. Strong
Director, Judicial Affairs

DARTMOUTH001003

CC:   Office of the Deans of Undergraduate Students
      Anne B. Hudak, Assistant Dean of Undergraduate Students
      Family

DARTMOUTH001004