# Exhibit 18

**From:** Katharine R. Strong <Katharine.R.Strong@dartmouth.edu>
**Sent:** Monday, October 02, 2017 12:54 PM EDT
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**CC:** Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>; Laurie Welch <laurie.welch@dartmouth.edu>; Adam J. Knowlton-Young <Adam.J.Knowlton-Young@dartmouth.edu>; Adella-Marie G. Cloutier <Adella-Marie.G.Cloutier@dartmouth.edu>
**Subject:** RE: Case Packet

Good Afternoon, Mark –
I'm following up on a concerns shared with me by Sarah McKinney and your Dean, Anne Hudak, regarding your need for additional time to complete your request for review. Having heard their concerns, I'm an granting one final extension. Please have your letter to our office by Wednesday, October 4, 2017 at noon.
You Dean also shared that you inquired about how you could listen to the recording of the hearing. If you would like access to the recording, please request it in writing to me and/or Judicial.Affairs@Dartmouth.edu. We can arrange for you to have access via a secure server we use.
Sincerely,
~K

**Katharine R. Strong** | **Dartmouth College**
Director | Judicial Affairs
5 Rope Ferry Road – Room 206 | Hanover, NH 03755

Katharine.R.Strong@dartmouth.edu
P - 603.646.3482
F – 603.646.0421

---

**From:** Katharine R. Strong
**Sent:** Monday, September 25, 2017 4:32 PM
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**Cc:** Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>; Laurie Welch <laurie.welch@dartmouth.edu>; Adam J. Knowlton-Young <Adam.J.Knowlton-Young@dartmouth.edu>; Adella-Marie G. Cloutier <Adella-Marie.G.Cloutier@dartmouth.edu>
**Subject:** RE: Case Packet

Good Afternoon, Mark –
Thank you for your email. I am writing to confirm that I will extend the deadline for your request for review letter through the weekend. Please have your letter to our office by Monday, October 2, 2017 at noon.
Sincerely,
~K

**Katharine R. Strong** | **Dartmouth College**
Director | Judicial Affairs
5 Rope Ferry Road – Room 206 | Hanover, NH 03755

Katharine.R.Strong@dartmouth.edu
P - 603.646.3482
F – 603.646.0421

---

**From:** Mark I. Anderson
**Sent:** Monday, September 25, 2017 3:08 PM
**To:** Katharine R. Strong <Katharine.R.Strong@dartmouth.edu>; Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>
**Subject:** Re: Case Packet

Hi Kathrine,

I wanted to write and ask if I could get an extension on the date which I need to submit my "Request for Review" by. I'm having a hard time thinking clearly, and do not think it'll be possible for me to coherently convey all the information I need to communicate in writing by the current deadline of September 29th.

Thank you and best regards,
Mark Anderson

---

**From:** Katharine R. Strong
**Sent:** Monday, September 25, 2017 11:12:36 AM
**To:** Mark I. Anderson; Adella-Marie G. Cloutier
**Cc:** Anne B. Hudak; Adam J. Knowlton-Young; Laurie Welch
**Subject:** RE: Case Packet

Good Afternoon, Mark –
I've attached a copy of the "Case Note" from your hearing. This will provide you with the rationale for the committee's decision in finding you responsible and in determining your sanction.
If you have any further questions, please us know.
Sincerely,
~K