# Exhibit 21

**From:** Katharine R. Strong <Katharine.R.Strong@dartmouth.edu>
**Sent:** Thursday, October 26, 2017 12:44 PM EDT
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**CC:** Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>
**Subject:** RE: Review Decision Available

Hi, Mark –
Thanks for confirming your availability. I can confirm that I am following all of my standard procedures. As I have stated previously, I will deliver the decision to you in person.
See you at 3:30,

**Katharine R. Strong** | **Dartmouth College**
Director | Judicial Affairs
5 Rope Ferry Road – Room 206 | Hanover, NH 03755

Katharine.R.Strong@dartmouth.edu
P - 603.646.3482
F – 603.646.0421

---

**From:** Mark I. Anderson
**Sent:** Thursday, October 26, 2017 12:08 PM
**To:** Katharine R. Strong <Katharine.R.Strong@dartmouth.edu>
**Cc:** Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>
**Subject:** Re: Review Decision Available

Hi Katharine,

3:30 sounds good. If you could just confirm that you received and will honor my request to be notified of the decision electronically if the reviewing officer came to the decision that my original sanction was appropriate, I'll see you then at your office.

Best,
Mark Anderson

---

**From:** Katharine R. Strong
**Sent:** Thursday, October 26, 2017 5:24:56 AM
**To:** Mark I. Anderson
**Cc:** Anne B. Hudak
**Subject:** Review Decision Available

Good Morning, Mark –

I've received the decision from the Review Officer and would like to find time today to meet with you and your Undergraduate Dean. I've checked our schedules and we (your Dean and I) are available from 9:30am-10:30am or from 3:30pm-4:30pm.

We will meet in my office suite.

Please let me know which time would work best for you.

Sincerely,

**Katharine R. Strong** | **Dartmouth College**
Director | Judicial Affairs
5 Rope Ferry Road – Room 206 | Hanover, NH 03755

Katharine.R.Strong@dartmouth.edu
P - 603.646.3482
F – 603.646.0421