# Exhibit 25



Student Academic Support Services Center
Dartmouth College
6064 Carson Hall, Suite 125, Hanover NH 03755-3529
Tel: (603) 646-2243
Fax: (603) 646-6166
Email: Dean.of.Undergraduate.Students@Dartmouth.Edu

November 16, 2017

<u>CONFIDENTIAL</u>

Mark I. Anderson '18
Via E-mail: Mark.I.Anderson.18@dartmouth.edu

Dear Mark:

    I am writing to inform you that I am imposing an immediate temporary suspension, effective today. This is in response to the e-mail that you received today from Katharine Strong in the Judicial Affairs Office.

    This immediate temporary suspension requires that your access to campus remains as outlined by Dean Biron in her October 26, 2017 letter to you and that you may not return to the College campus without specific prior permission from Dean Hudak. It is also a condition of this suspension that you may not be anywhere on campus other than the Dick's House infirmary. Failure to comply with these conditions will lead to additional disciplinary action.

    It is extremely important that you be in contact with the Judicial Affairs Officer, Katharine Strong.

    The temporary suspension will remain in force until formal disciplinary proceedings have been concluded. The condition that you not return to campus without prior specific permission from Dean Hudak will remain in force until you are notified otherwise in writing.

    I know that this is a difficult time for you, and wish you the best in addressing the circumstances that led to your behavior.

Sincerely,

Brian D. Reed
Associate Dean for Student Academic Support Services and
Dean of Undergraduate Students

c:    Parents
      Katharine Strong
      Anne Hudak
      Student File