# Exhibit 28

**From:** Katharine R. Strong
**Sent:** Tuesday, November 21, 2017 10:34 AM EST
**To:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**CC:** Mark H. Reed <Mark.H.Reed@dartmouth.edu>; Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>
**Subject:** Responding to your emails and requests

Mark –

I write to follow up on the messages you sent to me over the weekend and yesterday.

I hope this message clears up any confusion and helps you understand the process from here.

**Current Status:**

Your current status is suspended, pending a hearing before the COS.   As I informed you on the 15th, I am moving forward with scheduling your hearing.    If you believe you would benefit from taking a leave before your COS hearing, you may request one.  There is no deadline for you to make the decision to take a leave.  However, you will not be granted a leave after your hearing is held.

**COS Hearing:**

You will receive a scheduling letter from our office once we have confirmed a committee.  I encourage you to identify an advisor.  You may request that the hearing be rescheduled for good cause.  However, an extension will not be granted based on your desire to wait to hear from someone that you have asked to intervene on your behalf.

**Communications with President Hanlon:**

You have also asked me to respond to your letter to President Hanlon.  That we disagree about what has transpired is well documented and I continue to appreciate the frustration you have expressed to me and others at the College. Nevertheless, in her October 26, 2017 letter to you, Dean Biron determined that a second hearing was warranted and should be conducted.   I understand that you disagree with that decision, however, we are moving forward with that process.  I will not be providing a response to your letter to President Hanlon.

**Conclusion**

As noted above, you will receive a scheduling letter once we have confirmed a committee. Until that point, I have no further comment to make and do not believe that further conversation will bring us closer to completing the hearing process. I am declining your request that we meet in person today. Please limit your correspondence with our office to that which concerns the current hearing process.

Sincerely,

**Katharine R. Strong** | **Dartmouth College**
Director | Judicial Affairs
5 Rope Ferry Road – Room 206 | Hanover, NH 03755

Katharine.R.Strong@dartmouth.edu
P - 603.646.3482
F – 603.646.0421