# Exhibit 30

# dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

December 8, 2017

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

This is official notification that a panel of the Committee on Standards will adjudicate the disciplinary matter pending against you on **Monday, January 8, 2018, at 2:30 pm**. As you have not completed and returned your Statement of Understanding we will proceed under the assumption that you are denying the allegations, and as such your case will be reviewed by a panel of the Committee on Standards.

Please meet or come with your advisor to the waiting area in the Judicial Affairs Office, 5 Rope Ferry Road, room 203 to check in for your hearing. You will be provided a quiet space while the Committee is in a brief executive session. I will bring you to the conference room when they are ready to meet with you. If you are not able to be physically present you can participate via telephone or Skype. If that is the case, please send your contact information to me. We recommend you are in a quiet space - one without distraction or interruption. If using a telephone, a landline is recommended for better connectivity.

You can submit a written statement or other materials to be considered for inclusion in the final information packet that is provided for the COS and yourself ahead of your hearing. Please submit your statement or other materials you want considered for inclusion in the packet to my attention electronically no later than, noon on December 15, 2017. Please be aware, the COS Chair is empowered to determine the relevance and admissibility of all submitted materials.

Mark, below is the list of panel members of the Committee on Standards who will review your case. You should not be in touch with the Committee prior to the hearing, nor should they be in touch with you. If you have any questions or concerns, please let me know.

Committee Chair - Dean Liz Agosto
Administrator - Sarah Coulter, Office of the Dean of Faculty
Faculty - John Voight, Mathematics
Faculty - Michelle Clarke, Government
Student - REDACTED
Student - REDACTED

In addition, we have scheduled time for you to learn the outcome of your hearing at **11:30 am EST on January 9, 2018.** Please let me know how you plan to participate, in person or remotely. This meeting will be held with your undergraduate dean and the committee chair. If this time is not convenient for you, please call me at 603-646-3482 to reschedule that appointment.

If you have concerns or questions about the current hearing process that you would like to discuss prior to the hearing, please feel free to contact me. I will be your contact for our office for your upcoming

hearing.

Sincerely,

Adam Knowlton-Young
Assistant Director, Judicial Affairs

CC: Office of the Deans of Undergraduate Students
Anne B. Hudak, Assistant Dean of Undergraduate Students

DARTMOUTH004390