# Exhibit 34

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

January 4, 2018

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

Enclosed is the case packet that will be used in your meeting with the Committee on Standards (COS), scheduled for Monday, January 8, 2018, beginning at 2:30 pm.  A hard copy of the packet will be available to you at the meeting.

I have included all of the information you provided related to your conduct and Dartmouth's response to that conduct prior to May of 2017.  The Chair of the Hearing has agreed that this information can be provided to the Committee and it is included in the attached case packet.  The other information is not related to whether or not your conduct violated the Standards of Conduct, which is the only issue being reviewed by the COS.

Please plan to come with or meet your advisor in the Office of Judicial Affairs, located at 5 Rope Ferry Road, for 2:30 pm on Monday.  Please check in with Addie on the 2nd floor in room 203.  You will be provided a quiet space while the Committee meets in an executive session.  I will bring you to the conference room when the panel is ready to meet with you.

Please contact the Office of Judicial Affairs at 603-646-3482, with any questions.

Thank you,

Adam Knowlton-Young
Assistant Director, Judicial Affairs

CC:   Office of the Deans of Undergraduate Students
       Anne B. Hudak, Assistant Dean of Undergraduate Students

----------------------------------------**CONFIDENTIAL**----------------------------------------

COS HEARING '18 Winter                                    Monday January 8, 2018

-------------------------------------------------------------------------------------------------------

**2:30 pm– 5 Rope Ferry Road, Room 205**

**AGENDA**

**CONDUCT**

Mark I. Anderson '18

DARTMOUTH005027

## Table of Contents

| | page |
|---|---|
| Allegation Letter | 3 |
| Statement of Understanding of Students' Rights in Disciplinary Matters | 4 |
| Incident Report – REDACTED | 10 |
| Abuse Prevention Order | 27 |
| Dartmouth Safety and Security Report – 2017-03-126-IR | 29 |
| Dartmouth Safety and Security Report – 2017-05-023-IR | 33 |
| Mark Anderson '18 – Written Statement and Materials | 37 |

DARTMOUTH005028

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

October 26, 2017

Mark I. Anderson '18
Hand Delivered

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

I am writing regarding your possible violation of Dartmouth's Standards of Conduct. Specifically, it is alleged that you engaged in harassing behavior or conduct targeted at an individual in January, February, and March of 2017. Additionally, is it alleged that you violated a restraining order on or about May 4, 2017. If true, these behaviors would be in violation of Standards II and VI.

Copies of the materials supporting this allegation are enclosed. Any additional materials to be considered in the adjudication of your case will be provided to you as we receive them.

Before deciding how to respond to the above allegations, you should review the material set forth in the current *Student Handbook.* You should also contact Dean Hudak or one of the other undergraduate deans as soon as possible for advice and support. Please note, if found responsible for these violations a likely outcome would be Suspension, or in some circumstances Separation, from the College.

I am enclosing a "Statement of Understanding of Students' Rights in Disciplinary Matters." You must complete this form and return it to my attention in the Office of Judicial Affairs (5 Rope Ferry Road, Room 204) no later than **noon on November 2, 2017.**

You should know that any change in your student status (including a Suspension) could impact your housing, financial aid, or other commitments. I strongly recommend that you speak to staff listed in the enclosed resource list about your options and the possible financial consequences of a Suspension.

I welcome the opportunity to speak with you now, or at any time in the future, about the hearing process or these allegations. You can reach me at (603) 646-3482.

Sincerely,

Katharine Strong
Director of Judicial Affairs

Enc.:   Supporting materials, Statement of Understanding, Family Letter

cc:   Student file
      Anne Hudak, Undergraduate Dean

3

## STATEMENT OF UNDERSTANDING OF STUDENTS' RIGHTS IN DISCIPLINARY MATTERS

**Mark I. Anderson '18**

*This form must be completed and returned to the Judicial Affairs Office (JAO) at 5 Rope Ferry Road, Room 204, no later than* **noon on November 2, 2017**. *Please contact JAO at 603-646-3482 or your advisor if you have questions about completing this form.*

### Rights

I understand that my rights in College disciplinary proceedings are set forth in the current *Dartmouth College Student Handbook.*

### Allegations

I have received a letter from the Judicial Affairs Office, dated October 26, 2017, setting forth the allegations against me and providing me with copies of currently available materials pertaining to the case.

I violated the Dartmouth Standard of Conduct II by engaging in harassing behavior or conduct targeted at an individual in January, February, March, and/or May of 2017.

☐ (X) I admit the allegation.

☐ { } I deny the allegation.

4

DARTMOUTH005030

I violated the Dartmouth Standard of Conduct VI when I violated local, state or federal law by not observing the conditions of a restraining order on or about May 4, 2017.

☐   {  } I admit the allegation.

☐   {X} I deny the allegation.

## Type of Hearing

I understand that I have been charged with an offense that (if I am found responsible) could merit a suspension or separation from the College and that my case will therefore be referred to the Committee on Standards (COS) or an individual hearing officer for adjudication and imposition of a penalty.

I understand that the hearing will be recorded and that I can request access to this recording.

I recognize that, if I have admitted to the allegation(s) listed above, I may provide a statement and request to have an individual hear my case and impose the penalty. If my request is granted, I understand that the hearing officer's decision on a penalty shall be final except for my right to request a review in accordance with the procedures set forth in the current *Dartmouth College Student Handbook*.

DARTMOUTH005031

☐ (X) I request to be heard and have the penalty imposed by the Committee on Standards.

☐ ( ) I request to be heard and have the penalty imposed by an individual hearing officer. I understand that this option is only available if I admit responsibility and provide a written statement with this form.

## Attendees (COS Hearings Only)

*I understand that my case will be heard by the COS and that the hearing will be open to current Dartmouth students, faculty, and staff (in accordance with the procedures set forth in the current Dartmouth College Student Handbook) unless I request that it be closed.*

☐ ( ) I request that my hearing be open.

☐ (X) I request that my hearing be closed.

*If you have requested a closed hearing, you may request one current student, faculty member or administrator to observe the hearing as a source of support. Observers do not participate in the hearing and are subject to approval of the Chair.*

I request that _____ attend the hearing as an observer.

*I am aware that I am entitled to have a single advisor present at my disciplinary hearing, and that this advisor must be a currently enrolled Dartmouth student, a member of the faculty or a member of the College administration.*

My advisor will be _____ Anne Hudak _____.

☐ I do not wish to have an advisor.

## Witnesses and Additional Materials

**6**

*Please indicate below whom you wish to request as a witness and to what each witness will testify . Witnesses may be asked to submit a written statement to the COS and may be asked to appear before the committee. You may also attach any printed material you wish to present. The deadline for the submission of printed materials shall be set forth in a scheduling letter.*

**<u>Witnesses</u>**

Katharine
Strong

Kristi Clemens

Kevin O'Leary

Rebecca Biron

2

DARTMOUTH005033

_____          _____

_____          _____

## Accessibility

The COS conference room is wheelch                    air accessible.  All printed materials for this hearing are available  in

**alternative media. If you wish to request disability**          - related accommodations including sign                    - language

**interpreters, please do so below or contact the Judicial Affairs o**                    **ffice at 603  -**  646  -3482    or by e     - mail at

Judicial.Affairs@Dartmouth.edu. Requests can be made at any time, but some
types of accommodations take several weeks to arrange. The College can usually
provide accommodations requested two weeks prior to a hearing.

____1/2/2018                               _____

Date

_____

Signature

8

DARTMOUTH005034

_____**Mark Anderson**_____

**Name (please print)**

_____

**Preferred Mailing   Address**

: Mark.i.anderson.18@dartmouth.edu

_____

**PreferredPhone**

3
3      Statement of Understanding of Students' Rights in Disciplinary Matters

DARTMOUTH005035

Incident #: 17<span style="background:black;color:white">RED</span>-181-OF
Call #: 17-11530

Date/Time Reported: 03/29/2017 1842
 Report Date/Time: 03/29/2017 1849
 Occurred Between: 02/22/2017 0800-03/29/2017 1800
          Status: No Crime Involved

Reporting Officer: Officer Christopher Fielding
Approving Officer: Sergeant Anthony Regan

       Signature: _____

       Signature: _____



| # | INVOLVED | | SEX | RACE | AGE | SSN | PHONE |
|---|----------|---|-----|------|-----|-----|-------|
| 1 | ANDERSON, MARK | | | | | | |

_____[CONTACT INFORMATION]_____

                Home Phone        (Primary)

| # | EVENTS(S) |
|---|-----------|

   LOCATION TYPE: Residence/Home/Apt./Condo     Zone:

1   EMERGENCY RESTRAINING ORDER

DARTMOUTH005036

REDACTED

Incident #: 17**RED**-181-OF
Call #: 17-11530

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-----|------|-----|-----|-------|
| 1 | W    , H | | | | | |

RESIDENT STATUS: Non Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: ANDERSON MARK         Boy/Girl Friend
CONTACT INFORMATION:

DARTMOUTH005037

On March 29, 2017 at 1800 hours I, Officer Christopher E. Fielding, responded to the lobby of the [REDACTED] Police Station to take a report from [REDACTED] student H        W            in relation to harassing and threatening communication from her ex-boyfriend.  W           stated that she broke up with her ex-boyfriend, Mark ANDERSON (Dartmouth College Hanover, New Hampshire), on February 22, 2017 and ANDERSON has been texting her and her family members harassing and threatening communication.  W            stated that on the first day they were broken up that ANDERSON texted her over 600 times.

W            stated that ANDERSON threatened to post nude photos of her online in retaliation for her making him suffer. She also stated that ANDERSON was threatening her because he believed W            owed him $800.00 for a trip they took over break.  W            provided [REDA] Sgt. Anthony Regan and I with numerous copies of communication from ANDERSON that were harassing and threatening in manner.  W            was most alarmed over a communication in which ANDERSON stated to her that, "The only thing he wanted to do more than end his own life was to end the life of you and your mom."  ANDERSON repeatedly asked W            to contact him and if she decided not to he stated he would, "make her regret it."  W            was also concerned because ANDERSON was contacting her family members as well.

W            stated that ANDERSON did not abuse her physically but she was in fear for her safety due to ANDERSON's constant threatening behavior and the fact that ANDERSON has a friend at [RED] and knows where she lives. W            did state that she has asked ANDERSON not to contact her many times since they have broken up and that she did block ANDERSON from various social media communication methods. W did talk to counseling services at [RED] and they recommended that she come to [REDACTED] to file for an emergency restraining order.  ANDERSON did report this behavior to the            police department  and provided 2 CAD entries from her contact with            did not pursue any emergency order.

Sgt. Anthony Regan and I contacted the emergency on call Judge, The  Honorable Kenneth KING, and relayed the information that W            had provided us to him.  KING then asked to speak with W            and asked W            a set of questions while she was under oath.  Judge KING issued an emergency restraining order based on the facts W            provided that expires 1600 hours on 3/30/2017.  W            was advised to go to Somerville District Court at 0900 hours on 3/30/2017 to pursue an active restraining order against ANDERSON.

At the time of this report Sgt. Anthony Regan is in the process of contacting the Hanover, NH police department in an attempt to get the emergency restraining order served to ANDERSON.  It has been faxed over and awaiting confirmation that it has been served. W            was offered additional counseling services (in which she declined), alternative housing (declined), given a safe ride home by Officer Jose Colon, and advised of the Tap Ride service.  She was also advised to contact [REDAC] at anytime for any reason if she felt the need to do so.

All pertinent documented correspondence that W            provided to [REDACTED] was scanned and added to the report.

Sgt. Regan also contacted the Dartmouth College Public Safety Department to advise them that ANDERSON could be a danger to himself as he did make comments to W            about the possibility of hurting himself and ending his life.

DARTMOUTH005038

**THIS IS A COPY OF A WRITTEN STATEMENT FOR INCIDENT 17█RED█-181-OF PROVIDED BY W          , H          ON WEDNESDAY, MARCH 29th, 2017**

I broke up with Mark Anderson on February 22, 2017. He was in Washington state and I was in Massachusetts. After we broke up, he sent me hundreds of texts, which have been deleted because of their mean nature (calling me a bitch, etc.) and he also threatened to kill himself. I told him to stop contacting me and then blocked him on all forms of communications. He started sending me emails, and initially I was responsive though I kept repeating I needed space. Two or three weeks after the break-up, he sent me a much calmer email asking that we meet up while I was home for spring break so he could get the closure he needed, and after a few back-and-forth emails, I told him that if he continued to contact me, I would no longer meet with him. He responded threatening to release nude pictures of me online unless I monetarily compensated him ($800 for various things he spent on me during our relationship), and said if I took my time responding he would make sure I would regret it. He also said that the only thing he wanted to do more than end his own life was to end my life or that of my mother's. We called the local police about his attempt to extort me and they talked to him, and he asked them about what was legal for him to do (by this point, he had said multiple times he wanted to make me suffer and told my mom he would make me suffer legally). After the meeting with the cop, he sent me a goodbye email. The next day, he snapchatted my brother a picture of an emotionally distressing message he sent to my cousin. His father was in contact with my parents the entire time, as he was afraid of Mark and didn't know what to do. He had us write Mark a check for $700 (as the demand had lowered by that point) and he paid us $500 (we decided to pay $200) and have it to him to make it seem like we met his demands (along with a flashdrive with all pictures of us on it and all of his stuff - his other demands). Then, this past Monday, my aunt received a mean and emotiently distressing Facebook message from him, so my mom called his parents and he sent an email to my mom and cc'd me, saying the only reason he did it was to make me feel even a fraction of the pain I caused him, and said that "For every time H          was so weak she has babs contact my parents because she cannot bear to speak with me after what she's done, I promise I will do my best to ensure being weak like this for her own sake cause her to fell so much more pain than if she'd show my any respect..." He then sent a follow-up email saying I had to call him within two hours and stated: "As always, I'm asking nicely first because the alternative is worse for everyone." I called him and he didn't answer, I told him he had 5 minutes and after that I would be busy. He called me 10 minutes later, and I told him I was in class and he told me to leave, and that I would regret it if I stayed. I am really scared for my safety and the safety of my family after all these threats. He knows where I live, and I'm in constant distress and fear.

DARTMOUTH005039

REDACTED

```
        Order #: 17 RED -2-RO
         Call #: 17-11530
     Incident #: 17 RED -181-OF
```

```
              Order Type: Restraining Order
               Effective: 03/30/2017 @ 1020
                 Expires: 04/10/2017
            Order Status: Open
      Responsible Officer: Officer Timothy Philbrook

          Orders Issued: NOT TO ABUSE PLAINTIFF
                         NOT TO CONTACT PLAINTIFF
                         OTHER ORDERS
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ANDERSON, MARK I | | | | | |

**[CONTACT INFORMATION]**

| # | PLAINTIFF(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | W , H | | | | | |

