# Exhibit 35

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

January 11, 2018

Mark Anderson
Sent electronically to Mark.I.Anderson.18@Dartmouth.edu

**PERSONAL AND CONFIDENTIAL**

Dear Mark:

Enclosed is a letter prepared for your meeting on Tuesday, January 9, 2018, when Dean Burke informed you of the outcome of your meeting with the Committee on Standards.

We understand you have been admitted to Dartmouth Hitchcock Medical Center (DHMC). Given that you are receiving inpatient care, we have decided to extend the deadline to request a review of the process. The deadline will be extended to seven (7) days from the day that you leave DHMC.

We will await notification from Dartmouth's Counseling and Human Development office that you have left DHMC, and will confirm your deadline via email at that point.

Sincerely,

Adam Knowlton-Young
Assistant Director, Judicial Affairs

CC:  Office of the Deans of Undergraduate Students
     Anne B. Hudak, Assistant Dean of Undergraduate Students
     Heather Earle, Director, Counseling and Health Resources

DARTMOUTH005312

# Dartmouth

Office of Judicial Affairs
5 Rope Ferry Road, Room 204
Hanover, New Hampshire 03755

January 9, 2018

Mark Anderson
Hinman Box 1230
Hanover, NH 03755

**PERSONAL AND CONFIDENTIAL**

Dear Mr. Anderson:

This is official notification that, following your hearing on January 8, 2018, a panel of the Committee on Standards has found that you violated the College Standard of Conduct II, for which you were charged as a result of behavior that occurred in January, February, March, and May of 2017 when you had repeated contact targeted at an individual. The committee reached no finding for the alleged violation of Standard VI during the same incident. Based on this finding, you have been separated from the College, effective immediately.

Separation is permanent removal from the College community. And, as you are probably aware, a student for whom Separation has been voted is not normally eligible for consideration for readmission to Dartmouth. Information on separations is set forth in the current Dartmouth College Student Handbook.

Students separated from the College must leave campus housing within 48 hours of notification. Please consult the *Student Handbook* for further information.

This sanction will be noted in your record in the Dean's Office and a copy of this letter will be placed in your file. As a result of this action, you must answer any question as to whether you have been subject to disciplinary action here at Dartmouth in the affirmative.

As you know, you have the right to request review of the panel's decision. If you wish to do so, your request must be in writing and must set forth the specific grounds for reconsideration in accordance with the standards and requirements set forth in the current Dartmouth Student Handbook. The request must be submitted within seven days of today's date, by no later than January 16, 2018. Please note: separated students who request review are expected to leave campus while their review is pending, unless they are granted permission to remain.

I know that this is a very difficult time for you. If you have any questions about your status or the decision of the Committee, please do not hesitate to contact me at 603-646-3482.

Sincerely,

Adam Knowlton-Young
Assistant Director, Judicial Affairs

CC:   Office of the Deans of Undergraduate Students
      Anne B. Hudak, Assistant Dean of Undergraduate Students
      Family

DARTMOUTH005313