```
     RESIDENT STATUS: Non Resident
     VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
     RELATION TO: ANDERSON MARK              Boy/Girl Friend
```

14

DARTMOUTH005040

REDACTED                                          Page: 1
NARRATIVE FOR OFFICER TIMOTHY C PHILBROOK JR.

Ref: 17█RED█-2-RO
       █ACT█

Case 1:19-cv-12100-SLC   Document 48-84   Filed 05/18/20   Page 17 of 67

On Thursday, March 30th, 2017, Detective Sergeant Tilton and I met █REDACTED█ student W          ,
H          at the Somerville District Court House at 0900 hours to file for an Abuse Prevention Order (209A
Order). W            (Plaintiff) was issued an emergency restraining order (refer to: **17█REDA█-181-OF**) on March
29th, 2017 that expired at 0900 hours to her ex-boyfriend (Defendant) ANDERSON, MARK.

W                filled out the proper paperwork adding three specific incidents regarding the reason for the order.
Judge Paul Yee issued the Abuse Prevention Order (**Docket No. 1710-RO-138**) at 1020 hours advising
W                that the order expires on April 10th, 2017 at 0900 hours. Judge Yee advised W                to
return on April 10th, 2017 at 0900 hours to request an extension for the Abuse Prevention Order. The Prevention
Order will be placed in the █REDACTED█ Police Communication Center under active restraining orders.

Detective Sergeant Tilton contacted Dartmouth Police Department regarding this incident. A copy of the Police
report and Prevention order will be sent to Dartmouth Police via fax for documentation purposes.

Specifics orders by Judge Paul Yee.

- 2.) Defendant is ordered to stay at least 100 yards from the Plaintiff even if the Plaintiff seems to allow or request
  contact.

- 3.) Defendant is ordered to immediately leave and stay away from the Plaintiffs residence
              .

- 4b.) Defendant is ordered to stay away from the Plaintiffs School located at █REDACTED█

- 14.) Defendant is ordered not to communicate electronically or disseminate, send or post any images of the
  plaintiff to any person or any website without obtaining written permission by the plaintiff.

DARTMOUTH005041

Image Associated With Case Number 17███-181-OF
Image Description: w    1

from:    H
         W

to:      mark anderson

date:    Tue, Feb 28, 2017 at 10:18 PM

subject: Re: Some final thoughts

Mark, until you stop attempting to emotionally manipulate me by using my mom, my sexual assault, and my self confidence issues against me, I cannot talk to you. Your behavior is really scaring me, and I will not be seeing you this spring break. Our moms can deal with our stuff and I will send you your shoes. You have only given me reasons to be afraid of you. And if you really need photos from the last 4 years, I can share my photos with you but I will not be going through them individually for you, that is not my responsibility.

As for the reimbursement, I felt it was fair to pay for the border fine because you didn't know what you were risking and you did it for me. However, everything else in Copenhagen was a shared experience.

Please refrain from contacting me further until you are mature and calm enough to speak rationally with me.

from:    mark
         anderson<

to:      H    W

date:    Tue, Feb 28, 2017 at 10:52 PM

subject: Re: Some final thoughts

I don't know what you think I'm trying to manipulate you for, it's over and I was just telling you the truth. You had nothing left to give me. From the bottom of my heart, I was really just trying to communicate how you made me feel with How you ended this. I mentioned your mom because it's the only outside opinion I've had on this and she only agreed with how I feel. I'm sorry that might hurt, but it's the truth and you have no right to accuse me of being cruel for sharing blunt truths after the ones you shared with me. Your behavior has scared me a lot too b    . And don't play the victim, you are the one who brought your mom into this. I know it's easy for you to just say that they were shared memories now so that you don't have to feel as bad about yourself but if you actually read the email there are photos to remind you that you asked me to go to Copenhagen and that I did not want to and that the precedent was that you were committed to this four year long distance relationship with total certainty, and that you had some needs that I was willing to fulfill for you and commit myself to to make it work like you told me you wanted to. I know what I put into that is just easy spending money to you, but the reason I didn't want to go before you said how important it was to me is that it actually was a lot of money to me h    . If you're really gonna be even weaker and try to make it feel like I'm the one who has been terrible here and change your mind on all that shit without conversation, I guess this will end even worse because of your selfishness and I'll be seeing you at your house when I bring by your stuff sometime when your back in a couple weeks.

Look at your justifications for each thing you willingly chose to do to me that you didn't have to b    .
Ending it right after your trip so I'll never be able to trust anyone else with other guys again? While I'm

DARTMOUTH005042

Image Associated With Case Number 17 REDACTED-181-OF

Image Description: w    2

subject:  Re: Please read and respond to this
h     ', I'm not angry at you and it
would mean the world to me

I'm very interested in maintaining a friendship, hence the meeting. What I'm not interested in is being antagonized and/or manipulated by you.

I am not going to the DMV with you because I do not want to. That is sufficient reasoning. Next Friday, I will pick up M       '' at 1-1:30, and let you know when I have done so and then meet you at Luther Burbank if it's not raining. If it is, I will call you with where to meet me. If there is any insulting or spiraling, I reserve the right to leave. If our conversation is going nowhere because you won't accept my reasons, I reserve the right to leave. I reserve the right to cut off the conversation after two hours. These are my conditions.

I'm sick of this, Mark. Stop emailing me. If you email me again, I will not meet with you.

from:  **Mark**
       **Anderson<**

to:    H...... W...........'·

date:  Sat, Mar 11, 2017 at 12:03 AM

subject:  Re: Please read and respond to this
          hannah, I'm not angry at you and it would
          mean the world to me

Ok, if you're such a stupid fucking pathetic bitch that you're still trying to victimize yourself at this point, and I think its probably better that we don't see each other again. A person is supposed to be angry at the end of a relationship they had been lied to and abused in, especially in one like ours that was so close, lasted so long, and ended without warning. I know cruel fuckers h       , but none of them capable of what you did, and still feeling the way you do weeks afterwards. I think what you don't fucking understand is that your reasons aside from you thinking I'm ugly make zero fucking sense, and I still can't come to terms with the fact that sentiment was so strong you didn't even want to consider being open, or putting in the time and effort to see if whatever problems you decided you had might be fixable. You did everything conceivable over the years and at the end to make this as fucked up as possible for me so that it'd be impossible to be friends.
And after causing me more pain than I've ever experienced for no reason other than to make this easier for yourself, if you still will not acknowledge what you did (which I have articulated thoroughly in these emails), and don't regret it or want to do anything to try and end this relationship differently or on better terms, you're more fucked up than anyone I'd ever be friends with. Your reason for not going to the DMV is the same reason you've provided for every single selfish thing you've done to make this harder for me and easier for you - you just don't feel like it. Given that you knew these would be the worst circumstances to end this in the context of our overall relationship, you must be one crooked fucking whore to also execute the breakup in the most cruel fucking way imaginable.

If you actually have any desire to talk, let me know. If not and by the time you get here and you'd still be doing this just for me, just fucking do everyone you'd ever meet in the future and kill yourself you fucking sociopath. I'll still need my money and my shoes, and you're also going to pay for me to pay to

17

DARTMOUTH005043

Image Associated With Case Number 17████-181-OF
Image Description: ██████ :3

change my flight to an earlier date since you are the one that 1) asked me to go back that date with you at your convenience, 2) switched your flight without asking me if I might want to switch mine first, and 3) decided you'd rather have me sitting at home thinking about what you did to me than just give a couple days of your time to salvage a relationship from all this, despite that you're responsible for all of it. You're also paying me for part of the copenhagen trip (again, you were the first one to suggest this would be appropriate).

And since you've been such a heartless cunt, if you don't I'll probably post your nudes on reddit every day until they finally reach the front page (cause with your gross flabby tits, it'll probably take some work!), or contact whoever you're with for the next few years so that when they also realize you seem really willing to use people and treat them like shit if you can get away with it, just like I did, they'll know not to also get tricked into thinking they're the exception to your fucking sick and disgusting behavior. Whatever I can to hurt you as least a fraction as much as you hurt me. You'll regret this when you realize how unmarriageable of a partner you are, and how annoying, unaware, and just generally embarrassing you make it to be your partner when with other people. For most guys, having everyone whisper to you and ask why their partner is constantly doing things that are so socially retarded (even your friends do this) won't just make them laugh or think you're cute or funny.

Thank you for hurting me as much as possible to make this easier for yourself. Don't do this to anyone else for the rest of your life H██████. I've never felt anything like the pain from when you broke up with me by text and said we shouldn't talk again for a few months. In those moments when you wouldn't speak to me, I almost did some things that I seriously would have regretted and that I wouldn't have ever imagined I might be capable of before.

I hope life brings you nothing but pain and suffering.

| from: | **Mark Anderson<** |
| to: | H██   W████ |
| date: | Sat, Mar 11, 2017 at 1:51 AM |
| subject | Re: Please read and respond to this hannah, I'm not angry at you and it would mean the world to me |

This is only going to be worse if you try and have your mom deal with it. Kill yourself you spineless fuck

| from: | **Mark Anderson·** |
| to: | H██   W████ |
| date: | Sat, Mar 11, 2017 at 1:53 AM |
| subject | Re: Please read and respond to this I'm not angry at you and it would mean the world to me |

it hurts and is hard for her to do these things for you H██████, and she was always good to me through the end and I don't want to hurt her with this.

DARTMOUTH005044

Image Associated With Case Number 17 REDACTED 181-OF

Image Description: w     4

from    **Mark**
        **Anderson<**

to:     H      W.

Sat, Mar 11, 2017 at 2:31 AM

subject:  Re: Please read and respond to this
          I'm not angry at you and it would
          mean the world to me

are you gonna still just cry and have mommy do everything for you even after you've graduated from
college in a year? You have regressed academically since high school, and never became more
mature than you were when we first met.

You fucking pathetic disgraceful piece of shit

from    **Mark**
        **Anderson<**

to:     H      W

Sat, Mar 11, 2017 at 2:29 PM

subject:  Re: Please read and respond to this
          I'm not angry at you and it would
          mean the world to me

Respond confirming that you are going to discuss payment with me, reschedule my flight for as early
as the 20th, and give me my things back either the night you get here, or before you go the the DMV
the next morning.

from    **Mark**
        **Anderson<**

to:     H      W

date:   Sat, Mar 11, 2017 at 2:34 PM

subject:  Re: Please read and respond to this
          I'm not angry at you and it would
          mean the world to me

If you take your time I'll make sure you regret it

19

Image Associated With Case Number 17 ~~REDACTED~~-181-OF

Image Description: w      5

to:       F        W

date:     Sun, Mar 12, 2017 at 3:24 AM

subject:  Re: Please read and respond to this
          I'm not angry at you and it would
          mean the world to me

He deactivated my phone too, and said he did both because I had promised I'd stop contacting you before and didn't, and given the total fucking hilarious monstrosity of a bullshit story your mommy came up with when she told on me to my parents for being mean back to her poor little 21 year old daughter, the paranoid piece of shit was mad like he'd never been before that I'd expose us to such a *real, non-imaginary* legal threat. The conversation leading up to it consisted solely of him screaming at me for doing this to him, and me saying I was sorry, promising I wouldn't again, and him telling me that promise didn't matter because I had already made it. Now though, I'm happy to break it. I will remember each of these individual things you have decided to do to me, and someday you will regret them so much when you realize how little I asked of you in the end, and how much unnecessary the have and regularly do cause the people around you in your life needless suffering because of how weak and needy you are.

You will know the same pain and suffering that you caused me now. If you do not personally call me to work out compensation for the things you owe me for in the next 24 hours (which my parents feel the same way I do about now that I told them all about it) so that we can actually never speak to each other again like we'd both like, I'll take that to mean that you are not going to repay me or give me a reason why other than that you "don't feel like it anymore," login to someone else's social media accounts and keep and eye out for my posts. Just like everything you did H        , it won't be illegal, it'll just be too fucked up and hurtful for you to believe I could care about you little enough to do. Unfortunately we have to speak with each other to determine that (which is why I pleaded with you to talk with me and figure this out as immediately as possible and have been trying to get you to respond about it for weeks now), but this will be the last time we contact each other until we die, and I promise you that. I'm going to burn and throw away your shit unless you specifically ask for it back (since you don't seem to care) but you'll have to give my belongings and shoes to whichever one of my parents meets with yours to swap our things.

I still actually loved you deep down inside a few days ago and wanted to make sure I was respectful enough to make sure we could be friends after this even though you had been so terrible, because I had always been the bigger man in this relationship and I didn't see any reason to not try and make us both better off by just doing it one more time.

Today, the thought of you crying excites me, and when I heard you failed the test you took after you broke up with me on a whim earlier tonight, it was truly exhilarating. It's the most happy and excited I've been in weeks because since I haven't even started to do things like let my feelings out publicly which I was doing out of courtesy for you, and it means once I do the pain you'll feel might resemble mine.

20

DARTMOUTH005046

Image Associated With Case Number 17-REDACTED-181-OF
Image Description: w        8

# Incident Report

Print Date/Time:   03/15/2017 13:32                                    Mercer Island Police Department
Login ID:                                                              ORI Number:   WA0170900

                              Incident:   2017-00002846

| Incident Date/Time: | 3/12/2017 10:24:10 AM | Incident Type: | Suicide |
| Location: | | Venue: | MI |
| Phone Number: | | Source: | 911 |
| Report Required: | No | Priority: | 4 |
| Prior Hazards: | No | Status: | 4 |
| LE Case Number: | | Nature of Call: | PEND I101 / BY PHONE |

## Unit/Personnel

| Unit | Personnel |
| --- | --- |
| 1I | 124-Marcroft |
| I101 | 101-Pritchard |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | *Reporting party | W N | | | | | |
| 2 | *Reporting party | W , E | | | | | |
| 3 | *Reporting party | W , E | | | | | |
| 4 | *Reporting party | MARK ANDERSON, FATHER | | | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
| --- | --- | --- | --- | --- | --- | --- | --- |

## Disposition(s)

| Disposition | Count |
| --- | --- |
| SS | 1 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
| --- | --- | --- | --- | --- | --- | --- | --- |

Page: 1 of 1

21

DARTMOUTH005047

CAD Narrative

03/12/2017 : 13:14:01 Judicial Narrative: Spoke to RP and daughter and told them about the no contact rule and to block his phone, skype and email and for them not to initiate contact either.

03/12/2017 : 13:03:38 Judicial Narrative: There was no DV with the father. Just father doesn't know what to do with his son and the attitude.

03/12/2017 : 13:02:45 Judicial Narrative: Met with Mark Anderson (son and subject of this call). Advised him of the NO CONTACT rule now in place and the ramifications if he continues to harrass, extort or post improper images his ex-girlfriend.

03/12/2017 : 12:43:08 kjones Narrative: II CONTACTING RP IN RANGE ROVER

03/12/2017 : 12:43:03 kjones Narrative: 2ND RP IS FATHER   MARK ANDERSON

03/12/2017 : 12:40:43 kjones Narrative: Narrative added from associated Call #: 950 - 1101 INSIDE THE APT TALKING TO SUBJ MARK (SON)

03/12/2017 : 13:40:19 jmapes Narrative: Narrative added from associated Call #: 950 - RP VEH - BLK RANGE ROVER

03/12/2017 : 13:40:11 jmapes Narrative: Narrative added from associated Call #: 950 - RP WILL WAIT IN VEH IN SHOREWOOD APT PARKING

03/12/2017 : 12:39:37 jmapes Narrative: Narrative added from associated Call #: 950 - RP IS DRIVING NEAR SHOREWOOD

03/12/2017 : 12:39:08 kjones Narrative: Narrative added from associated Call #: 950 - 1101 I'M AT THE FRONT DOOR

03/12/2017 : 12:39:03 jmapes Narrative: Narrative added from associated Call #: 950 - RP THINKS THAT I'D WILL NOT UPSET SUBJ BUT AS SOON AS THE POLICE LEAVE HE WILL GO "RALISTIC"

03/12/2017 : 12:38:23 jmapes Narrative: Narrative added from associated Call #: 950 - NO WEAPONS

03/12/2017 : 12:38:13 jmapes Narrative: Narrative added from associated Call #: 950 - RP HAD TO LEAVE BECAUSE SUBJ GOT PHYSICAL

03/12/2017 : 12:37:32 kjones Narrative: Narrative added from associated Call #: 950 - 1101 CFS 877 - I'M ENRT FOR THE WELFARE CHECK

03/12/2017 : 12:37:03 jmapes Narrative: Narrative added from associated Call #: 950 - SON'S GF BROKE UP WITH HIM

03/12/2017 : 12:36:26 jmapes Narrative: Narrative added from associated Call #: 950 - RP CALLING ABOUT SON

03/12/2017 : 12:30:47 Judicial Narrative: So two young people, both going to different colleges out-of-state, have been dating for 4.5 years. She just broke up with him by text/email and he is pissed off about it. His initial emails/texts were cordial and became more nasty (language-wise) as time goes on. Other than calling her names, he has said that if she doesn't repay him for an airline change fee or Border Fine, he might possibly post some of her nudes photos on Reddit. That is the biggest threat he makes other than to say that he wants her and her mother to hurt as much as he does now, claiming that he has never hurt so badly as when she dumped him. There are no threats of suicide just numerous comments that a jilted immature person might make.

03/12/2017 : 11:46:36 afrancois Narrative: 1101 ADVISED

05/12/2017 : 11:45:50 kMeredith Narrative: AVAILABLE TO SPEAK WITH OFC NOW

03/12/2017 : 11:45:38 kMeredith Narrative: RP CALLING IN

03/12/2017 : 10:33:48 Judicial Narrative: Called R/P as requested...No answer... Call back again in a couple

03/12/2017 : 10:33:13 jmapes Narrative: SUBJ TELLING DAUGHTER THE HE IS GOING TO MAKE SURE SHE HURTS AS MUCH AS HE HURT

03/12/2017 : 10:33:00 jmapes Narrative: RP'S DAUGHTER TOLD HER ABOUT THE THREATS AT 0400

03/12/2017 : 10:32:44 kjones Narrative: PER RX 2013 SUBJ PH # 206-931-9807

03/12/2017 : 10:32:37 jmapes Narrative: RP KEEPS SAYING SHE DOESN'T WANT SUBJ TO GET IN TROUBLE

03/12/2017 : 10:31:58 jmapes Narrative: RP WOULD LIKE CONTACT FROM PD BY PHONE

03/12/2017 : 10:31:20 kjones Narrative: LOCALS NEG FOR SUBJ

03/12/2017 : 10:30:31 jmapes Narrative: SUBJ DOESN'T HAVE PHONE

03/12/2017 : 10:30:31 kjones Narrative: ANDERSON,MARK IRWIN                CLEAR/INST PERMIT   DOL ADDRESS

03/12/2017 : 10:29:51 jmapes Narrative: NO EX OF HBD/VUCSA

03/12/2017 : 10:29:47 jmapes Narrative: NOT KNOWN TO CARRY WEAPONS

03/12/2017 : 10:29:24 jmapes Narrative: SAYING IF HE DOESN'T KILL HIMSELF HE WILL KILL RP'S DAUGHTER OR RP

03/12/2017 : 10:28:47 jmapes Narrative: SUBJ SAYING PARENTS ARE MAD AT HIM

03/12/2017 : 10:28:16 jmapes Narrative: SUBJ IS UPSET THAT RP'S DAUGHTER BROKE UP WITH HIM

03/12/2017 : 10:26:54 jmapes Narrative: SUBJ - ANDERSON, MARK

03/12/2017 : 10:26:15 jmapes Narrative: NO LOCATION FOR SUBJ

DARTMOUTH005048

REDACTED

Image Associated With Case Number 17 REDACTED 181-OF
Image Description: w        10

## Incident Report

Print Date/Time:   03/15/2017 13:33
Login ID:

Mercer Island Police Department
ORI Number:   WA0170900

Incident:   2017-00002948

| | |
|---|---|
| Incident Date/Time:   3/12/2017 10:24:10 AM | Incident Type:   Suicide |
| Location: | Venue:   MI |
| Phone Number: | Source:   911 |
| Report Required:   No | Priority:   4 |
| Prior Remarks:   No | Status:   A |
| LE Case Number: | Nature of Call:   PEND I101 / BY PHONE |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 1I | 124-Maxcroft |
| I101 | 101-Prichard |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 5 | *Reporting party | M    N FATHER | | | | | |
| 6 | *Reporting party | W N | | | | | |
| 7 | *Reporting party | M , B | | | | | |
| 3 | *Reporting party | W , B | | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|
| SS | I |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 1

23

## Image Associated With Case Number 17 REDACTED -181-OF
Image Description: w     12

3/29/2017                                    Gmail - Mark's texts to me

M Gmail                                              H        W

## Mark's texts to me

B        W                                          Sun, Mar 12, 2017 at 3:17 PM
To:

He's always called me B    , that's not a problem

The texts all took place yesterday
First
I had told his parents that revenge porn is a lot in Washington state that he could break and be arrested for. So some of what he said is in response to that.

Before these texts he told me on the phone that the only way he can feel better is to hurt H        as much as she heard him. I asked him what he was going to do and he told me not to worry, that it Will be legal.

Yesterday, at 2:
I had told him that we could get a restraining order and here's his response:
That was an idea I had! I'd love for her to go through the trouble of having to get one

Lmao u talked to the police because someone sent ur daughter a mean letter

Last night, 4:20

Again I did not threaten to do anything Unless she didn't give me the money she said she owed me

1. Also please don't contact my mom anymore so I don't have to contact the police about you harassing me and my family despite me asking You now to!

2. Last night 9:30
B    , my parents have jobs and things they have to do throughout the day, don't be so selfish and make them deal with this so they can't focus or get anything done because of this too. If you contact them again I will do something equally immature to make you regret it. Thank you for further justifying my hatred, and reminding me why your daughter was ultimately such a weak selfish person in the end. Go get something to keep you busy so you don't feel so bored and compelled to meddle in everyone else's business all the time, it's already fucked your kids up enough

Sent from my iPhone

24/1

DARTMOUTH005050

REDACTED

Image Associated With Case Number 17█████-181-OF

Image Description: w████13

3/29/2017                                    Gmail - Re: LOL

M Gmail                                         H          W

## Re:  LOL

**Mark Anderson** <                     >
To: B        W        <        l>                         Tue, Mar 28, 2017 at 5:03 PM
Cc:         t@-

Actually, have h        call me in the next two hours so I can make sure I'll never hear from you all again

Lmk 10 mins beforehand so I can go walk somewhere before I pick up

As always, I'm asking nicely first because the alternative is worse for everyone

Sent from my iPhone

On Mar 28, 2017, at 3:27 AM, B        W                         wrote:

> My sister D        told me that she had just received your Facebook message yesterday.
>
> H        has not asked me to contact your parents. That was all on me.
>
> Sent from my iPhone
>
> On Mar 27, 2017, at 8:45 PM, Mark Anderson                         wrote:
>
>> I did what I did to demonstrate to H        and B        how immature and
>> needlessly harmful it was to bring members of our families into this that
>> didn't want to and shouldn't have been involved, to make sure I never have
>> to worry about ever hearing from you again, and because after h        was
>> as cruel as possible to me for no reason in the end after everything, and had
>> no desire to do anything to end it differently,  which made it honestly feel
>> really good to do something that'd let me know she'd feel a fraction of the
>> unnecessary pain I experienced because of her.
>>
>> If you don't remember, she broke up with me by text after 4.5 years the
>> Monday after she'd been gone for the weekend with 2 friends, one who she
>> previously said was in love with her, and didn't answer my texts or calls
>> while gone (we always called at least once a day, as she insisted). The only
>> reason she gave was that she thought I was unattractive and she didn't
>> enjoy the sex. After her being the one to have constantly pressured me into
>> reassuring I wanted to be with her forever, she ended it without ever once
>> saying she had a problem with the relationship beforehand and had virtually
>> no desire to remain friends or reservations this might be a mistake. I could
>> continue on but, I think you might remember some of the behaviors I'm
>> referring to.
>>
>> The police officer you had speak with my parents said you'd be harassing
>> me if you contacted my family again.
>>
>> I'm at school now and this was out of my mind. Intriguing you felt the need
>> to threaten/provoke me again about something I sent 3 weeks ago. This is
>> my final warning on this matter, do not ever speak to my mother, father, or

25

DARTMOUTH005051

Image Associated With Case Number 17 REDACTED 181-OF

Image Description: REDACTED

3/29/2017

Gmail - Re: LOL

REDACT again. If for some reason you feel compelled to contact someone in my family, you must do so only though me.

For every time h      i was so weak she has b     contact my parents because she can't bear to speak with me after what she's done, I promise I will do my best to ensure being weak like this for her own sake cause her to feel so much more pain than if she'd shown my any respect at all after the first moment she said she had a problem with the relationship.

It's clear to me why so many people in your family kill themselves now. You and your children are definitely some of the most insecure, emotionally fragile, and socially anxious people I've ever met. H      knows it and used to tell me about it, and I have a hunch the rest of you are probably aware of it too.

Sent from my iPhone

26

DARTMOUTH005052

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 1710-RO-138 | TRIAL COURT OF MASSACHUSETTS |

| Plaintiff's Name | Defendant's Name & Address | Alias, if any |
| H          W | Mark Irwin Anderson | |

**Name & Address Of Court**
Somerville District Court
175 Fellsway
Somerville, MA 02145

(Dartmouth College)

| | |
| Date of Birth | Sex  M | Place of Birth |
| SS # (Last four digits only) XXX-XX- | Daytime Ph # (   ) |
| | Cell Phone # |

## VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☑ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☐ This Order was communicated by telephone from the Judge named below to: Police Dept._____ Police Officer_____

☑ **1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations.

☑ **2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _100_ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exceptions to this order are: a) contact as permitted in Sections 8, 9, 10 and 11 below; or b) by sending the Plaintiff, by mail, by sheriff or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

☑ **3. YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in Sections 8 and 10 below, located at _____ or wherever else you may have reason to know the Plaintiff may reside. The Court also ORDERS you (a) to surrender any keys to that residence to the Police; (b) not to damage any belongings of the Plaintiff or any other occupant; (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff; and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.

☑ If this box is checked, the Court also ORDERS you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ **4a. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at _____

☑ **4b. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S SCHOOL** located at **REDACTED** Medford, M[A]

☐ **5a. THE COURT ORDERS** that the Plaintiff's residential address not appear on the order.

☐ **5b. THE COURT ORDERS** that the Plaintiff's workplace address not appear on the order.

☐ **5c. THE COURT ORDERS** that the Plaintiff's school address not appear on the order.

☐ **6. CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | AGE | NAME | AGE |
| | | | |

☐ **7. YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW**, either in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _____ yards away from them unless you receive written permission from the Court to do otherwise.
☐ You are also ordered to stay away from the following school(s), day care(s), other: _____

| NAME | AGE | NAME | AGE |
| | | | |

☐ **8. VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):

☐ Visitation is only allowed if supervised and in the presence of _____ (name) at the following times _____ (time)
☐ Transportation of children to and from this visitation is to be done by _____ (name) (third party), and not by you.
☐ You may only contact the Plaintiff to arrange this visitation. Contact may be made only by ☐ phone, ☐ e-mail, ☐ text, ☐ other _____

☐ **9. YOU ARE ORDERED TO PAY SUPPORT IN THE FOLLOWING MANNER:**
☐ $_____ child support per _____ [week/month] by income withholding through the Department of Revenue. Defendant shall send payments to DOR, P.O. Box 55144, Boston, MA 02205-5144 until employer deductions begin.
☐ $_____ child support per _____ [week/month] directly to the Plaintiff by mailing payments to _____
☐ $_____ support for the Plaintiff per _____ [week/month] directly to the Plaintiff by mailing payments to _____
☐ Other orders: _____

☐ **10. YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed to by the Plaintiff.

☐ **11. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20___ ☐ by mailing directly to the Plaintiff ☐ through the Probation Office of this Court.

☐ **12. THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the _____ Police Department and/or to the police officer serving this order all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
• You must immediately surrender the items listed above, and also comply with all other Orders in this case.
• Subject to certain exceptions, purchase and/or possession of a firearm or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g) and 925.

☐ **13. ON THE NEXT SCHEDULED HEARING DATE**, the Court will hear testimony and other evidence regarding Section 9 of this order, which involves support for the Plaintiff and/or the minor children. You are hereby ordered to bring with you to the next scheduled hearing date any financial records in your possession including your most recent tax return and your last four paystub(s) that provide evidence of your current income.

☑ **14. YOU ARE ALSO ORDERED** not to disparage, harm, distribute or post any images of the plaintiff to any person or any website or any social media...

The Plaintiff must appear at scheduled hearing, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order. The Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before the scheduled expiration date.

FA-2 (1/12)

COURT COPY

**27**

DARTMOUTH005053

| ABUSE PREVENTION ORDER (G.L c. 209A) Page 2 of 2 | DOCKET NO. 1710-RO-138 | TRIAL COURT OF MASSACHUSETTS |

☑ 15. Police reports are on file at the ▮▮REDACTED▮▮ Police Department.

☐ 16. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

_____ (DOCKET #s) _____ (PCF #)

to _____

☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police Department(s) by ☐ telephone ☑ other _____ .

**B. NOTICE TO LAW ENFORCEMENT**

☐ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____

☐ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee:  Name _____  Date _____

| DATE OF ORDER | TIME OF ORDER | | EXPIRATION DATE OF ORDER | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
| 03/30/2017 | 10:30 | ☒A.M. ☐P.M. | 4/10/17 at 4 P.M. | Paul M. Yee |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. In the event the Court is closed on the date the Order is to expire, the Order shall remain in full force and effect and the Hearing shall be continued until the next Court business date.

NEXT HEARING DATE: 4/10/17
at 9:00 ☑ A.M. ☐ P.M.  Courtroom _____

---

☐ **C. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20_____ be MODIFIED as follows:

_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
| TIME OF MODIFICATION: _____ ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M.  Courtroom _____ | |

☐ **D. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20_____ be MODIFIED as follows::

_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
| TIME OF MODIFICATION: _____ ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M.  Courtroom _____ | |

☐ **E. PRIOR COURT ORDER TERMINATED**

This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.

☐ TERMINATED AT PLAINTIFF'S REQUEST.

| SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☒A.M. ☐P.M. |
| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate | |

FA-2A (5/15)

COURT COPY
28

DARTMOUTH005054

Department of Safety and Security

# Incident Report

**Incident 2017-03-126-IR**

| | | | |
|---|---|---|---|
| *Date Reported:* | 03/29/2017 04:01 PM | *Day of the Week:* | Wednesday |
| *Occurred (From):* | 03/15/2017 12:00 AM | | |
| *Location:* | UNKNOWN | | |
| *Area:* | | *Jurisdiction:* | Dartmouth College |

|  | Name, ID: | Role: | Date/Time Involved: |
|---|---|---|---|
| *Officer Involved:* | Richard Colburn (57) | Dispatching | 03/29/2017 04:01 PM |
| | William Bean (26) | Follow Up on CSR/Incident/Investigation | 03/29/2017 08:18 PM |
| | HANOVER POLICE DEPARTMENT (HPD) | Follow Up on CSR/Incident/Investigation | 03/29/2017 08:48 PM |

| | | | |
|---|---|---|---|
| *Reviewed By:* | Richard Gavell | *Date Reviewed:* | 03/30/2017 |
| *Cleared By:* | Referred to Title IX Coordinator | *Date Cleared:* | 03/30/2017 |

## Suspects

1) **Mark I. Anderson**

## Associates

1)    B      W

*Employer:*

*Informant CS*

Department of Safety and Security

# Incident Report

Incident 2017-03-126-IR

## Associates

2)        H          G

## Narratives

1) **Initial Report**                                     *Date Reported:*  03/29/2017

*Prepared By:*  Richard Colburn        *Reviewed By*  William Bean        *Reviewed By:*  03/29/2017

On March 29, 2017 at 4:01 pm, I, Communications Officer Rick Colburn received a phone call from E W                  reporting that a current Dartmouth student has been harassing her, her daughter and other family members.

W              reported that her daughter and the current Dartmouth student had a relationship for about four years. W              said that her daughter ended the relationship on February 27, 2017. W              went on to explain that from that time on the current Dartmouth student has been making life threats to W              and her daughter. The current Dartmouth student has also threatened to post nude photos of W              daughter online and has reached out to W              family members "exposing skeletons" in regards to W              daughter. W              went on to explain that the current Dartmouth Student lives in the same town as her and she has had her local authorities speak to the current Dartmouth student about threatening to post the nude photos while he was home on break but the police visit did not affect anything. W              was very upset on the phone and wanted to know if there were any options that could be taken with Safety and Security regarding the current Dartmouth Student. W              also asked if her daughter should file a restraining order against the current Dartmouth student. I explained to W              that because the threats were being sent to her daughter, who attends ▓REDACTED▓ that her daughter should contact her local authorities and report the crimes to them. I also explained that her daughter's local authority would be able to help her get a restraining order. I explained to W              that Safety and Security would be glad to work alongside Hanover Police Department and her daughter's local authorities to help resolve the situation. I asked W              if she would divulge who the Dartmouth student was. W              said she did not wish to tell me who he is without her daughter's permission. I told W              I understood and explained to her that the current Dartmouth student's identity was critical for documentation purposes and also help prevent similar situations or the same situation to community members at Dartmouth College. W              said she understood but out of respect for her daughter's decision said she would wait on telling me who the Dartmouth student is until her daughter said it was okay. W              expressed how thankful she was for my suggestions and said that she would contact her daughter and urge her to go directly to her local authorities with all the evidence printed out. W              said she would call back and let me know if her daughter is comfortable with W              telling me the Dartmouth student's name.

At 4:49 pm W              called back and told me that her daughter was waiting on a friend to go to the police with to report everything. W              said that it was her daughter's wishes that she wait to reveal who the Dartmouth student is until her daughter can get the restraining order in place. I explained to W              again the importance of knowing who the Dartmouth student is. W              said that she understood but did not wish to go against her daughter's wishes. I told W              I understood. I also explained to W              that because of the nature of the situation being a domestic conflict involving one of our students that I was obligated to notify the Title IX coordinator and explain the situation to her. W              understood and said she would call back with the students name once the restraining order was in place. I thanked W              and told her not to hesitate to call if anything else came up in the meantime. We mutually ended the phone call.

I emailed Heather Lindkvist, Title IX Coordinator and Sergeant Rebel Roberts and reported the situation to them at 5:43 pm.

*Informant CS*

DARTMOUTH005056

Department of Safety and Security

# Incident Report

## Incident 2017-03-126-IR

## Narratives

I updated Sergeant William Bean of the situation.

| 2) | **Supplement #1: Call from Tufts PD** | | | *Date Reported:* | 03/29/2017 |
|----|----|----|----|----|----|
| *Prepared By:* | Richard Colburn | *Reviewed By* | William Bean | *Reviewed By:* | 03/29/2017 |

On March 29, 2017 at 7:13 pm, I, Communications Officer Rick Colburn received a phone call from Sergeant Regan from the ██REDACTED██ Police Department. Sergeant ██RED██ is investigating the same complaint I had taken a phone call on. Sergeant Regan asked if we had a Mark Anderson '18 as a current student. I told Sergeant Regan that I was familiar with the case and that Anderson was a current student. Sergeant Regan asked for a physical address for Anderson. I provided that to Sergeant Regan.

I updated Sergeant William Bean of the update.

| 3) | **Supplement #2 Follow-up** | | | *Date Reported:* | 03/30/2017 |
|----|----|----|----|----|----|
| *Prepared By:* | William Bean | *Reviewed By* | Richard Gavell | *Reviewed By:* | 03/30/2017 |

On March 29, 2017 at 8:18 pm, I received a phone call from Sergeant Regan of ██REDACTED██ who informed me that after reviewing the text messages from Mark Anderson '18 to his ex-girlfriend at ██REDACTED██ he discovered that Anderson had made reference to doing harm to himself as well as doing harm his ex-girlfriend and her mother. Regan requested that Safety and Security conduct a welfare check of Anderson.

I asked Communications Officer Rick Colburn to call over to College Health Services to let them know that I might be bringing Anderson over so that he could speak with the councilor on call.

While I was preparing to go to Anderson's residence I was informed that HPD was on the way to Safety and Security and they were going to be needing assistance with serving Anderson with a restraining order issued by the ██RED██ ██REDACT██ Police. I asked Officer Colburn to call Sergeant Regan back and ask him if he could fax a copy of the correspondence between Anderson and the victims to Safety and Security.

Upon arrival of Hitchcock Hall, Officer Shannon Kuehlwein from HPD and I knocked on Anderson's door three separate times without any response, I keyed the door and found that we had awakened Anderson's roommate, H    G '18. G    informed us that Anderson had left the room quite a while ago and did not know where he was. Kuehlwein asked G    if Anderson seemed fine and he said yes. Kuehlwein G    a card and asked that he relay a message to Anderson that he needs to contact HPD as soon as possible. G    picked up his cell phone and offered to call Him. After making contact with Anderson, G    informed Anderson that Safety and Security and HPD needed to meet with him. Anderson requested that we meet in the Safety and Security parking lot.

Upon arrival and meeting Anderson, Kuelhwein explained the conditions of the restraining order issued by the ██RED██ ██REDACT██ Police Department. Kuehlwein then signed both copies and handed them to Anderson so he could sign them. Anderson asked Kuehlwein how he could fight such an order because "to me this is one last fuck you to me". Anderson then said "this is not right, I'm the one who's been trying to get them to stop contacting and harassing me". Kuehlwein explained that he could go to the Lebanon Court House tomorrow and then advised Anderson to contact the ██RED██ Police Department to get more specific information. It was obvious that Anderson was upset with what was going on and given the situation. Kuehlwein asked Anderson if he was ok or if he needed to talk to someone. Anderson said that he was fine. Kuehlwein told Anderson that if he was ever having thoughts about harming himself or just needed to talk to someone that all he needs to do is call 911 or call Safety and Security and we would get him the help that he needs, as both departments are available 24/7. I asked Anderson if he was sure that he was okay. I asked him if he would like to go upstairs to Dick's House and speak with the councilor on call. I asked him if he would like me to give him a ride back to his dorm. Anderson said again that he was fine and declined all college services.

All proper notifications were made to Director Harry Kinne, the Dean on call Thomas Wtherspoon, the Title IX Coordinator and Sergeant Rebel Roberts.

*Informant CS*

DARTMOUTH005057

Department of Safety and Security

# Incident Report

Incident 2017-03-126-IR

## Narratives

I asked Officer Colburn if he was able to get back in touch with Sergeant Regan to try and get faxed copies of the correspondence. Colburn advised me that Regan would not be able to fax anything without further permission from his superiors but did say that in one of the messages Anderson said the only thing he wanted to more than to end his own life was to end his girlfriends and his girlfriends mothers.

DARTMOUTH005058

5/8/2017            Department of Safety and Security            Page 1 of 4

# Incident Report

## Incident 2017-05-023-IR

| | | | |
|---|---|---|---|
| *Date Reported:* | 05/04/2017 07:51 P | *Day of the Week:* | Thursday |
| *Occurred (From):* | 05/04/2017 | | |
| *Location:* | | | |
| *Area:* | Academic Building | *Jurisdiction:* | Dartmouth College |
| *Site:* | | *Site Type:* | On Campus Property |

*Comment:* On May 4, 2017 at 7:51pm, DoSS Communications received a call from a Sergeant of the REDA REDACT Police Department reporting that Mark Anderson '18 had violated a restraining order that was issued by the Hanover Police Department (HPD) for the REDACTED Police on March 29, 2017.

| | *Name, ID:* | *Role:* | *Date/Time Involved:* |
|---|---|---|---|
| *Officer Involved:* | William Bean  (26) | Dispatched Officer | 05/04/2017  07:55 P |

| | | | |
|---|---|---|---|
| *Reviewed By:* | Keiselim Montás | *Date Reviewed:* | 05/05/2017 |
| *Cleared By:* | Arrest | *Date Cleared:* | 05/05/2017 |
| *Current Status:* | Reviewed and Proofread | | |

H     W

1)     **Mark I. Anderson**

*Informant CS*

33

# Incident Report

## Incident 2017-05-023-IR

**1)**     **Mark Roche**

## Narratives

**1)**     **Initial Report**

*Prepared By:*    William Bean                *Date Reported:*   05/04/2017

On May 4, 2017 at 7:51pm, I received a call from Sergeant Mark Roche of the REDACTED Police Department reporting that Mark Anderson '18 had violated a restraining order that was issued by the Hanover Police Department (HPD) for the REDACTED Police on March 29, 2017. The restraining order stipulated that Anderson was to have no contact with H W or her family at all. Anderson violated this order by sending W an email today at 6:14pm.

At 8:06pm, I requested to meet with an HPD Officer so I could pass along the information that I had received.

At 8:36pm, Officers Ryan Kennett and Tyler Reidy came to Safety and Security. I briefed them on the situation and they informed me that they would be looking into the restraining order paperwork and then get back to me.

At 9:28pm, I met with HPD Officers Kennett and Reidy at Anderson's residence       Hall. We went to Anderson's room and found that he was not there. Officer Reidy tried to call Anderson and with no response I requested that DoSS Communications send Anderson an email requesting to meet with him. See attached email correspondence.

It wasn't until 10:36pm, that Anderson finally arrived at the Maynard parking lot to meet with me and the Officers from HPD. HPD Officers Kennett and Reidy informed Anderson why they wanted to meet with him. Officer Joseph Landry then informed Anderson that he was under arrest.

At 10:53pm, notifications were made to the Dean on call and Director Harry Kinne.

The HPD report number is 17-HAN-68-AR

**2)**     **Supplement #1 Email Correspondence**

*Prepared By:*    William Bean                *Date Reported:*   05/05/2017
*Reviewed By:*    William Bean                *Date Reviewed:*   05/05/2017

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 10:04 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

Could you perhaps give me his phone number so I could call him?



*Informant CS*

Department of Safety and Security

# Incident Report

## Incident 2017-05-023-IR

## Narratives

From: Safety and Security
Sent: Thursday, May 4, 2017 7:00:54 PM
To: Mark I. Anderson
Subject: RE: meet

Hi Mark,

    All I can tell you is that Sgt Bean asked me to contact you and that it was imperative to meet him asap.

R.Schemmel
Communications

Safety and Security
5 Rope Ferry Road
Hanover, NH 03755

Business: 603-646-4000

Fax: 603-646-1603

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:58 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

Could you confirm that I'm required to go if you don't know what it's about though?

From: Safety and Security
Sent: Thursday, May 4, 2017 6:57:56 PM
To: Mark I. Anderson
Subject: RE: meet

Ok,  thank you.

Safety and Security
5 Rope Ferry Road
Hanover, NH 03755

Business: 603-646-4000

Fax: 603-646-1603

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:57 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: meet

DARTMOUTH005061

# Incident Report

## Incident 2017-05-023-IR

## Narratives

Ok, I will be at the Dicks house parking lot at 10:30

_____

From: Safety and Security
Sent: Thursday, May 4, 2017 6:56:28 PM
To: Mark I. Anderson
Subject: meet

Hi Mark,

  Sgt Bean asked me to reach out to you again,  it is imperative that you meet him immediately.

Thank you,

R.Schemmel
Communications

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 9:40 PM
To: Safety and Security <Safety.and.Security@dartmouth.edu>
Subject: Re: contact

Also, could you perhaps let me know what this is regarding and if I am required to come speak with you about it (no offence, I'm just kind of busy at the moment).

_____

From: Mark I. Anderson
Sent: Thursday, May 4, 2017 6:37:35 PM
To: Safety and Security
Subject: Re: contact

Would you like to meet me today? If so could we go somewhere private where there will not be other students, or could we perhaps just speak on the phone? It's incredibly embarrassing and annoying to have officers walk up to my dorm and I appreciate you reaching out.

_____

From: Safety and Security
Sent: Thursday, May 4, 2017 6:31:49 PM
To: Mark I. Anderson
Subject: contact

Hi Mark,

  Sgt. Bean asked me to reach out to you as he would like to meet up with you to discuss something.  Where are you so he can chat with you?

Thanks,

R.Schemmel
Communications


_Informant CS_
36

Written Statement and Materials from Mark Anderson '18

- About January/February of last year, my ex-girlfriend ended our relationship of 4.5 years, and in the weeks following we had a dispute which escalated over a sum of money owed, and I sent the emails which the allegations against me in this case are pertaining to. I think I described these to the best of my ability, and better than I can now in my "Request for Review" (which is included in this letter). I think I explained exactly what happened as well as I can there, so I don't really know what else to say about it other than to reference you there.
- At the end of this dispute, my ex-girlfriend and her mom said they were going to get revenge for what I'd said in these emails. I have a full-ride scholarship from a source outside the college, and they specifically said they would try and have this taken away from me. This was the last time we spoke until a month later about March 27th, the first day of Spring term, when they made unsolicited contact with my parents.
- A month later, on the first day of Spring term, the REDACTED family contacted my parents, and told them a series of lies, including that I had contacted them since roughly a month prior when we exchanged requests that either of our families contact the other in any way via the police.
- My parents started calling me for hours on end after this begging me to do something I had not been, and which I could not prove I had not been doing to them. Thus, I reached out to the REDACTED s and told them that, as the police officer had told me prior, if they made continued unsolicited contact with me or my family, it would be sufficient cause for either of us to attain a restraining order against the other, and asked for them to provide verbal confirmation they would not continue to, or I would have no choice but to do this (last time I had asked Barbra not to contact my mom again she said something along the lines of "fuck you, I'll do whatever I want").
- They agreed to do this and called me while I was in the library before the time they said they were going to, and then blocked my number after I left to return it. Then the next day, I wrote them to clarify the situation, and they submitted a complaint to the REDACTED Police Department, containing the emails I had sent during January/February, and a false narrative that I had been the one making unsolicited contact with them. This was about March 28th
- When the REDACTED s submitted this complaint, the police issued a restraining order against me, and the College/JAO were provided this information by the police. Based on the College's review of this information, my undergraduate dean, Kristi Clemens, made me attend a mandatory disciplinary hearing, and at this meeting, told me that based on the College/JAO's review of the materials in this complaint, it had decided that it was not appropriate to initiate allegations about the information contained in this complaint.

Additionally, this meeting I was asked to attend perfectly meets the description of an "administrative hearing" as described in the student handbook, and although it happened almost a year ago now, the one thing I remember from it was that Kristi Clemens said that I'd have a college reprimand/warning issued as a result of the information, because I

37

REDA and I met each other during our sophomore year in high school. I guess must've been a lot more popular back then because we always talked about how we'd thought the other was super cool for a long time before we'd met. After we first became friends after meeting in pre-calculus class, we both started making as many excuses as we could to hang out with each other. We started dating a few months later, and after that, spent every last day of high school together, as well as every break from college/university either of us had. Literally every single one. In our sophomore year of college, her parents wanted to go on a vacation to Hawaii that I couldn't afford, and so she refused to go and came to stay with me in my dorm room and watch me study instead, because like she would always say to me when we loved each other "nothing was as fun as time spent with her Marky."

We were best friends, and closer with each other than we'd been with anyone else in the entire world until the very last day of the relationship. She knew and understood me better than anyone else has in my entire life, and cared about and related to me in such a special way; until the last day we were together, she'd always say she felt the same about me.

REDA was my first kiss, relationship, and the closest friend I've ever had. I was as close to her parents as I was to my own for a while, and spent countless times more waking hours at her house than I have at my own since we started dating in our junior year of high school. We were inseparable, and everyone that knew us would say they'd never seen two people with such an incredible relationship before. Almost every one of the best memories I have in life are from time we spent together, and now every one of them fills me with the deepest crushing sadness I'd ever felt before I was removed from the college and lost everything that matters to me in life, and the ability to do the things I loved, and that make me who I am.

After we'd dated for two years by the end of senior year in high school, we had to decide what should become of our relationship as we went to college. We loved each other so dearly, both said we felt our love for one another could never die away. She begged me to keep going, and I told her I wanted to, but that I couldn't ignore the objective reality we'd probably be making a terrible mistake if we did keep going.  This was my perspective: 95% of high schoolers who take their relationships long distance once they go to college end up breaking up before they graduate, and resenting they didn't just end it earlier and have stayed friends, and not lose out on the best opportunity to meet new people they'll ever get in their entire lives. Students who pursue long-distance relationships generally know this, but think that their love is special, and consequently, that they'll be the exception to this statistic. Even if we felt otherwise, we didn't really have reason to believe we wouldn't be making the same mistake.

She saw someone in the first few weeks of freshman year during the fall term while we were open, and called me the next day crying, saying she couldn't enjoy being with other people and needed to be with me again. I insisted we continue seeing other people for the rest of the term to get a better feeling for how we both felt, but she refused while I continued. By the end of the term though, I started to really agree with her that we would probably never find other people we were so compatible with, and that we were so good together that we probably were the exception to that daunting statistic. And so we started dating long distance after the end of fall term.

From this point until when we broke up, our relationship seemed to be as great as it had always been. Our only priorities we had while deciding where we'd work after graduation, or during internships, or what we'd do during our vacation times off from school was that we would be with one another. She always liked to make plans for when we would get married, and insisted I spend most of my vacation time away from home visiting her family on the East Coast.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

This is so hard to admit to myself that I can barely write it here, but during the Winter of our freshman year (the first term where we did long distance) she got me to promise I'd stop being friends with girls at school, because she said that even though she trusted me, she'd feel very insecure knowing I was hanging out with them. She'd struggled with severe body image related problems since she was in middle school, and while I wasn't ever able to fully understand them, I always did

DARTMOUTH005064

everything I could to help her with them. Throughout the relationship, I always thought she was so beautiful, and told her that every day. This helped her a lot in the first few years we were together, but eventually, her condition started to become more severe, yet different than it had been before. She would send me photos of her abs in the mirror every single day, multiple times a day, and legitimately start to feel insecure or hurt if I ever forgot to reply with a message telling her how impressed I was, or how hot she looked. Her weight would also fluctuate dramatically between months, never become so thin she seemed unhealthy, but losing weight incredibly fast at times, and then subsequently gaining it back over longer periods of time and starting to lose confidence in herself each time it happened. This went on for a very long time until I eventually told her I thought she might benefit from help, and should go see someone about it. She always agreed it was a good idea, and even let me help her set up an appointment for it once or twice, but she never actually saw anyone until right after we broke up. I guess maybe in the end, she probably realized I'd just become an object she'd come to rely on to cope with those insecurities, and that feeling of security I'd always provide her so reliably was the happiness she mistook for love.

Anyways, I agreed, and stopped bring friends with girls at school – for her, because her happiness mattered so much to me, and with how overly committed she was to the relationship until the last day, I was stupid enough to believe in that with such confidence I'd agree to what she'd ask. To this day, there isn't a single girl at Dartmouth I could call my friend. She on the other hand, was primarily friends with guys at school. She'd always been like that since high school, but I always thought it was because she was just a little bit of a tom boy, and I'm generally a very unjealous person and couldn't imagine asking something as ludicrous of her as distancing herself from her new closest friends. Their names were REDACTED REDACTED and I came to know all but the last of them very well while REDA and I were dating, because one of the things she'd constantly remind me was important to her was that I become close with the people who were close to her. REDA s parents are Dartmouth alumni, and they have a skiing cabin just off campus which they'd come up from Boston to visit all the time while they were in school. I vividly remember how easily she was able to convince me to agree, but can't understand how I could put myself in a situation that would made me so much more used when it ended.

## ➤ The Breakup & Events Preceding

I spent my Thanksgiving break seeing her family all around the East Coast; she'd always pressure me to come with her to when she was visiting them, saying it was super important to her that I meet them. If I said I didn't want to go on any particular trip, she'd guilt me into it by saying she couldn't believe I didn't want to go and meet her family given how important they were to her, and that I was implying I didn't like them if I was ever reluctant to make trips to the same people year after year, despite that she never wanted to come the few times I asked her to come and meet mine. When she was studying abroad in Denmark after that, she said she couldn't bear being apart from me for so long. While this always seemed like it'd be an extraordinary experience from when she first brought it up, I soon came to realize it would cost far too much for my family to afford, and told her it'd probably be better to wait a few years until after we'd graduated and I a job and income, and would be capable of doing so without putting financial stress on anyone. We'd always talked about how fun it'd be to study abroad in the same place at some point while we were in school. She'd done a ton of work to find the best Dartmouth and RE programs that took place at the same location and time. I'd come to believe it was relatively easy to get into study abroad programs here based on what I'd read and heard from other students, but ended up getting rejected from my program after she'd already been accepted and confirmed she'd be attending hers. I was already self-loathing when I got the news because I was already going through an unprecedented and unmanageable situation in one of my classes at the time that was driving me mad, and I hated myself even more after I was rejected from the program.

She kept insisting, until finally we told me she wanted to have a "serious talk" during the summer before she left. In the talk, she told me she couldn't deal with being away from me for 6 months while she was going to be abroad in the fall/winter, and basically cried saying she couldn't do it until I eventually conceded and "pinky swore" to her I'd figure out some way to make it happen – I shouldn't have, but I just felt responsible for the situation for not getting into my program, and like I owed it to her to do whatever I could to make the situation better. I know that sounds stupid, but throughout our relationship, it was the little secret ritual we used to promise one another we'd unconditionally stay true to whatever promise we'd made them. We probably made hundreds of them with each other, but in the end I guess the only one that wasn't kept was the one she made us do the most – that we'd always be best friends for our whole lives no matter what. I think they were sort of a testament to how much we trusted one another; it could be something as simple as bringing the other person a meal at the library, or asking them to convince their friends to come to the first meeting of a club you'd just started, but we never went back on one when we were together. She always told me how much she loved it.

DARTMOUTH005065

She comes from an incredibly wealthy, well decorated family (she cried to me for months when she "only" got into REDA for the reason that every other member of her immediate, and at least 80% of her 35+ large extended family went to Ivy League schools), while neither of my parents attended college or have ever really been able to provide me for financially since we lost everything in 2008, since when my parents have been living paycheck-to-paycheck and I've done everything in my power to minimize the financial burden I pose to them and help stop the incredible suffering I've watched them experience from not knowing if they'd be able to make our rent or car payments for months at a time. REDA and I were always so considerate to one another about things like these though; I feel like she always understood, and would never asked twice when I asked if we could try a cheaper restaurant, or pick the cheaper flight as we traveled between Seattle and Boston with each other for school, and I did all I could to minimize the number of things she had to miss out on for dating someone so much poorer than her, and buy her gifts the size of the ones she bought me. While we were together in school, I used more of my spare money on her than I did on myself. Other than my laptop computer, the two most expensive purchases I've made in my entire life were presents I got for her. I still wear most of the clothes she gave me as gifts because they're most of the nicest I own, even though I have to think of her every time I look at them as I put them on to wear or see them in my dresser.

And so going back to the commitment I'd made to see her in Denmark, this was the biggest instance of me going beyond my means to try and do this for her, and I wasn't even really sure how I was going to get together the money for it yet, especially since my parents had been especially tight on money in the months leading up to this. By total coincidence, I was given a much larger refund check than normal in the fall term – roughly $5,000 dollars, while checks I'd received in the past ranged from $600-1,500. I assumed this was because my parents' income had fallen substantially below what it was the previous year. Thus, I used the money to cover all of my expenses for the next 5 months, pay for the Denmark trip, and also do something really special for REDA to celebrate her birthday which was occurring during the trip, as well as our recent 4-year anniversary. And so I went ahead and did just this.

We'd started talking on the phone for at least 20 minutes every day starting in the fall of last term when she went abroad. REDA s the type of person who needs a lot of emotional support from whoever she's in a relationship with compared to most people, and I'm just the opposite, which I only say now with such confidence because we'd always freely talk about and acknowledge it. This had been something she'd always wanted us to do since we'd started school, but that I had a really hard time to find the time and energy to do every day with all the other social, work, and academic obligations I had while at Dartmouth. Before she went abroad, she also got me to pinky swear I'd make time to talk with her on the phone every day it was possible, and we did from that point on.

When I arrived in Denmark, I noticed a few things had changed about her. Neither of us enjoyed drinking much before, but now she'd get blacked out a couple times a week, and seemed disappointed when I couldn't keep up. A few other things changed that were impossible for me not to notice after having known her for so long, but also too subtly for me to bring up, like she seemed less excited to show me her friends and hear about what I was doing, even though she described her feeling about the relationship in the same way she always had – she loved me more than anyone in the world and could never imagine being with someone else.

When I went back home during the winter, I started to have some pretty severe emotional issues of my own. After having gotten through to final round interviews at Bridgewater, Goldman Sachs, and Deutche Bank, which were the companies I wanted to work at most at the time, and a few others I would've been incredibly excited to get at companies like Amazon, HPE, and UBS, but not gotten any of them, or any of the other 200+ internships I applied for despite having many interviews. I'd been desperately trying to get any possible experience in the financial services industry since my freshman year, but had almost certainly failed to for the 3rd by this point, while there were already more kids that'd have three years of internship experience in the industry than firm's would even want to hire. I just felt really depressed and like I'd fallen too far off the track necessary to get any of the jobs I'd dreamed of. I don't know what makes me this way now that I think about it, but this type of failure has always haunted me in life more than anything.

We live in a pretty small 4-person apartment with 5 people in it, and don't have any desks for me to sit and do work at, so I usually walk a couple miles to Starbucks in the morning and spend a good part of my day there. It's a small community, and there's almost always someone from my high school class working there, so it's impossible for me to go there without running into a few friends from the past. I used to love catching up with people like this, but over the winter, I started to think of the interactions as nothing more than an instance where I'd inevitably have to explain that I was at home, doing nothing over break. It's not that I was embarrassed they'd now know about how I'd failed, just that the interactions would force me to confront my circumstances in my own mind, when my feeling of powerlessness to change them made it so the

40

only thing I could do to cope with it all was try and somehow forget it all. No matter what I did – read the news, browse the internet, or participate in any of the career development or academic programs I'd done to prepare myself for the workforce in the past 3 years. Now all the market and industry reports I'd begun reading to prepare myself for interviews, and to be a good employee at first, but had grown genuinely interested and intrigued by over the years as it became part of my daily morning routine, I'd be overcome with the thought I was just accumulating knowledge that I'd only be able to use if I got a job that wasn't attainable for me anymore. When I participated in any of the leisurely activities that used to help me relax at the end of the day, like watching movies or playing video games, I'd instantly be overcome with hate for myself for being weak enough to waste any time I could be using to maybe save myself from the situation somehow. And so I'd just sit there scrunched up on a wooden stool and a makeshift desk I made out of a shelf in my room, unable to do anything recreational without starting to hate myself moments in being stupid enough to waste anymore time when I was already so far behind where I needed to be, but unable to do anything productive without being overcome by the feeling I'd already invested so much of myself and tried my hardest to achieve something, I needed to come to terms and let it go so that when my unrealistic dream became an impossible one.

This was the first time in the 4½ years or so we'd been dating at this point that I'd had an emotional problem I needed support from her with. I didn't need much – just someone who I felt like was still rooting for and believed in me – I guess because I probably needed someone in the world that actually understood what I was going through, but who'd told me they loved me unconditionally for so many years, and that I could actually believe had a reason to care other than that they had to, to help me believe that after having gone through so many trials and told I didn't have the right qualities in each one, there might be some place out there that'd come to believe I was qualified for any of the jobs that I dreamed of.

During break I'd go on walks in the woods behind my house around 8:00 every night and call her according to our promise. Up until the last week or so days we were together, she was always so excited for these calls where we'd share what we'd been up to that day like we always had, and where she'd comfort me about the problems I was going through. In the last week, she told me that she loved comforting me, but that my happiness mattered so much to her that she was becoming sad whenever we spoke because of how sad she could see I was. I said I thought it was kind of callous for her to ask me to stop being so sad because it was bumming her out, and how mad she'd have gotten if I'd ever said something like that to her in a similar situation. She agreed, and what she said hurt me, but I tried my best to hide all my pain when we spoke after that (we usually FaceTime'd).

The weekend before she broke up with me, REDA went on a trip with her friends REDACTE to Montreal. Her friendship with RE had been a little bit of an uncomfortable situation in our relationship for a while by that point. Ever since the first time I'd met him, she'd always remark about how awkward and quiet he became if I was around. It couldn't help but notice it too, whenever he'd visibly tense up when I walked in the room, or seem to die a little inside when they'd very occasionally facetime and she'd put me on the camera for a moment to say "hi." She became his closest friend at school one point in sophomore year, until at one point she told me she was really worried RE was in love with her, and I told her it'd always seemed that way to me, though I didn't want to say anything about it because he hadn't done anything that'd give me reason to believe he wasn't just shy around people he isn't super close with, and because I'd have never raised a concern like which would result in her having to marginalize a close friendship of hers, and as a consequence of what I was stupid enough to believe was male paranoia at the time: a feeling I was proud of being able to virtually ignore at the time, because I thought it was part of what made me a such a good partner to her, and our relationship such a healthy one. After she raised the concern though, she said it was pretty fucked up considering she had asked me to preemptively not pursue friendships with any girls so that they wouldn't have to feel paranoid that I might end up in a similar situation to the one she was in, and that she was going to start slowly creating distance from him over the next term until they were hanging out once a week or so, instead of most days as they had been. I said that sounded totally fine, and that ultimately, I always trusted her ability to evaluate her friendships with other guys better than my own, but obviously appreciated her telling me about it. After this, she told me she became less close with RE and seemed to for a while, though I never payed attention to it (she'd just report on it to me without any prompting).

She'd spam me with snapchats and texts throughout the day to tell me about whatever she was up to on trips like these, but now, for the first time ever, I didn't hear anything from her. She didn't reply to any of my phone calls or texts either. I could see she'd read them, and so I assumed something must've gone wrong with her phone or something that made it so she couldn't reply.

That next Monday right after she got back from the trip, REDA messaged me "we need to talk," on Facebook. At this point, she'd never raised a problem about the relationship that was serious, or that we didn't immediately talk through, and

DARTMOUTH005067

had only ever told me she wanted to be together for the rest of our lives. We had a trip to Canada we'd planned extensively to go on – she talked for months about how excited she was to go on the first of so many trips we'd go on to see the world with each other. I remember replying "Lololol ok but just fyi ur making it sound like you're gonna break up with me," and then only while I waited for minutes watching the bubbles on messenger go back up and down over and over again, letting me know she was typing and deleting her response over and over as she tried to figure out what to say, did I realize what was actually happening. When we talked at this point, she told me she wasn't sure she wanted us to be forever anymore, but wouldn't tell me why at first. I couldn't understand how she suddenly felt that way, and kept telling her I had to know why. Eventually, she told me that she didn't find me attractive anymore and secretly hadn't enjoyed the sex in the past 9 months. She said it'd almost become like a chore for her in the end, even though I'd always made sure she didn't feel pressured to be any more sexually active than she really wanted to, just so she could impress me, or make me happy. This was the only reason she ever provided me in the end. I can't remember, and still can't imagine her saying this to this day, but she told me it was because she didn't like my skin anymore, or find me attractive in general anymore, and told me she thought I'd become socially awkward since I got to college – I was a lot more cool in high school, and won homecoming prince and class president a couples times each. I guess she couldn't even be attracted to me once the respect and admiration she had from when I was those things faded away. She said that she still loved hanging out with me until the end, but that the sex was just a chore she pretended through to keep me happy, and hide that deep down inside, she felt the opposite of how she'd insisted she had to me every day we'd been together. Her favorite "pinky swear" was the "forever" promise and she made me do it so often. She'd ask me, "forever?" and hold her hand out, and then I'd lock my finger with hers and reply "forever." She would always break the biggest smile after that, and then jump up and grab on my shoulders. I'd pick her up and we'd just hug each other after that. It used to be such a sweet memory.

Just about 9 months or so before that, I'd gotten her a dildo as a present – she'd wanted one for a while, but was too embarrassed to actually go out and purchase one herself, and so asked me to do it for her as a gift, which is was more than happy to. She said she loved it and (though never with, or in front of me) told me she used it every day. We were always very sexually active and into each other before then, but she gradually became less and less interested in generally having sex after she got the dildo. I asked her if anything was the matter, and if she was still enjoying the sex as much as she had before; every time she'd reply that she thought I was as attractive as she always had, and that she was just naturally losing the desire to bang quite as much as we used to, as anyone would four years into a relationship. I understood this and felt the same, but the only. The difference was big enough where it was impossible for me to ignore, but I'd reassure myself her change in enthusiasm was just a natural consequence of her also having the dildo to provider her pleasure. I remember her saying she'd stop using it so the sex would be "especially good" when I saw her, and me insisting she not, because overall, she'd get more happiness from using it in the meantime than we'd get in combination from her being more excited for the first sexual encounter.

In this first conversation, she just expressed her dissatisfaction with the relationship for the first time, but said she still loved me and wanted to make the relationship work. She listed all the things she wanted to try, like starting to have skype sex sessions with each other while we were apart at school, or her taking her Uncle & Aunt's car to visit me on the weekends while we were in school (she had a lot more free time than me while we were in school). I said I couldn't believe that after so many years of me doing ridiculous things to help her with body issues, she couldn't be aware of how much that would hurt me to hear from her; that she wouldn't have cared enough about my feelings (if this was the real reason) to not wait until she'd already decided she wanted to end it for sure, and then come up with some other fake reason I'd believe, and tell me that instead. After a while, I said I was sort of in shock from all this, so I said we should sleep on it and have a longer, very serious talk about what to make of our relationship the next day, she agreed, and I went to bed.

Early in the morning the next day, I woke up and went out in the woods to talk to her, but right when I arrived at the little hilltop with a view that I always paced around at when we'd chat back in the day, she sent me a facebook message saying she didn't want to make it work or talk about any of the things she'd said the day before, and that she couldn't emotionally deal with talking to me for 6 months or so if I remember correctly, because she'd loved me so much and the breakup was going to be too hard for her to bear already, and that she was sorry for leading me on so hard for the past few years.

The fact that we broke up that day isn't what broke me. It was that the person I cared about most in the world, and who I thought, and had always reassure me she felt the same, didn't actually care enough about me once she'd decided she didn't want me as her partner anymore, to just simply not do this in the most hurtful way imaginable. I kept trying to see things from her perspective so I could make sense of it, but I couldn't imagine any thing or situation that could conceivably make me do these things to my ▮▮▮▮ Looking back at things now, I guess she probably just wanted me to think that she felt the same love so I'd keep giving her the affection I'd always provided her up until the end.

42

DARTMOUTH005068

Since then, I haven't actually been able to look at my relationships with people the same way. If the person I'd been closest to in my entire life could've been faking her affection for so long, how could I ever believe that another person I'm less close to for the rest of my life really cares about me in the same way I do about them. I still don't really know or understand when or why she stopped thinking I was the cool impressive person that she cared about so deeply at one point, but at the very start, it broke me that she'd agreed with the opinions of every other person or group I'd tried to gain the approval of since I'd started school here. My closest friend at school, who's the closest person to me in the world now that I think about it, and I've never told him that before, even though we both know we're closer with each other than we even are with our own families. He's the person who helped me find a place to stay here so I wouldn't have to write this appeal while dealing with all the anxieties of being home, and the only person that'd lay there and cry with me about this happening to me.

Now, I can remember parts like her hair, chin and ears, but I can't actually remember exactly what her face looks like. I can imagine the faces of all her friends and relatives who I saw once or twice, but for some reason the person whose face I've seen the most times in my life is the only one I can't remember.

She started blocking me on all contacts after that. I couldn't comprehend how she could care so little about exchanging last words, or trying to be friends afterwards, or just telling me what actually happened so I wouldn't just come to hate every part of myself and who I am that made it so I stopped being good enough, or worth caring about as a friend just because she wasn't sure she wanted to be with me forever anymore. I switched between my apps as fast as I could, trying to find ones she hadn't blocked me on yet so I could plead with her to talk to me one more time so that we could end it differently. In response to one of my messages, she told me I should go to her mom if I needed someone to talk to. This hurt me for reasons I'll have to explain.

**REDA** mom **RED** (I only ever called her by her nickname – "**RE**" ) is probably not like anyone you've ever met. She went to UPenn and worked some at some prestigious law firm in her earlier years, but her father in law was a super famous doctor with a street, and a whole bunch of other things named after him at UPenn, and they both retired decades ago and have been living off the money he left their father when he died at a young age. They lived very comfortably, spending most of the year on vacation seeing relatives, but, as is common in my hometown (where highly educated stay-at-home moms with Ivy League degrees are the norm), **RED** became increasingly troubled by her own sense of purposelessness. I remember one time right when we'd graduated from high school, she started telling everyone about how she was going to apply for a job at Trader Joe's because she wanted something to do that'd keep her busy, and then later when it was just us in the kitchen and she conferred with me about how sad and empty she felt, and then helping her and not being able to believe how well it worked. After **REDA** and her Brother had both left for college, this manifested in her effectively becoming **REDA**'s personal servant. She did absolutely everything for her, and **REDA** loved it and would openly talk about how she could simply ask her mom as she wanted literally any task completed that she didn't want to do herself. **RE** even told **REDA** that if she was ever in a situation where she needed an excuse to rationalize her actions, she could say her mom made her do it, and then pass off the situation for her to handle, and **REDA** would brag to be about how awesome of an out it was to have and used it an incredible amount (more than you could imagine might be possible). So when **REDA** told me to talk with **RE** I felt this was certainly what must've been going on at the time – that I was just an annoying obligation that she wanted to brush off instead of deal with.

Thinking back now, I still don't know if she couldn't speak to me because what she did immediately before the breakup was so bad she wasn't even capable of speaking to me about it, or because she secretly cared about me so much less than I somehow believed. These sorts of things from the end of the breakup still haunt me every day of my life.

I took the offer to talk to her mom, even though I felt **REDA** had direct me to her for this reason, because after being around the house every time **REDA** and I had hung out there over the years, she'd become the only person I was close enough to really understand how close **REDA** and I really were. After we left for college, **RE** started to become increasingly neurotic (she used to openly talk about it to me at length, but she suffered from bi-polar disorder, depression, anxiety, ADHD, and took enough psychoactive drugs each day to kill most people several times over) in a bunch of new ways, one of which was to try and control when **REDA** and I could be together when we were home to make sure they had adequate personal family time, which was especially insane because their family already spent more time together than any I've ever witnessed. The fighting happened between her and **REDA** while I wasn't there, but when **REDAC** would tell her she was being overbearing and insist I be able to come over or spend the night while we were on break, she'd act super weird and uncomfortable when I was over after that, which eventually resulted in her starting to openly

DARTMOUTH005069

antagonize me from time to time. Things got complicated between ██ and I after me and ████ left home for college, in short. Still, in so many ways, she was like a second mother and close friend to me for all those years. We did chores together, and walked their dog Lucy when ████ was feeling too lazy to join, and sent each other funny videos and interesting articles we thought the other would like on facebook.

██ and I got Starbucks and went on a walk in the park where I told her most of what I've described here. She couldn't believe it. I asked her, "with how she ended it, how will I ever be able to forgive her so that we can ever even be friends again," and she told me she didn't know, because, what person could after the way she ended it? And she also said that I needed to promise myself I'd make sure to not ever allow myself to get in a position where someone could take advantage of me again like this in my life. There are so many things about this conversation I still don't know: if ██ was just there because ████ had asked her to have the difficult last words of this relationship with me so she could feel a little less bad about not being brave enough to have them with me herself. Another way of putting the dichotomy between these two versions of reality that could be true in my mind, but that there's no way for me to discern between: ██ could have talked to ████ and learned whatever really happened, and was saying whatever she thought would help resolve the situation easiest, not because she cared about me at all, but because she cared about ████ She could have also known whatever really happened, in which case my interpretations of what her words implied were probably accurate, especially if what happened is as bad as I can only assume. Regardless, I know without a doubt she would have been there if she didn't have another agenda to pursue back then – I'd forgotten how close we used to be until writing this now, but we really did love each other. We were like family. I remember us crying and hugging each other in the car, both unable to say goodbye until my parents eventually came where we were parked (I hadn't told them what'd happened yet), and so I jumped out to leave before they'd see what was happening. Before I'd left at some point, ██ also said it was too fucked up that █████ could just end it without even giving me a final conversation after all these years, and that she'd tell her to give it to me later that day.

Later that day, we talked on the phone very briefly. There questions I remember asking her at the start were, "are you sure you don't want to try any of the solutions you tried before," "how could you convince me to find the money to make that trip to Denmark and all the things we did during it if you knew you hadn't been sure about the relationship for so long," and "what about the trip to Canada we'd planned to go on in two weeks that you were covering to get me back for stuff we did in Denmark?" She instantly replied admitting how wrong this was, and saying she'd pay me a few purchases she didn't really give me an option to not make on her behalf, even though I'd resisted in each case, or only made the purchase after she said that she'd compensate me by covering a short trip to Canada we'd arranged to go on with a mutual friend and her boyfriend from Germany. Originally, these included a dinner where she'd made me pay hundreds more than I'd repeatedly told her we could for weeks leading up to it, and a border fine I incurred while coming back from Denmark and got caught with an alchohol-based marijuana product she'd purchased for her friends at home, put in my bag with a bunch of other things she didn't have room for in her own bag, and so asked me to take back for her in my own.

* * *

This dispute over money is ultimately what caused this situation to proliferate, and what motivated me to write the emails that I was expelled for, and so I am going to go into all the details of the situation to try and make sure you'll at least be able to really understand everything.

When she called me on the Monday after she'd gone on her trip to Canada with ████████ and expressed dissatisfaction with our relationship for the first time, I asked her how she could've told me otherwise for so long if she really knew that she'd felt that way. I told her how used I felt after she'd gotten me to spend a ludicrous and unprecedented amount of money on her in the past 9 months if she'd really felt the way she'd described, and she responded something along the lines of: "you're right, I can't believe how fucked up of me that was, and I'll at least pay you for the expensive dinner and border fine you paid for in Denmark." This is what the $800 dollar debt that I kept insisting she had to repay me for, or at least explain why she didn't think it'd be appropriate for her to pay me anymore. The dinner was at a Michelin Star restaurant – we are both really into food, and I figured it'd be a really sweet and precious memory we'd enjoy from while we were young for the rest of our lives, so I found one that'd be ~$300 for both of us to go to eat at while we were there to celebrate our anniversary/her birthday. The wine menu was incredibly expensive, (~$200) and she was really into drinking at this point, so I told her we should go get drinks at a bar beforehand so we'd wouldn't have to pay for the ones on the menu. We did this, but after we got to the restaurant, she started saying she really wanted it, and talking about how much it increases the quality of the meal and places like that, and I thought it'd be better to just do whatever to make the

44

DARTMOUTH005070

experience perfect since I was already spending a couple weeks of spending money on this anyways, and that it might not be worth it to be stingy here if it might ruin or diminish the memories we'd have of what I'd already spent on, etc.

The border fine I'm describing is one I had to pay when I came back from Copenhagen and was randomly searched at border customs. They found two shot bottles of marijuana-infused alcohol in a bag inside my luggage that [REDA] had filled with things she wanted me to take back for her because she didn't have space inside of her own luggage to take them back. Thankfully, this merely resulted in me having to pay a $500 border fine. Although she was entirely responsible for me incurring this fee, she had been spending far beyond her allowance while abroad and was already strapped for cash, and paid for half of it to help relieve the burden she'd brought upon me without making her own situation more dire. If you look at the email to my parents [RED] included in the police report (presumably just to taunt me since it doesn't contribute to the narrative that I posed a threat) you'll see they never even paid me back this amount.

In advance of all this though, [REDA] had generally been asking me to do a lot of things I'd told her were very hard for me to find the time and money for over the last year or so before our relationship ended. She'd convince me to do these things by saying it was too hard for her to be away from me so much, or because it'd be worth the time and money to see her relatives in the long-run if I was really as committed to the relationship as she was, so when she revealed that she'd actually been lying about how she really felt for all that time, my first initial reaction was to think that she'd been hiding her feelings (wittingly or unwittingly) so that she'd be able to milk me as hard as she could until she eventually came by a good opportunity to leave me. One way or another, it felt like she'd manipulated me, and her immediate and vehement promise she'd pay me for the two things when I'd just started to express this suspicion as it arose in my mind during our phone call, and refusal to just give me another explanation to believe in so these things would hurt a little less, or repay me the amount she'd promised me she would without me asking, made it seem like she certainly felt that way as well, so that was the only explanation I could believe for what'd been going on in our relationship for the past year after then.

The two things she said she'd pay for made up the original sum of $700 or $800 (I think she'd just promised to pay me for the items, but hadn't agreed upon a valuation, and these were estimates of what it'd come out to). I remember this changing at one point because of a situation that came up regarding our flights back east for school in the spring. Whenever we went back to school, I'd always go down to [RED] and hang out with her and a bunch of friends I know there from high school (one of my best buds form high school is in a frat there I'd stay at a lot, and that made me an "honorary pledge" with a pledge name and all). Thus, we'd bought tickets in advance to fly back together a few days before housing became open here at Dartmouth in anticipation I'd be staying in Boston. When this no longer became the case, and it was clear I'd have to go later since I didn't have a place to stay, I asked her if we could work it out as soon as possible to see if I could get my flight changed for free. She told me that she'd have her mom handle it, and after we'd stopped communicating for a while, revealed that she'd changed her own flight instead of my own, despite me having been so deliberately clear that this was, unfortunately something we'd have to exchange a few pieces of information and quickly resolve now that we'd broken up. This resulted in my parents having to pay the cost of changing my flight – $150 – while [REDA] was able to get her own needlessly changed (she'd chosen when we were leaving at her own convenience), and so I tried to get them to pay for this briefly, but guess I must have dropped it or something. This all happened so long ago, and over so many countless days and events that I've just been trying to forget, that its not really possible for me to reproduce every exactly detail surrounding what happened for you. But these are all the ones that I can.

Later on, she would go on to tell me that she wasn't going to give me this money anymore, but refused to provide me a reason why. My assumption was that, because she had already spent more than she was supposed to over the previous months (her parents were planning to have a "serious talk" about how she'd been spending when she got back home), and so she just decided it'd be easier to rationalize some reason why she didn't, or shouldn't have to anymore (especially since the only ramification of acting immorally here would be hurting me, and she could do so without consequence once it started to seem like we probably wouldn't ever see each other again) rather than just pay me for a small fraction of the things she'd convinced me to buy for her against my own will and reason. The reason I demanded an explanation in lieu of the payment she'd promised me, was because in the case she decided not to give it to me, I couldn't accept that she wouldn't even acknowledge what she was doing was amoral. I knew it was well within her right not to, and that its atypical for someone to compensate their former significant other at the end of a relationship for expenditures of this type but I also knew that if she hadn't simultaneously been lying to me about how she really felt about the relationship, and also incessantly demanding I pay for so many things I kept telling her were beyond my means, there's no way she, or anyone else in the world could've gotten me to spend the amounts she'd asked me to on her. When she expressed she also agreed this was the case, that she'd manipulated me, and that it'd (at the very least) be fucked up of her to not at least compensate me for the costs she was most directly responsible for that I'd incurred over the past few months, it made it

45

impossible for me to believe that deep down inside, she might not know how fucked up it was for her to swing on this without explanation.

Related to this is a complicated financial situation that was brought to my attention sometime in the mid-late spring. I noticed that I had been billed for winter-term housing and food, despite not having been there, also having done all that was necessary to inform them I'd be off that term, and having evidence of this, so I reached out to the financial aid office to ask what was up. At this point they notified me that they'd remove the bill for the meal plan, but that if I wanted them to undo the charge they were entire responsible for, I would have to talk with people in my own fraternity, explain the situation, and get them to return the housing stipend which the school had paid them out of my billing account. They also did not explain how I should go about doing so, which resulted in the problem going unresolved even after I did what they'd asked me to and started an email chain with the billing office and my frat's treasurer. Additionally, at this time, they let me know that the billing office had not used my scholarship funds to cover my housing costs during the fall term of 2016, but instead, had given added it to a cash balance the school gives me at the start of each term to cover personal expenses. I think the lady I spoke with is named Christen O'Connor, but at this point she also revealed the accounting error had resulted in me having uncovered housing fees from that term, and that they had, and would continue to be charging me an interest rate you might pay on credit card debt on the balance until I paid it off. So essentially, I was told in the spring after I raised mistake billing had made to their attention, that the money I'd used to pay for virtually everything I'd done between the start of the fall term and the end of winter break (almost entirely things I'd spent money on while doing with **REDA** and had been told was a debit balance I could spend on things like clothes, dorm supplies, and personal expenses, was actually a high interest loan I'd taken out and not been told I'd have to pay back until long, long after when it was impossible for me to do so. Throughout our conversations, the people in the billing department have been painfully unwilling to consider that this would be tantamount to your bank depositing more in your bank account after your employer directly deposited your paycheck. If additional amount they deposited wasn't large enough for you to think there was probably a rational reason for you to receive whatever amount you had, how would this not just be sneaking a high interest loan on top of the cash going into your account, and then not showing the amount owed on your credit account until 6-months later when interest equivalent to 20% of the principal had already accrued?

Anyways, this term I received a check-in hold and was told I won't be able to attend classes unless I took out a student loan to pay off the amount I owed before the check-in deadline. They also finally got to actually removing the fees they'd totally incorrectly billed to my account for winter housing and food just at the start of this term, but also had the audacity to deny any culpability in creating an undesirable situation for me as a result of accounting errors the department had made because allegedly, the department does not make mistakes. Anyways, dealing with this intensely frustrating issue that I've been vehemently blamed for singlehandedly causing, and remembering what I spent most of the money on each time and why, hasn't made what happened in that last year of our relationship any easier to forget.

\*\*\*

After that, I started to ask her why she really ended it. There were so many unanswered questions, it was hard to help but think. I told her that no matter how much she thought it would hurt me to hear the full truth, it'd still be so much easier for me than the alternative – thinking every part of me I had any reason to think might not be enough really wasn't and that this was the reason she ultimately lost her admiration for me as a person. She'd only give me the answer about sex, so I started to ask if she'd cheated on me. I asked if she knew what her unresponsiveness throughout the weekend, in combination with her reasoning for breaking up with me implies she was up to with her friend over the weekend. When I asked her the last question, she totally lost her composure, and couldn't muster a response. After a few seconds of mumbled crying, and a delayed utterance of the word "no." I kept screaming "How?" and she just kept crying more and more. Her silence here was the only other thing she provided that could let me understand what happened. At the end of the call she said "I'm sorry I can't do this Mark" and hung up. It was five minutes long.

**REDA** meant the world to me, and losing her like this would've crushed me regardless of when it happened. But then, it made all the pain of the other insecurities I was dealing with at the time worse. Whenever the thought that I might really be ugly, or stupid, or unemployable, or not cool enough crossed my mind, it became a possible explanation for everything that'd happened which I was powerless to stop myself from dwelling on endlessly.

\* \* \*

46

Aside from that, everything else from between the time between when we broke up and when she was about to arrive back home for school, so everything here is based on what I can remember as I go back through the emails we exchanged during that time.

Looking back now, I guess I actually didn't reach out to REDA or her family at all until after she reached out to me on February 28th, a week after we'd broken up (it seems from the contents of the emails), to apologize for how she'd ended it. None of this happened during the time period which I was accused of violating Dartmouth's community standards of conduct during, but all of it is necessary to truly understand and make sense of what happened during the perpetrated the activity I was expelled for a few days ago, so I hadn't gone back and looked through these emails until now. Truthfully, it's because the memories of all this, especially after what happened during the Spring term, are too incredible to bear. I guess the only way I could stop them from seeping into my every waking thought was to try and forget as many of the little unanswered questions she never gave me a chance to ask, and try to rationalize how the little bits I do feel like I know enough to understand can really be pieced together to explain the little blank spaces in-between them that I'll never be able to make sense of.

Since before we met one another, REDA had a reputation for very unexpectedly doing things were are cruel or unfair to the people she was closest to, and then rationalizing her behavior if confronted to try and make her victim seem like the antagonist. Although she was popular in high school, she had more high-profile fallouts with the people she was closest to over those years, almost always spanning from her total lack of remorse for whatever she'd done, or refusal to acknowledge it – which manifested in her being known for having a very "selective" memory for simply trying to pretend things she couldn't recall bad things she'd done in the past if it seemed like she'd be able to get away with it in the particular situation Of the people she hung out with on a daily basis, she'd express a level of resentment, and extreme jealousy towards any girl that was attractive (no matter how close she was to them) that was so different that what you'd expect from observing her interactions with them that it made me worried for her. I also thought these feelings might relate to the other insecurities she was dealing with, and said she might want to seek help for both in concert. Whenever I brought up my observations to her (we were incredibly open with one another, and constantly had open dialogues about these sorts of things all the time), she'd readily acknowledge that she was, or had been cruel or wrong in whatever instance we were discussing, thank me for caring enough to bring it to her attention, and agree she needed help.

She did things like this to me too from time-to-time, but we'd always talk them out and after a calm respectful conversation (no matter how long it took – that was our rule we'd always pinky swear on). Little things, like becoming visibly upset if I ever asked to watch anything but her foremost program on TV: or agreeing not to eat at a certain restaurant while we were on the way to meet up with a friend to get food, and then suddenly acting so excited about the same option once the other person had joined us that I'd seem like a jerk for opposing. They were very occasional, and if I were the one to point things out to her, she'd almost always acknowledge what she'd done. If anyone else said or did those things to me, it wouldn't have mattered to me. To me, their words or actions would just be expressions of their own shortcomings or contorted worldview. From her, I guess they suggested the person who required such a high level of care and affection from me, and that I cared for so deeply, might not actually care enough to think about my far, far, lesser needs for this care, to consider or value them in the same way. It was just the total certainty I could never imagine pulling a similar stunt on her, and how certainly she'd be angry at me if I did. A few times she turned on her very best friends, because she thought they were being annoying or needy for texting her the same amount they always did, or when she'd always tell me her best friend from high school, REDA was such a slut, or desperate for sex whenever she told REDA about some new guy or hookup REDA has always been jealous of how much attention REDA gets form guys since they were very young, and she was aware of this, and we talked about it a number of times and I tried to help her with it, but it didn't really change over time now that I think about it). On a few instances where she'd done this and I'd present my thoughts and concerns to her, I'd confess that observing her speak about and treat people she'd mislead to believe that she cared so deeply with so little respect made me worry that someday, she'd eventually do the same to me. Her assessment of what made her behave this way was that her insecurity manifested a sense of jealousy within her, and to cope with the feeling, she'd lash out at whoever she thought might be better than herself in some quality of importance to her, like intelligence or beauty. To reassure me, she always told me I was the only person she'd met in her entire life and not felt that way towards. She always said I was the exception, and that the whatever she said she felt to my face was nothing more than an expression of how she truly felt, and that despite us having spent more time together with each other than we had with anyone else but out families over our whole lives, she had only come to love me more with each passing day we spent together, and that I was the sole person she'd been close with and not come to ever feel that jealousy towards, because she said whenever I accomplished something, it made her proud and happy too.

DARTMOUTH005073

When I got this first email from her after a week after the breakup when we'd stopped contacting each other, it made me feel like she was doing all this to me. In my mind, there were only three possibilities. She could've secretly been cheating with me for any amount of time, but lying to me so she could keep the relationship going, and continue getting support and comfort from me until she felt too guilty to keep it going. She could've also been telling the truth in the email, and not meant any of the horrible things she said to me on the phone that I couldn't, and still can't believe she was capable of saying to me at the time – but then what could have caused her to say then in the first place? With the pieces of information I had though, the only explanation that made sense was that she'd felt what she said so deeply down inside that it made her cheat that weekend, knew it had to end after that, but felt so guilty REDA might lost her composure more in emotional situations than anyone else I've ever met) that she couldn't gather herself enough to do it right, and as a result, ended up doing it the way she did. I honestly don't know if that's any more right or wrong now than I did back then, but since I couldn't rationalize why she wouldn't do any of the things that would've made this hurt me less, like care enough to have waited two weeks until she got back so we could've ended it in person, or think about the circumstances she was ending the relationship in, what they would imply to me, how much that would hurt, and how little thought or care it would've taken to prevent me from having to feel that pain. The lack of care either implied our relationship, my feelings, and the prospects of being friends again someday mattered so little to her by the end that she didn't even force herself to stop, decide how she felt, and then show me consideration by acting on her sentiment in a way that wouldn't hurt more than it had to. And at the time, I was too hurt to assume anything but the worst of her. I thought her rendition of the conversation we'd had the past week was substantially altered. I thought this was because she'd altered it to rationalize what happened, and hide from the guilt of making me feel as hurt as she couldn't know I was experiencing (we hadn't spoken in a week), but that she must've not been able to forget how much probably hurt me based on what she said. Now, after everything we shared, I felt like I'd awoken on the back end of her using me up, throwing me aside, and then figuring out a way to rationalize it to herself so she wouldn't have to feel as bad about things afterwards.



Other than the 5-minute phone call she cried for most of and hung up at the end of, we hadn't had last words. As more time went by, and I sat alone at home with nothing to do but sit in my apartment and walk to the lookout in the woods where I used to go when we talked on the phone and read books, I grew more and more angry that she could unnecessarily hurt me so much. I felt like she'd hurt me and made me feel like a fool for no reason, and **. I felt that if I kept holding in how I really felt in what I said to her, I'd just be allowing myself to continue being tricked and controlled by my thought of who I thought she was and what I'd thought we were, that'd made it so the only way I knew how to resolve any problems that arose between the two of us was to talk them out and make sure both of got to share anything on our minds, and also tried our very best to understand the other person's perspective if there was a disagreement – that was another one of the pinky promises we made the most. Now that she'd presumably cheated on, and thrown me away like this, though my impulse was to be kind to her – it's the only way I knew how to treat her, and the inclination was so strong it still spilled out in the second half of this email in which I was trying to repress it – I started to loathe myself more and more for how pathetic I was for letting it continue to dictate my actions and make me hold back how I truly felt about her ending it the way she did.

DARTMOUTH005074



This email of mine which wasn't included in the Judicial Affairs case file, but I'm showing it here in this complete record of virtually all the correspondence REDA and I exchanged during the period when I committed the actions that I was eventually expelled for, in order to make sure I communicate every piece of information I can that might contribute to your understanding of what happened.

It hurt so much that after I'd spent so many years helping her with her own body issues, the things she said to me on the phone just drove me insane. Between then and when she sent me the apology letter, my pain turned into anger, and my anger made me want to do something to show her my physical affection for her had been as fake as she said hers had been for me. This is when my ability to repress that evil emotion began to falter, and the feeling it'd be easier for me to move past what'd happened if I did let it out was the only in my mind that I could explain or believe. I was ready to believe any understanding of the situation I could rationalize then, and out of that desperation, became weak enough to believe it was right to consciously say something that'd make her feel the pain that she'd made me feel with what she said in the end, and those things were the best I could come up with.



DARTMOUTH005075

These are the three logistical things we needed to resolve before we'd be able to stop communicating with each other until the time she got back in a few weeks, and I wanted to work them all out so I could stop speaking to her (until then) as soon as possible. I just wanted to get my things back, see her face one more time so it'd be easier for me to internalize what'd happened.



To me, what she said about the money was tantamount to her saying: "those two things you said to me were so cruel and unfounded that you deserve to lose these the money that I was the one to bring up and suggest would be fucked up for me not to pay you." It confirmed the suspicion that had been driving me mad – that she'd just come up with some alternative narrative that absolved her of wrongdoing, and which she could walk away from this without feeling bad about it by believing – when she accused me of trying to manipulate her by using her mom, because I really only told REDA what RE had actually told me right after the breakup, and for the sole purpose of trying to convince her what she'd done was cruel when it started to seem more and more like she wouldn't even acknowledge that for me anymore.

This was a lot of money to me and my family and almost nothing to her's. After feeling so deeply disrespected already, this made me more angry and spiteful than I've ever been in my entire life. How could she so strongly feel I had no right to express the exact same type of hurtful thoughts she shared with me, after I pleaded she just do any. I guess I really just wanted anything that'd reassure me she at least knew how hurtful what she did to me was, and that she cared in some way, so I could feel like I knew she really did care about me in the end, and what we'd been through wasn't really a lie. That's really what I was so really desparately begging her to give me now that I look back.

I took her response to mean she didn't think all the things she'd said and done couldn't possibly justify any of the anger and hate I felt towards her, and that she should've been able to comeback whenever she wanted to and expect me to still be

50

there pleading she help me change things so that we might be friends again someday. I don't totally know why now, but it drove me mad that she wouldn't communicate the logistical things we actually needed to resolve. I guess when I explained it'd make things easier for me to handle them sooner than later, but she refused to, and drew out the process for so long nonetheless, it felt like another instance of her disrespecting me for no reason other than that it wasn't of consequence to her, and she didn't have any personal motivation to complete them so why bother instead of just having him wait? But the things I said after I'd started to think I might just be sitting back and letting her be unfair to me one last time, and that I was experiencing my final moment to achieve some better justice than I'd been dealt (which I couldn't live with myself for having been too in-control and reserved to capitalize on if she was really going to withhold the money from me) and so had to do something now, or just live with it forever. I do wish I'd just sat back and lived with it – its one of the couple of times in my life where I wish I'd listened to my parents advice, and the only time I can remember between now and when I started dating REDA that I couldn't just accept someone else had done something shitty to me, understand what they'd done to me was probably a manifestation of some shortcoming of their own, and be the bigger man by being unaffected by whatever they'd done, and coming out of the situation with nothing more than a mental note that I should expect that person might do the same sort of thing in the future. Before I was expelled, and despite these being the worst things I've ever said or done, RED had already dealt me a greater punishment relative to my transgressions that anyone has in my entire life. I have PTSD like symptoms from multiple things from them that come up in my everyday life and I don't know how to make go away, or if they ever will.

I said this during the hearing, but I really didn't have any intention of manipulating her in any way when I told her what her mom had said, and still don't know what she was talking about. I think I was just trying to use every method I could imagine to communicate things to her. That way, I could at least rule out the possibility she might be acting the way she was because she didn't know how it'd made me feel, or thought it wasn't actually that bad, and that I was just being unreasonable.

This is truly how I felt. I don't really know what else to say. I still really can't believe after everything and how she ended it, that she could think that what I said in that email to her was so different than what she'd said to me,and I was so unjustified for saying it instead of unconditionally forgiving her one more time and taking the sorry note she left me a week later, that she could just withhold money she'd suggested that she owed me.

I felt like I knew REDA so well that deep down inside, I felt like this had to be a misunderstanding in some way. I truly felt deep down inside that with enough time and me just trying to talk things out and explain things to her, she would eventually gain her composure enough to be able to act like she always had and show she wanted to understand and care

DARTMOUTH005077

about how I felt. I thought she'd eventually come to see that we really could've had the option to be friends again someday if we got to a point where it might be good for us to be, and so I reached out to her again 5 days later.



I don't know why, but I really did find it torturous that she wouldn't just give me a time and place we were meeting. I gave her an agenda, freedom to choose the duration and place we'd meet, and asked so nicely her to just decide her preferences for this last contact so we could settle the logistical actions we had to perform as a result of the breakup, and when she wouldn't do that for me after I'd asked so many times, I took it as another act of disrespect, and her showing she actually had virtually no respect or care for me as a person by refusing to do something that would take her almost virtually no time or effort (we were only going to be in the same place simultaneously for a few days, and had no obligations). I guess now she probably couldn't, or didn't want to accept that she'd have to see me again for some reason, and that's why she

DARTMOUTH005078

wouldn't answer. I still don't know what could've made her feel that way, or how the sentiment could have been so strong that she was willing to throw away what'd be the last chance for us to ever see each other again, but the only answers I could, and slowly started to believe at the time, drove me mad.



I really had accepted there was no chance it could be remotely healthy for either of us to continue a long distance relationship a while before this point, but I still couldn't cope with the fact we'd almost certainly never talk or hang out with each other again with how it ended. I don't remember sending these, but if someone else had sent these I'd assume it was just a desperate attempt to



I remember really just wanting to go to the DMV because she'd scheduled a time to go, and so if she said that we could meet up together for the last time while she went out to do that, I could know for certainty when to expect it'd happen. We

53

always did those sorts of errands together (I'd take a book or newspaper and keep her company in the car or something) so its not as odd of a thing for one of us to ask each other compared to other people. In hindsight however, it is abundantly clear why she would not prefer to see her ex for the last time on the way to the DMV. At the time, my thinking was senseless, and I just took her refusal to provide me as her being rude and disrespectful, and to serve no reason or purpose I could understand.



DARTMOUTH005080



I'd finally started feeling emotionally capable of seeing friends again and starting to tell people that we'd broken up, so I went to the University of Washington to hang out with a friend for the weekend. There's no need for me to explain the details, but REDA and this friend of mine still hated each other for a particularly bad feud they had many years prior (I remember, it was actually the feud where she became known for having a selective memory – a perspective he went to great lengths to make public after feeling she'd wronged him, but couldn't get her to acknowledge it afterwards), though I was very close with both of them during my senior year in high school and we hung out very regularly – I think I hung out with both of them after school at separate times almost every day of my second semester senior year, but sometimes those times would overlap and they'd see each other while with me. They always pretended to get along, and even seemed to enjoy each other at the time, but after, he told me they'd actually still hated each other and just pretended otherwise so I didn't feel like I had to pick which one of them I wanted to be friends with. When I told him we'd broken up, he (pretty callously, like it was amusing) said, "oh what dude? I thought you guys were going to get married someday?" He couldn't have understood how hard it was for me, or why that'd hurt me with how little information I could bring myself to reveal to him about the breakup, but it honestly disturbed me. I think my facial expression alone told him that wasn't the appropriate type of commentary to make, and he quickly changed his tone and tried to comfort me the rest of the times we hung out while I was home, but I think that initial response he gave me just ripped me apart. The version of this I described in the email is dramatized, but based on that.

The reason for this is that it made me think about everything she did to mislead me into thinking she was incredibly committed and certain about our relationship until the very end, which reminded me of my suspicion she might've secretly been using me by the end by simply lying and saying she felt that way when she knew she didn't so that she'd continue to benefit from it. The thing REDA was referencing was a time when he'd asked me if I thought I'd get married to REDA someday. This had come up in conversations with friends a good number of times before then, and I'd always say I didn't know, or that I really hadn't talked about it with her, even though she really openly talked about & planned for the prospect of marriage very openly with me, and despite my hesitance for the last few years we were together. One time in conversation in the past year or so before this, she described how she had responded when a friend asked if she thought we'd get married, and then asked me how I responded when people asked me. When I told her very honestly, she expressed that she was a little hurt in some way, since she was more open with her friends about it and felt like me sort-of sharing it from mine might be an expression of the fact that I was really less committed than her, and despite us having always relished the fact that everything about our relationship – our respect, admiration, love, and affection for one another – was felt in the same way by us both. I thought it might be good for me to be more open with the people close to me about my thoughts like those anyways, so I said I'd let it out a little more when my buddies brought it up in the future to reassure her – I love trying to come up with little ways I can be able to do something for myself to justify going along with little things like these that might mean a lot to the people I love or know, even if I might not be able to understand why they might even care about or value what I'm doing for them. If there's a pretty good reason for me to do it anyways, and it'd make them happy, the activity becomes more than worthwhile. The reminder of how many of these kinds of things she's asked of me until the end, and how readily, happily (and now I felt, foolishly) I did almost, if not every single one of them that she asked me to.

At this point, one of the things I was incredibly anxious about at this point was that once I got back to school I wouldn't even have the heart to tell my friends what had really happened between REDA and I at the end, because I wouldn't be emotionally capable of confronting how it'd really ended each time I told it to someone. I don't know if I hold myself to a high standard, or have a fear of public failure, or both, but when I try and fail to achieve or produce an outcome, and then fail to despite having really put everything I had into it, it makes me hate and doubt myself more than anything else. I think part of the reason I was able to work so much harder during my internship this past summer and the first few weeks of fall term is that at work, I finally got acknowledgement and praise for things I had worked so long and hard to either improve,

DARTMOUTH005081

or change about myself, but had started to worry more than anything in the world in the past few years I might never actually get a chance to use now, and had actually toiled so long to foster them for no reason at all, other than that I wasn't self-aware enough to realize I wasn't cut out for the job earlier, which'd at least have prevented me from being years behind in the pursuit of whatever line of work might really be obtainable for someone like me. I couldn't bear going back to tell everyone I knew, and that I'd exclusively told my relationship with **REDA** was fantastic – because that's the only way I'd ever felt, and the only way she'd ever told me she did – that she ended it by sending a 3-line message to me on facebook, and blocking me on all contacts aside from when she'd intermittently decided she wanted to talk again. I can't think there's anything I wouldn't have done to just help convince her it was worth it to sacrifice a few hours of her life while we were at home to make a different memory of the end that I could believe in and use to take the place of the one I kept going back to believing she must've only allowed to happen by mistake when her emotions had stopped her from being able to be her true self, as I did, and knew I'd only be able to abate the pain by forgetting. This term, two different friends who still don't know what happened between us asked me if was still dating **REDA** and I still just have to say "oh yeah, we broke up a while ago, wasn't working out" and hope my facial expression, tone, and punctuality are enough to tell them how pained I feel from the mere sound of her name, and desperately I don't want to talk about it.

I had said dark things before this, but when I was simultaneously reminded of all the pain and humiliation I'd come to suspect I might ultimately be suffering from on accordance of actions she perpetrated to use and take advantage of me for the last part of our relationship, and confronted with the fact that there was no chance we'd have a different memory of the end, but rather at best, a slightly amended version of the one we already had,

I also was so desperate for her to just tell me she was sorry and acknowledge that she had hurt me a lot more than she had to, and that I'd just deserved a little more in the end than having to beg the way I was to get her to do that. If she had virtually no understanding for what it must've been like for me, then I thought my impression of our love and how special the relationship was might've really just a one-sided fantasy she'd accidentally tricked me into living by saying words she didn't mean but I was stupid enough to believe were real. I stopped being able to control my emotions when I started believing I'd be a fool if I didn't hurt her back the same way she hurt me instead of begging her to say she way sorry, and as a result, resorted to writing the threats I made in this email. I should've let the money go, it was within her legal power and authority to decide not to give it to me, and I'd give up half my income for the next ten years now to be able to go back and tell myself to be strong enough to have just walked away. At the time though, I just couldn't take it, and weeks of the worst anxiety I'd ever felt made me so sick in the head that I produced these. I'm not trying to excuse what I did, I'm just trying to tell you how I really came to be able to say the things I did here. It's quite clear that her response to my email was the appropriate one for her to make now; it was inappropriate for me to share the experience with her at this point, and an affirmative response from her would've simply encouraged me to write more. It wasn't a real act of disrespect, but in that moment, I couldn't take that she wouldn't give me a sorry, and that was the only thing on my mind. These are all the emails I was expelled for sending.



I don't know what she ever said to them, but right after I sent the first email, **RED** started calling me and my parents. I remember telling her it wasn't ok for her to contact my parents (which I'd asked of her, and she'd agreed to when we talked in person the day of the breakup when we were still on good term with one another), and her telling me to "fuck off, because she and my mom were best friends and she could say anything she wanted to her." Since our last interactions had

DARTMOUTH005082

been good, I assumed REDA must've misrepresented the dispute we were having over money when she'd described it to her, and that she was acting accordingly.



I don't know what RED said that motivated my dad to do that to me, but it hurt and I. Now I realize that since REDAC and I were the only ones that really understood all things we'd bought for one another in the past 6-months or the nature of those purchases other than us, so to RE (who probably knew nothing about it) it might've just been me actually making threats out of nowhere to try and get money from her or something – I don't know. I don't really know any of the content from the conversations she had with my parents after this point, but when they responded to the empty threats I used to try and force them to come to the table on the issue by going to my parents, they didn't just try to stop and control me, they turned against me. And it was easier for me to believe they went that far because what RED said was so insane that it justified their behavior and refusal to believe anything I'd said, instead of that they really just turn on me so harshly at the first sign of trouble. I've learned better since I got expelled though. When I tell them things now or ask them for help, I can tell they don't respect or care about me now that I've just become an item of deep incredible shame that'll come up whenever they have to speak to anyone they know, and will probably keep them up at night hating every part of

DARTMOUTH005083

themselves that created such a fucked up monster that harassed his ex girlfriend so severely with the emails he wrote after they broke up that his school threw him out for it when he wasn't even found guilty of a crime. I know they're just worried I'm going to kill myself now, but if they could take the bigger perspective on things, I think they'd understand it'd probably be easier for myself that way in the end for them too.



This was actually true. When the police officer came to my house, everyone else left and he sat with me on my couch and I told him everything that'd happened, and the story behind the money I had threatened them about. He was very empathetic, but said that since we didn't have a contract or anything like that, it was within her power to just not give it to me or explain why. He also said the REDACT family and I were not to contact each other anymore, which I told him was my only desire and asked him to communicate to them that they were not to speak with my family anymore, and asked to look at my phone to confirm I didn't have any nude photos of REDA which I immediately handed over. After this, I asked him if it would be illegal for me to post on social media about it or say shitty things about her to people outside of her immediate family as long as they were all true, and he said it was as long as I was merely expressing my opinions or feeling and not threatening or slandering them, that there was no reason I couldn't. That's the discussion I'm referring to in the email above.

After I sent the first email, her mom and dad started calling me and my parents saying she'd call the police or sue us if I didn't stop bothering her about the money. At the time, it felt like I was in a fight with the people I'd been closest to in the world just weeks before. I felt like she'd started this all when she broke my trust and said all the things she'd told me that Monday after she got back from Montreal with REDACTE The email I sent in response to her apology letter were the first words of mine I had any reason to believe she'd read. Thus, it was the first opportunity I had to say anything mean in response to the hurtful things she'd told me on the phone to me the week before, and I was too stupid and weak at the time to pursue the course of action that it's depressingly obvious would have made the best of the situation for everyone involved, and just accept her apology. Both of us would've been better off in the end if I'd had enough self-control to behave rationally and repress my desire to make her feel the way I did, no matter how much what she did might've made me hurt.

When I felt like they were trying to leverage the fact my parents don't have the means to oppose them in a legal battle to get them to control me by delivering the empty threat of a lawsuit. I was crazed enough to think RED s sole intention for doing this was to effectively deliver a threat to my parents which they couldn't know was superficial, and would certainly do whatever was necessary to stop their son from exposing them to the risk of, and doing whatever he'd done that was so malicious and unsolicited that it'd brought their close friend RED so say whatever she told them about their son.

After this point I did two things to get back at her. I felt like I had to bring people from their family into the conflict and unnecessarily share truthful information that reflected poorly on them to reciprocate for how they'd turned my family against me, and that I also still needed to hold them accountable for the money, even if I wasn't going to get it anymore. Beyond that, I also wanted to do something that would make it so neither of us would ever be able to consider trying to engage in a friendship or relationship for the rest of our lives. Beyond that, I wanted to make it so I wouldn't have to worry she might come back to me someday and ask to try things again, and so RED and RE wouldn't try and continue being friend with my parents and make me suffer by keeping some memory of her on the periphery of my life. The two things I did to achieve these purposes were write a tweet, and message two people in their family things I knew they wouldn't want them to know.

The tweet read something along the lines of "Lmao @ when your ex won't pay back the $800 she owes you after the breakup, even though her parents don't work and have been living off her grandpa's trust fund for decades." I deleted it less than 24-hours later. I shouldn't have done it, and was quick to realize it then when my thoughts were the most irrational they've ever been, but I felt like people at least had to know what she'd done now that she got away with it.

DARTMOUTH005084

The messages were to the only family members of hers I was friends with on facebook – her cousin and aunt. They weren't even about them specifically. █RED█ hated her own family – mostly her father and brother – and I told the aunt things that she'd said about them. I did the same for the cousin regarding things █REDA█ had said about his family. Although it did come under the scrutiny of the judicial affairs court, this is the action I regret the most, and the most unbelievably evil and fucked up thing I've probably done in my entire life, and certainly the main reason █RED█ did everything she could to hold true on her threat to "take away my scholarship." These were people I knew, and hung out with and loved. But in the moment, I was fucked up enough to be able to bring them into this just so I could get back at █REDA█ and █RE█ for having done what I saw as the same at the time.

These are the last actions I committed with the motivation of causing any member of the █REDACT█ family harm in any conceivable way. My only direct contacts with them in the last few days before March 12th when I stopped making contact with them entirely are the emails I've provided here.

Although I'd done these things under the presumption I was most certainly not going to receive any of the compensation █REDA█ had promised me, they gave my dad the money a week later when my dad met up with █RED█ to exchange me and █REDA█'s belongings (as I later found out from the email she provided in the police report, she'd actually convinced my parents that I was just demanding payment for some totally random sum of money and threatening to post her nudes if she didn't, as they also describes in their police reports). For several weeks until the Spring term, this was the last I heard of them.

DARTMOUTH005085

Weeks later after I'd arrived at school, RED started to carry out a calculated & strategic effort to make me pay for what I'd done to them during the Winter. At some point she told my mom she was going to try and take my scholarship, and this past week when I was expelled, I think she succeeded so far beyond her goals I honestly think she'd be horrified, no matter how much I know and have been told they hate me by our mutual friends.

Pretty much all the exchanges from this period happened between REDA and the either college, police, or my parents, so there aren't any emails or messages for me to show other than the ones in the report, as well as the following email which I was arrested for sending on or about May 4th and provided during the hearing:



To be absolutely clear, I'd like to reiterate that the information provided up till this point in this letter provides all the facts and circumstances necessary to understand the actions I committed which I was expelled for, and I provided none of it (aside from a brief few sentence summary) because the descriptions of the allegations which had been raised against me included very precisely defined time periods which Judicial Affairs had said the actions I'd committed during were potentially violations of the Dartmouth Community Standards of Conduct, and none of these events occurred in those time periods. After you've read what happened during the spring and see how much worse these actions would seem to the school

The following information is all that is required to understand the events which occurred in the spring term, the time during which I was arrested and given a restraining order (which made it reasonable for my public defendant who the school's officials had told me was familiar with the process, and was my only impartial advisor who have me any assistance with the process), and which I was led to believe the school was accusing me to have been acts of malicious harassment or coercion. Thus, this is the information that I provided to the committee during the hearing.

Weeks later when I arrived at school for the spring term, I'd assumed this was all over. I hadn't heard from the REDACT in weeks, and the police officers they'd asked to visit my house and evaluate the situation had told me that any subsequent contact the REDACT s or I made with each other family members against the other party's will would constitute the other party getting a restraining order against the agitator.

RED must have looked up the Dartmouth term schedule online of something, because on the first day of spring term, my parents started calling me saying that RED was calling them and saying that I'd made more death threats, harassed them, and done a number of other things that I just simply hadn't in the time since March 12th when I'd stopped contacting them in any way, because I simply wanted to know I'd never have to hear from them again at this point so I could just slowly start to forget them and stop everything in my life form bringing me back to the painful memories of them. In the winter when my parents started telling me they'd been in contact with REDA and were unconditionally taking her side & perspective in the affair over my own, I started reacting very, very adversely whenever they'd try to do something to control my actions on REDs behalf and I could identify that it was going on. For example, I remember at one point when my dad suggested he should take my laptop and phone away to make sure I didn't contact them again, I promised him that if he did, I do anything within my capabilities to make sure I was at the library the next morning before it opened so I could send the REDACT something ten times more severe than anything I'd already said. Probably out of concern for their own son, who they wouldn't believe RED was just lying to their faces about, and probably wouldn't admit what RED said was true if he had been doing those things anyways, they kept accepting her calls and listening to whatever narrative she provided them, but would try to hide that they'd been speaking with her from me while simultaneously acting upon what she told her. They were horrible at this, and it was quite obvious when they were acting on new information she'd given them. I'd call them out on this in conversation when they accidentally revealed that they knew something or had a concern which is was almost or totally inconceivable they might raise if they hadn't spoken to her. They'd respond by getting defensive, admitting they'd continued to speak with her, and justify why they felt like they had to and couldn't trust what I

DARTMOUTH005086

said. I'd get calls from them while I was studying, or with friends, or in class, and every time it'd just be lost in disbelief that RED could try and get me back for these things in such a fucked up, sociopathic way weeks later when even I'd become removed enough from the situation to just want to be past it. I wasn't sure if RED would ever deliver on the threats she'd directly and indirectly made to me, but I thought it'd be by spreading some dark rumor about me or something. I guess maybe she felt that over the weeks since I'd sent those messages in the end, the same crazy anger that built up in me when I felt that I'd been unjustly wronged at the end of the relationship, and which eventually brought me to send the messages in the first place probably built up in her, until she also couldn't help but try and at least try her best to bring some reciprocal hardship upon me.

After my parents started calling me and told me all the lies RED had told them about me over the phone, I became livid and sent the following email (from page 23 of the COS Hearing Packet)



JAO NOTE: See page 25 of case packet for more legible version of this email.

On Mar 28, 2017, at 3:27 AM, B                     W                                        wrote:

My sister D        told me that she had just received your Facebook message yesterday.

H       has not asked me to contact your parents. That was all on me.

Sent from my iPhone

On Mar 27, 2017, at 8:45 PM, Mark Anderson                            wrote:

    I did what I did to demonstrate to H        and B       how immature and needlessly harmful it was to bring members of our families into this that didn't want to and shouldn't have been involved, to make sure I never have to worry about ever hearing from you again, and because after h                 was as cruel as possible to me for no reason in the end after everything, and had no desire to do anything to end it differently, which made it honestly feel really good to do something that'd let me know she'd feel a fraction of the unnecessary pain I experienced because of her.

    If you don't remember, she broke up with me by text after 4.5 years the Monday after she'd been gone for the weekend with 2 friends, one who she previously said was in love with her, and didn't answer my texts or calls while gone (we always called at least once a day, as she insisted). The only reason she gave was that she thought I was unattractive and she didn't enjoy the sex. After her being the one to have constantly pressured me into reassuring I wanted to be with her forever, she ended it without ever once saying she had a problem with the relationship beforehand and had virtually no desire to remain friends or reservations this might be a mistake. I could continue on but, I think you might remember some of the behaviors I'm referring to.

    The police officer you had speak with my parents said you'd be harassing me if you contacted my family again.

    I'm at school now and this was out of my mind. Intriguing you felt the need to threaten/provoke me again about something I sent 3 weeks ago. This is my final warning on this matter, do not ever speak to my mother, father, or

23

61

DARTMOUTH005087



She sent the following email in response the next day:



JAO NOTE: See page 25 of case packet for more legible version of this email.

While this seems genuine, this aunt specifically has a reputation for constantly being on facebook (commenting on everyone's posts, live-streaming random everyday things she did like riding her horses, and always speaking in all caps because she thought it was funny) so I took this as REDA simply continuing to. I guess there is a chance she went offline for a while or something, but since RED had threatened to make me pay for what I'd done, I was pretty quick to jump to the assumption that she'd suddenly reappeared in my life on the first day I got back to school to achieve her avowed vengeance, and write off the small improbability it was a coincidence and she might be right, but what she did in the weeks after confirmed my suspicion.

I'd asked to speak with REDA to communicate the nature of my request for privacy, and that if her mom contacted my parents like this again, the only thing I'd be able to do in order to protect myself would be to go out and seek a restraining order. RED was nonresponsive to numerous requests and explanations I'd given her not to speak with anyone in my family since the first day of the breakup when we were still friends and spoke with one another, until the last few days before March 13th when she was speaking with them secretly, so I wanted to try and see if I could communicate the severity of what she was doing to REDA in hopes that she might be able to convince RED to stop.

REDA agreed to this, we unblocked each others' phone numbers, and she gave me a time that she was available and wanted to take the call at. Hours before that time when I was studying in the stacks, she called me, and I ignored the call and asked why she was calling so much earlier than planned. She said she needed to do it earlier now and told me she'd be free for the next 30 minutes or something like that. In less time than she'd told me she had available before her next class, I walked out to the graveyard on Tuck Drive and started smoking a cigarette and called her back. She didn't pick up and I got pretty impatient given that I'd been very flexible and given her full discretion in deciding when the call would take place. She then told me she had to go to class and blocked me again. I thought she'd agreed to my request at first because it was undeniably reasonable given what RED had done, but then just backed out at the last second because she couldn't bear to speak with me, even for a matter of seconds and for this reason, and made up an excuse. I couldn't, and still can't actually can't think of any other reason she'd have done those things.

I was just totally confused at this point – angry because I did not like these people, and wanted so badly to not still be interacting with them, but could not get them to respect or seemingly even listen to my requests for privacy. I called the police to determine what I'd have to do in order to get a restraining order, and they said I'd have to go to Grafton County District court in person in order to file one. This was a 1.5 hour drive with no public transportation, and I wasn't even ready

DARTMOUTH005088

to talk to people about this breakup, let alone ask a friend to drive 3 hours and spend half their day with me in Grafton County getting a restraining order against the family of my ex-girlfriend I'd told them I was in a perfect relationship for the 2.5 years I'd known them for, because I couldn't deal with her mom shit talking me to my parents, so it was very apparent I would not be able to do this while I was in school for the term.

Thus, after REDA blocked me without taking the call or saying anything of substance after she'd agreed to have it, I decided to just try and get her to have it one more time, since I didn't really have another feasible way of trying to make them stop at this point anyways, and so I wrote again the next day:



JAO NOTE: See page 25 of case packet for more legible version of this email.

The "alternative" I'm describing in a sort of threatening and ominous tone here is me going out to get a restraining order against them so I'd be able to feel secure and make sure that if they were harassing me now (as it almost certainly seemed in my mind due to the timing of when she reached out to my parents), I could at least rest easy knowing they wouldn't be able to continue to do so in the future.

Their response to this email was to go out and get a restraining order against me. Two police officers came to my dorm room while I was hanging out with my roommate and his girlfriend. After they said they were there to issue me a restraining order, I became frantic and asked them if we could go to the study room on our floor so we could speak more privately.

Over the next few weeks RED would call the police and S&S and told them I was presenting threats that were very obviously misconstrued versions of things I'd said before, or just totally fictional altogether. For example, at one point a few weeks after REDA attained the restraining order and I had continued not to contact the REDACT amily in any way, a police officer showed up at my door to "sit down and have a talk with me"/look into the possibility that I might have nude photos of her. Because they had already requested another officer do this a month earlier, and had also already sent me the money which I had threatened to post the photos to get them back for refusing to give me (or just explain why they didn't think it was appropriate for them to give to me anymore), and not heard from me in any capacity whatsoever since March 13th when RED sent the police to my home, aside from the brief communications we exchanged about the nature of my privacy request on the first few day of Spring term after RED had started calling my parents again and telling them that I'd been doing otherwise, I did, and still can only believe that her sole intention for seeking protection from law enforcement and the school at this point was to try and get me back for what I'd done to her and REDA months before during the winter. I asked the policewoman who came to my dorm room to talk with me about this matter what reason she had for visiting me about this issue which I'd already done everything in my power to comply with law enforcement and demonstrate was not a threat I had virtually any intention, or even the materials necessary to act upon, and in response, she told me that RED and RE had called earlier that day and expressed fears it might be a current threat for some reason. After a few more visits by the police and phone calls to my parents where RED cited things I'd said between March 10th-13th, and contorted them to make it seem like I was presenting an active threat to her or her daughter, despite me really having just desperately wanted to not hear from them every again after that time.

I can't tell you how unsafe this made me feel in my everyday life at school. Every time I heard an S&S or Hanover Police officer going by Hitchcock down Mass Row, someone with heavy boots and a keychain walking up the stairwell, or the sound of a walkie-talkie, I was start panicking and worry it might be the first sign that they were coming to get me and make me explain a situation I couldn't bear to speak about or possibly be able to come up with a story to explain. I told a couple people at the school what was going on at the time, and they believed me (or pretended to at least), but said the only thing

DARTMOUTH005089

I could really do would be to talk to the police and figure out how to get a restraining order of my own. The threat that RED might call my parents or the police and lie about the situation in a way I couldn't defend at any moment just to toy with me drove me mad, and after a while when it wouldn't stop, I decided that as soon as my phone came in the mail (mine had broken and an insurance replacement was on the way) I would call the Grafton County Police Department and see what materials I needed to bring them if I managed to find a way over so that I could file for a restraining order. They told me that I'd need to provide documentation that showed I had explicitly communicated to the individual that I was filing the order against that they were not to communicate with me or my family, and that they subsequently violated that request.

It was beyond unintelligent for me to think this would make it a good idea to send the email I did, but I think I understand what brought me to it. I was just general anxious and paranoid this entire term, and it made it incredibly hard for me to memorize information. I attended every class aside from the two periods I missed (the day after I'd spent the night in jail, and was not able to get back in time to attend), and tried to the absolute best of my capabilities to get the best grades I was capable of (I thought if I got a really high GPA in my last few terms, it might help my try and overcome my current one when I went to apply for jobs), but simply was not capable of retaining as much testable information as I normally could no matter how much time and effort I put in (my grades this term were largely determined by tests on names, dates, and vocab terms from different historical periods, and in-class participation and discussion). I was also taking what I thought was a much less rigorous class schedule than I'd typically enroll in, but despite all this I got even worse grades than usual. I can see how I was stupid enough to think sending the email might offer me some protection, but please understand that this action that me and the people I was able to get any information or help from this process all came to the conclusion my Judicial Affairs hearing would be about, and that these were the events I thought that I needed to explain.

DARTMOUTH005090

To this day, I have a criminal arrest on my record, will almost certainly have to take out student loans to pay for tuition when I'm not able to graduate on time,  am overcome with anxiety whenever I hear or see an S&S or police office walking around in my building, am humiliated every time I see someone at home (a friend from our high school class who also goes to Dartmouth, and was at home on Mercer Island for the summer, said REDA couldn't stop talking about how funny it was that I got arrested, and how badly she destroyed me; another friend of mine at Berkeley who I saw over the summer, and one of the few people I knew in high school that she didn't, said he heard she "got me pretty good" from another person I hardly even knew).

I guess what drove me insane in the first place was just that when I was so hurt, REDA the only other person in the world that I thought could really understand what we'd been and what this was really like for me, wouldn't acknowledge that she had been worse to me in the end than she was worse to me in the end than either of us could've possibly imagined she'd be after everything we shared, and then when I eventually snapped a few weeks after we'd broken up when my pain and frustration turned into anger and I started to believe the only way I could stop her from hurting me anymore was to force her to understand how her actions made me feel with each thing she did to me from this point on by doing something to evoke the same emotions in her, that she could think I was so wrong for feeling that way I deserved to lose the money she'd said she would pay me.

Imagine if you'd done something in the darkest moment of your entire life, when it felt like the four people that cared about you most in your life started secretly colluding against you and lying about it to your face, and it made you so desperate to find some way to show them you'd hold them accountable for breaking your trust that you did the most unspeakable thing you've done in your entire life. But then afterwards they punish you for it times over, and the one institution you'd been tricked into believing might actually care about you too much to not only do the same, but by taking everything in your life away from you. Before high school, these kinds of situations – where you feel betrayed by people who'd convinced you to trust them, or where the way you'd not only make the best of the situation for yourself, but also get a more righteous justice than you could ever attain by lashing back out at them, by simply being the bigger man and making them live the rest of their lives with the memory of how wrong they were, and the inability to feel sure about how good of a person they really can be if they were able to do whatever they did at some point, the insecurity I feel about myself whenever I remember what I did during the winter – were the ones I was worst at dealing with. But I think from learning the hard way in enough situations, it eventually became one of the strongest parts of me. My friends here always come to me for advice for what to do  in situations that're too emotional for them to handle themselves: my best bud calls me his "social strategy consultant." One of the main nicknames REDA used to call my was "Spock," because she always said I was able to think more rationally than anyone she knew throughout emotional situations. I promise you this wasn't who I am. I feel the same depression and desire not to wake up in the morning now that I did back then, but while every waking thought of every second of my day is focused on this, I've at least been able to use this anxiety and desperate feeling of needing to make things right to give me enough energy to fight through the fog and type this for you in hopes this all really shouldn't have happened this way, and then when you know everything you might come to realize that and save me. But I'm already so fearful of what the day will be like after I turn this in, and am filled with that same constant, desperate feeling I need to do something to stop this, but without any way to act on that urge and do something that might possible help make it right. I've told my friends this before, but over winter break something I realized is that situations like these, where something so important to me in my life has gone awry, but I'm forced to sit at home with no way to act and stop the situation honestly, are the most unbearable for me to endure.

65

DARTMOUTH005091