# Exhibit 37

**From:** Mark I. Anderson <Mark.I.Anderson.18@dartmouth.edu>
**Sent:** Tuesday, January 23, 2018 6:33 PM EST
**To:** Rebecca E. Biron <Rebecca.E.Biron@dartmouth.edu>; Anne B. Hudak <Anne.B.Hudak@dartmouth.edu>
**Subject:** Mark Anderson - Request for Review
**Attachment(s):** "Request for Review.docx","Info for COS hearing.docx"

Dear Dean Biron,

Please respond to this as soon as you possibly can. My entire life is legitimately on hold while this goes on, and I hope you can understand how unbearable it is to be trapped and unable to do anything while I wait for these responses. My request for review, and a compilation of documents which describe many events I was told I'd be able to share information with the COS about in advance of my hearing, but then prevented from doing so by a COS chair who made no effort to evaluate the information for herself, are both attached to this letter. I know they are long, but I insist it is your duty, and that you must review it all so that you can understand this case as well as possible before you decide whether or not to prolong this suffering. All of the information in the document I attempted to share with the COS which was not eventually made available to or considered by any member of the committee, including the chair, constitutes information which would have affected the outcome of my hearing with regard to the sanction imposed. I beg you only to perform an impartial review of this information and provide a justifiable, fair, and mindful response. Please do this for me.

Sincerely,
Mark Anderson

DARTMOUTH005490

**"Freedom of Speech is the Most Beautiful Thing in the World"**

-Diogenes

Dear Dean Biron,

Last time I wrote you, I presented you a single question. You said you would not respond to that question for the sole reason that you might be selected to review my subsequent request for review - this letter, saying specifically;

*"As I may be called upon to consider a request for review for your second hearing, it would be inappropriate for us to meet to discuss my decision in this case.*
*I encourage you to participate fully in the new hearing granted to you. You will have the opportunity to explain to the committee how you view the pending allegations."*

Since October 27th when you responded to my first request for review, Katharine Strong has promised to provide me a very specific response to this question in a recorded conversation about November 16th, but subsequently refused to provide the response she'd promised without explanation about December 2nd. Since October 27th, when you made the decision it was procedurally correct for Katharine Strong, and Daniel Nelson to revoke my membership from Dartmouth College, I have asked the President, Provost and Board of Trustees to simply respond to this question, and none have been willing, despite that other employees of the College have told me they are responsible for evaluating this type of information. It is not a difficult question, or one that would even take more than 2-3 minutes of your time to answer. It is a question that Katharine Strong confirmed I have both a right to ask and have answered as a member of the College, and which Mark Reed said no person in the situation the College has put me in at its own discretion could reasonably participate in the COS hearing I did this past week in a sound state of mind without first having been provided an answer to.

This is the question I am referring to, which I have begged and suffering more than I could ever communicate over the past three and a half months while begging for an answer to;

How could the allegation materials the College and JAO provided me in advance of my disciplinary hearing on September 21st reasonably be interpreted to mean the actions I'd committed prior to the Spring term were alleged to be in violation of the Dartmouth College Community Standard of Conduct II?

Mark Reed agreed no reasonable person could go forward with the hearing you made me attend, and Katharine Strong said I had a right to ask, and have this question responded to, because as Katharine Strong confirmed in a recorded conversation on November 16th, and any rational, unbiased individual who has actually reviewed all the information relevant to that question can easily understand, if these allegation materials do not actually indicate that the College and JAO had alleged this, it would mean that when the College reviewed the information contained in a report from [RED] Police Department submitted by the [REDACTE] family, that it specifically decided that it would not be appropriate to have me attend a disciplinary hearing, or potentially have an above-probation level sanction imposed upon me if the information in this report (and this information alone) were in fact true. As Katharine Strong confirmed in a recorded conversation about November 16th, this would also mean that I had not been given an opportunity to explain this information to a committee, given an opportunity to "admit" or "deny" the

allegation I was found guilty of and expelled for, treated fairly, or according to the rules and regulations of the College's disciplinary hearing process, or the procedural rights I'm promised to be provided in this hearing process, and which the College has a contractual obligation to ensure these rights and processes are fairly upheld for all students it asks to participate in the undergraduate disciplinary hearing system.

From September 22nd until now, you and Katharine Strong have told me that all of this had been justified by claiming the JAO and College did indicate they'd determined that if the information contained in the materials sent by the REDACTE family were in fact true, it would justify imposing an above probation level sanction upon me. You said the allegation materials which the JAO provided me in advance of my hearing indicated this. In December, after being told this for months by yourself and Katharine Strong, Kevin O'Leary and Adam Knowlton Young both said they believed this was not true. Why will you not consider what this is like to be put through?



Although such proof has proven useless to me as I beg to be treated fairly in this process so far, here is an email from Kevin O'Leary where he suggested that I wait to ask these questions until after my hearing. It is morally wrong for you to make any attempt to refuse to answer these questions now. You must provide me a response to the questions which I've been told would be answered over the past 3.5 months.

Anne as told me it is very important to explicitly communicate what I am asking for you do after reading this letter. I am asking you to do the following:

(1) Review all of the information pertaining to my COS hearing, and the circumstances in which a sanction has been imposed upon me since September 21st, which I have gathered and provided for you here.

(2) Either stand behind and justify *each* of the actions I'm alleging have been performed in violation of the rules and regulations of the College's disciplinary hearing system, or admit that regardless of what I have done, I have not been treated fairly or appropriately in this process, and provide remedy for the suffering I've wrongfully been subjected to.

It is your responsibility to supervise this system and the people you've personally decided to put in charge of it. You have a moral, legal obligation to review what I'm writing you about which they have done to

me, and either stand behind it and attempt to justify it, or admit what I'm saying is true, and stop what is happening to me. I promise you that when you review the evidence, you will understand that it is impossible to justify this suffering. I was plainly denied the ability to present information which I'd provenly been told was appropriate to present to the COS at my hearing by multiple employees and administrators of the College, and you cannot possibly justify imposing this sanction upon me where I was denied the opportunity to have my case heard, present most of the information I prepared for the committee to review (including the majority of my opening statement), or present the COS all the information that is relevant to this hearing and the allegations against me.

I have had the pleasure of speaking with at least 12 of this institution's own hand-picked psychiatric professionals and explaining every detail of what I'm writing you here in full, and every single one of them has responded to the information by telling me my concerns are quite certainly appropriate and reasonable. In this past week, I presented a panel of six psychiatrists the 160 page letter which I tried to provide the committee on standards in advance of my hearing last week, and they all confirmed that what I've written is all based in sound logic and reason, so if you believe for a moment that I'm presenting this information to you in an effort to distract from what I've been accused of as I've been told the JAO has tried to make it seem, I can assure you this is a theory that has been investigated and disproved with the highest standard of credibility. I ensure that the various justifications and reasonings to
College has provided me to explain why it's been appropriate for me to have been subjected to this disturbingly sick and deranged torture over the past 3.5 months will not hold up under the same scrutiny. I have a voice, and you cannot infringe upon my right to speak. I have had to go to such incredible lengths to simply try and have this information fairly investigated and reviewed by a relevant authority figure at the College, and you cannot try to punish me for doing this persistently as you've made it necessary for me to do so. It is beyond inappropriate to suggest these persistent efforts to simply have information like this fairly reviewed indicate that I am a threat to anyone in the community. Again, Kristi Clemens told my father over the phone that I refused to follow the instructions and guidelines for how to participate in my hearing, and that i'd been inappropriately contacting employees of the College, and these things at least partially justified imposing this sanction, is demonstrably wrong. I can provide evidence, and the name of each individual who instructed me to contact each person that I have, but you can't stand behind this claim without actually checking to see if it's false as I'm telling you. I cannot compile every email I've sent or received from employees of the College throughout this, but I promise you every last thing I've said and alleged in this letter is true - even the complaint about the billing department which seems extraneous to these matters, but which Adam mentioned in the finding report, and I will defend and provide evidence to support my previous assertions about. I insist you be equally forthcoming in standing behind or explaining the opinions and ruling you have, and will make in this case.

In this hearing system, the lives and fates of students at the College are out in the hands of individuals like yourself who, as Kevin O'Leary and Katharine Strong have explained to me, make rulings like the one you're about to at nothing other than their own unchecked discretion. I am still begging you to review this because I have no other choice available to me in life but to co tongue pursuing fair treatment until the College provides it to me. The damage that has been inflicted upon my life as a result of the abuse and mistreatment nobody at the College has even been willing to review the evidence of over these past three and a half months is not recoverable. It would not be rational for a person in my situation to
continue life if they were in my position and the College got away with doing this to them, but this will not happen no matter what. There is too much evidence of this wrongdoing, and even if you try to impose this death sentence upon me, it is not possible that the public court system will allow you to do this.  Even if the committee on standards hadn't imposed a sanction upon me as a result of my hearing on the 8th, these are the hardships I would have, and now face solely because of the actions the College and JAO have inappropriately committed at my expense.

DARTMOUTH005686

I have not ever had an unpaid debt or credit card bill in my life, but now, because of the unexpected expenditures I've been forced to make to survive this process, I have over a thousand dollars in credit card debt I cannot pay, and haven't been able to work towards paying off because I have not had a choice but to devote every second of every day my anxiety subsides enough for it to be possible for me to be coherent or do anything productive, fighting against my own College to literally stop it from literally destroying every single thing that I have worked for or cared about in my 22 years of existence. I've gotten calls from the bank asking about my bill for weeks, and each time thinking the end of this might be coming soon, and I'd be able to deal with it after that, only for this to be extended indefinitely. This will affect my credit score when I apply for my first loan. There are so many things from this that will haunt me and never let me forget.

I am no longer eligible for federal student loans because if my inability to attend classes last term, as the college notified me in a letter I just received from the College.

I would still have had my life permanently disrupted, and needlessly lost the last 2/3 terms of my senior year in undergraduate school. This all needlessly destroyed because the College decided to inappropriately impose a sanction upon me for information it had reviewed 6 months prior and admittedly decided it was not appropriate to even initiate allegations against me about at that time.

I have never considered physically harming anyone or done anything to suggest I might, and have no intention of harming myself or ending my own life at this point for the sole fact I know that you will not be capable of doing this to me at this point, no matter how hard you decide to make it for me to attain fair treatment and remedy for what's been done to my life with your response to this, but to expel someone from College during their senior year, in a way no individual or counselor can conceive might be appropriate or correct, and the College has persistently refused to acknowledge or respond to after three and a half months of this begging and suffering, and which was submitted by my ex-girlfriends family, who verifiably submitted an erroneous narrative to the College stating I was maliciously contacting them a months after I'd stopped speaking with them altogether, other than to ask them to stop harassing me and my family, or verify they'd honor this request, is nothing short of a death sentence. I can't even begin to describe how deeply you've cut into my life, and what type of depraved suffering I've been through in the past few months for the sole fact I've been treated unfairly.

These are the things I'll have unnecessarily suffered through if my membership at this College is revoked because of your decision here, which I would have not suffered if the College had merely raised allegations against me and given me a fair hearing before expelling me on September 22nd, instead of doing what it has done:

I've been forced to dedicate hundreds of hours over 3.5 months so far of what would've almost certainly otherwise been the start of some of the best years of my life fighting.

I was on track to be making almost double what both my parents make put together after graduation next year, and I will never be able to describe what a horrible, unethical thing it is for you to have all tried to help justify what you've done to rob me and my family of this financial security by preventing me from being able to get a job next year. Instead of being able to give back and help my parents after all they've sacrificed to help get me where I was in the first 21 years of my life before this happened, now I am an unexpected financial liability. The College robbed me of the ability to know or understand what will become of my life after this by revoking my membership in the horrific, unbelievable method it has, forcing me to try again and again for months as I have to simply have the Administrators and employees of the College such as yourself to simply look into this objectively inappropriate treatment I've been dealt, instead of being able to move on from this, accept the sanction imposed upon me with any soundness of mind, and begin to move forward with applying to other College's, telling my grandparents the school that

brought the world Animal House thought I was such a degenerate, vile individual that it expelled me in my senior year, or any of the other things I would have to do if this College were able to get away with this. My parents know I have no choice but to keep representing myself and fighting this, but both of them are self-employed and haven't been able to find work recently. Even the unexpected financial burden of having to pay for my food at home now that I'm not at school using my subsidized meal plan has such a real effect on our everyday lives. My mom just graduated from community college and has been devastated she hasn't been able to find a job for the last year, and my dad. I know these things do not determine if it's appropriate for this sanction to be imposed upon me, but these people have so little thought or consideration for the implications their decisions have on peoples lives.

At some point, you were selected and agreed to serve as an arbiter of justice in this undergraduate judicial hearing system. I hope it is abundantly obvious why it would not be appropriate for you to defer to the judgment or opinions of any employees of the College who've participated in what I've written you about without first investigating these matters on your own. Regardless of the decision you make here, I will almost certainly lose hundreds of thousands of dollars over my lifetime in the form of lost wages, student loan debt, and increased interest costs, all attributable to the fact that these procedural errors were committed at my expense in this disciplinary hearing process. Please understand that no matter what I've done, no rational individual in my position could reasonably accept having this done to them in such a seemingly inappropriate way, when the people who've committed the negligent behaviors and misconduct I'm describing to you will make no effort to justify or explain their actions. Also please understand that if what I'm saying is true, you are the only individual at the College who is in a position to do anything about this. I am only asking you to perform your duties of office by doing what's required to actually know what I'm saying is true, and if it is, for you to acknowledge this and act accordingly. Please do this.

Here are some examples of actions I've personally heard of that are obviously and without doubt, more severe violations of the Standards of Conduct than I've committed, but which the College hasn't persecuted the perpetrators of;

Several students in SAE who've raped people and not had a sanction imposed upon them at their COS hearing. There are so many unpunished rapists who walk this campus, I cannot understand how the College can be so determined and devote the capacities of its JAO to persecuting this and all the other things I've seen students have sanction imposed on them for while such a large proportion of the actual criminals who do harm around here are never made to answer for their crimes.

I believe [REDACTED] was found to have drunkenly attacked an S&S officer, and all of SAE was well documented for having compelled 18-19 year old boys have sex with frozen turkeys in front of the remainder of their fraternity? If you considering approving the sanction the COS has recommended be imposed on me, you absolutely must explain why you think I have somehow proven I am a more toxic, detrimental presence to the Dartmouth Community, and that you're prosecuting me so much more diligently than you did these individuals for this reason, and not because the College has both a financial and reputational incentive to come up with any post-factual justification it can for having expelled me in such a senseless, cruel, and horrific way, but had its own incentives more closely aligned with the brothers of SAE, and did not impose the punishment it has for this reason and no other. My parents and anyone else who you say this to of me will never respect, or care for me again, or want to tolerate my presence, and this is crueler a fate than death.

I can name and produce evidence of at least a dozen different individuals who have made thousands of dollars selling drugs to students at the College, and four off the top of my head that have been walked in on by campus security while clearly in possession of and distributing illegal drugs, and with a great deal of evidence available that the College could have used to justify revoking their membership if the

individual if they wanted to. If your true incentive is to protect the community and remove those who commit the most severe standards of conduct.

Almost every member of every greek life organization at this College participates in what the JAO and police would characterize as hazing - a crime in the eyes of law enforcement, and the College.

None of my counsellors have been able to do anything but offer their condolences to me for having my entire life ruined from becoming a tribute to this draconian College judicial hearing process and suggest I try and hire an attorney if possible, but one of the more senior people at the psychiatric ward your people forcibly sent me to did also have one other suggestion after reading the 170 page report I'd given her in full -- to try communicating my concerns in a different tone, in case the College might be willing to be more reasonable or fair. I disagree with her general notion that I haven't been using an appropriate tone in response to the things the employees of this College have done to me throughout this process, but I just want to remind you that I am only demanding to be treated fairly, and to be provided reparations for the damages and suffering I've needlessly incurred over the time the College has refused to do this for me. Please understand how cruel it is for you and the few other administrators who're entrusted with overseeing this process and ensuring it's performed fairly have put me through all of this at your own discretion. You have a duty to read the documents I have written and provided for you before making the willing decision to further prolong this sick deranged suffering you've chosen to put me through go on for even longer. It is the responsibility of your office to review this Dean Biron, and I insist you must. Nobody at the College has, and it would be nothing short of evil for you to participate in what these people are doing to me without even reading what they've done to me. They have gone so far as to tell my parents that I've been making unsolicited contact with employees of the College for having tried to raise these concerns to the individuals I was instructed to present them to, and cited this as support for the fact that I apparently "don't regret my actions," and that this sanction is somehow justified or necessary.

**These are the procedural errors that occurred in this COS hearing about January 8th alone. Procedural rulings in this disciplinary hearing system must be consistent with the judgment which the College has exercised in previous cases, and there is precedent for the College to cease and desist its disciplinary proceedings and allegations against a student if it has demonstrably committed the types of negligent behaviors and misconduct which I am describing to you here in the disciplinary process. You must explain how each of my following expectations for how this disciplinary hearing process would be conducted is unreasonable, and for each that is not, how the College has actually performed these disciplinary procedures in accordance with each expectation. If you concede that any of my following expectations for how these disciplinary hearing procedures would be performed is reasonable and justified, and that the College did not make due on its obligation to perform my hearing procedures in accordance with any single expectation you deem reasonable, then a procedural error has occurred in my case and you cannot justify imposing this sanction upon me, and must provide relief for any emotional, personal, and financial suffering my family and I have needlessly been put through for the sole reason that these procedural errors have been committed in my case.**

(1) The JAO representative who was responsible for overseeing my hearing, Adam Knowlton-Young, faced a set of incentives that encouraged him to recommend that I ought to be separated from the College at my hearing. As Kevin O'Leary told me in a phone conversation about December 21st, if the COS had not imposed a sanction upon me at this hearing (for actions which, again *the College reviewed about March 28th, and specifically decided it was not appropriate to impose a sanction upon me for these actions alone, and which I have committed no wrongdoing since long before the time the information I was expelled on behalf of the COS reviewing was brought to the College and JAO's attention, as I've provided much evidence of here for you to review)* the College would've probably settled, offered reparations, and admitted wrongdoing for what it has done to me here. As I have tried to raise to the

College's attention, it is wildly unfair for me to undergo a hearing in which the person responsible with weighing in on what sanction ought to be imposed upon me. I make these statements with the intention and understanding I will likely have to explain and review all of this in a court of law, and I beg you to take the time to understand why that is true, as I have provided all you need to make sense of it here for you to review. Please imagine if you were asked to make such a subjective decision as whether or not a sanction, or even separation from the college should be imposed upon me for the actions considered here in two different scenarios; one in which you would post-factually serve to justify your colleague's misconduct and violations of a student's rights by expelling the student, and another where no such incentive was in place. Your judgement could not be reasonably considered to be unaffected by this incentive, and it would be unfair for you to adjudicate this case, as it was unfair for the JAO chair present to evaluate if a sanction ought to be imposed upon me in this case, and determine what information I was allowed to share with the COS at my hearing. This is a serious and grave procedural error. Please stop this Dean Biron.

(2) The COS chair at my hearing did not actually review the information which I provided to be examined by the COS, and which Kevin O'Leary and multiple other employees of the College told me I was free to raise at the hearing. On the day of my hearing, I showed the COS chair an email from Kevin O'Leary stating this, and referenced several other conversations and emails that evidenced the fact I'd been told I'd be allowed to share information at my COS hearing, and she said that she would not allow me to present this information to the Committee regardless of the fact I'd been told I would on so many occasions and had overwhelming evidence to prove. As a result, only a very small fraction of the information I prepared for the COS was made available to it. The chair made the decision to prevent me from sharing information she admittedly had not even read, on the basis that she'd been told not to allow me to share or read it by other employees of the College. It is the duty of the chair at a students disciplinary hearing g to review all the information they submit, and the chair at my hearing made virtually no effort to perform this duty. This is an obvious and grave procedural error.

I don't know how closely you're all working together to try and perpetrate this cover-up, but please consider the fact, once more, that I have been begging anyone at the College with the power who might be willing to review this complaint, including yourself Dean Biron, for three and a half months, and every single possible individual at the College I've been told I should contact has eventually refused to examine this information, or revealed that Kevin O'Leary has instructed them not to respond to me.

(3) I was denied the right to have my case reviewed and adjudicated by individuals who exercise sound, consistent judgment, and perform their duties with integrity. Adam Knowlton-Young and all the other administrators at the College who've responded to my inquiries on this topic vehemently defended that my conversation with Kristi Clemens in April was not part of any disciplinary process and that I had not had any sanction imposed upon me as a result of this meeting; furthermore, I was denied the opportunity to speak about this meeting to the committee, or share my perspective of the events which Adam claims is inconsistent with Kristi's in the finding report. How can you justify not allowing me to share information about a topic with the COS in any way (after I showed the COS chair an email from Kevin O'Leary where he said I would be allowed to present information about this topic in particular at my hearing, she said I would not be permitted to regardless, and that if I tried to present what I'd written about it, she would stop the hearing and send me on a flight back home), and then go on to falsely represent and describe the same events I was not allowed to speak about -- because they were allegedly irrelevant to the hearing -- in the finding report for this hearing. You must explain or justify Adam's decision to deny me the right to present this information, as well as describe what I remembered from my meeting with Kristi Clemens, and then go on to cite misconstrued versions of this same information in my finding report, and have Kristi come to the hearing in person to explain our meeting.

(4) I was denied the right to have my case reviewed and adjudicated by individuals who exercise sound, consistent judgement, and perform their duties with integrity. How can you justify trying to do that for me doing things the College reviewed, in full, on March 28th, and decided it would not be appropriate to have me attend a hearing for, let alone impose this sanction upon me for the sake of "protecting the Dartmouth community. Kristi Clemens even said at my most recent hearing that when we met about March 28th when the College received all the information which has been used to support separating me from the College, that the JAO specifically reviewed this information and decided that it would not be appropriate to impose an above-probation level sanction against me unless I committed some other malicious behavior which was brought to the Colleges attention. I have done nothing malicious or wrong since this meeting, so why are you doing this to me?

Again the College and JAO reviewed all the materials which this sanction, and the contention that I'm a threat to the Dartmouth Community that must be removed are based upon, on March 28th, and at that time, decided that it would not be appropriate to initiate allegations against me. You must explain how the College's decision to declare me a threat to the community and impose this sanction upon me based on its review of these same materials received on March 28th.

(5) I was denied the right to not have a sanction imposed upon me without first being provided the chance to a fair hearing and respond to the allegations I might have a sanction imposed upon me for when the COS separated me from the College on September 22nd.

(6) I was denied the right to be provided consistent, accurate, and reliable information about this judicial hearing process, its rules and procedures, and my rights as a member of the College from the employee's who you selected to oversee this case and process.

(7) The College failed to make due on its contractual and moral obligation to refrain from imposing a sanction upon me or asking me to participate in the judicial hearing process in ways that are not consistent with the procedures set forth in the student handbook. This has been the direct cause of the financial distress me and my family have been put through since this process began on September 22nd. Even if you decide to impose this upon me, you cannot continue making my family have to bear the financial costs associated with doing so in the ludicrous, inappropriate way you've forced me to. You must give me an opportunity to explain and provide evidence of how my having been treated inappropriately in this disciplinary hearing process is the sole and proximate cause of the financial costs I'm referring to.

(8) The College has infringed on its obligation to ensure that sanctions like these are carefully and thoughtfully determined on the basis of the actions which the student committed, not whimsical, subjective judgments about my character and the "true nature" of my words that are based on nothing more than these peoples imaginations, and which they say justifies doing this. If you think I ought to be expelled for the same actions which the College reviewed on March 28th and specifically decided it wouldn't even be appropriate or necessary to initiate allegation against me about them, you must explain how the College could possibly be fulfilling its obligation to see individual cases are overseen and adjudicated in a fair and consistent manner, when it has arrived at these contradictory conclusions about what should be done to me in light of the information which was submitted abuot me on March 28th upon the separate instances the College and JAO have reviewed it since that time. Kristi Clemens called my family on behalf of the College after this sanction was wrongfully imposed upon me again on January 8th, and told my father that the committee imposed the sanction upon me this time because I allegedly (1) refused to follow the instructions I'd been provided about how to participate in the hearing, and (2) that I'd inappropriately acted towards and contacted employee's and individuals at the College in ways that made them feel unsafe. These are egregious things to say about someone, and you cannot justify saying them, much less citing them as the basis for imposing this sanction upon me, when they are not true or

consistent with the evidence pertaining to what has happened in this case. They claimed I do not seem to "truly" regret these actions, and I can do nothing more to show you what a disgustingly erroneous and offensive claim this is than to ask you again to review all the information I have presented to you here. It is not appropriate for them to have acted, treated me, and told others what I've been saying throughout this process isn't really true without actually making an effort to determine if this was the case.

(9) The College has infringed on its obligation to carefully examine and consider all the information relevant to my case, and what sanction ought to be imposed upon me, as demonstrated in the COS finding report from my hearing on January 8th, in which Adam insists that the JAO/College had issued a reprimand against me upon review of the information it received about March 28th, despite that he, Kevin O'Leary, and Dean Clemens have repeatedly expressed that they did not believe this was the case, or that the College took any disciplinary action against me when it received and reviewed the actions which you're being told it might be appropriate to expel me for today. The College's refusal to let me present the information relevant to this case to the COS at my hearing prevented me from exercising my right to have my case heard.

(10) My right to not have sanctions imposed upon me using irregular methods (and for seemingly dubious reasons which nobody will make any attempt to justify or explain) so that I suffer needless, external harm and consequences as a result of the sanction having been imposed as I have here is wrong, and the College must provide remedy for this.

(11) The College has failed to make due on its right to treat me, and exercise the same judgment in my case as it does in other students' disciplinary hearings. Two students who have committed far more heinous violations of the Standards of Conduct, and actually done things to demonstrate they pose active threats to the safety and well-being of individuals in the Dartmouth Community, which and require the sanction that has been imposed upon me: **REDACTED**. You must justify or explain imposing this sanction upon me and not them.

(12) When Katharine Strong imposed a suspension upon me in November for allegedly failing to comply with a deadline in this judicial hearing process (as I describe at the start of the letter I originally submitted for the COS to see), I was wrongfully denied the right to submit a "request to review," which is one of the four elements of what Katharine Strong said constitutes "due process" in this disciplinary hearing system in one of our phone conversations from during, or prior to the start of November.

(13) I was denied the right to submit information to the COS chair who conducted my hearing, and have them review the submitted information before adjudicating my case, and also share it with the COS. The COS chair who reviewed the information I originally submitted, and removed ~90% of it before handing it over to the COS, was not present at my hearing. The COS chair who stood in for him wholeheartedly acknowledged she had not read the vast, overwhelming majority of the information I submitted for the chair to review, and described many of the things which were cited to justify imposing this allegation against me in the COS hearing report from my case. Furthermore, as previously mentioned, I was denied the right to share this information in spite of what Katharine Strong, Kevin O'Leary, and you seemingly told me I'd be allowed to share with the committee at my hearing. They did not allow me to speak about what the College has done to me in this hearing process over the past few months, but then stated my "blaming the College" indicated a lack of "genuine remorse" and justified imposing this sanction upon me. This is an obvious procedural error which materially prejudiced the outcome of my case.


Again, all the information I've been expelled for has been reviewed by law enforcement, and they determined that although what many of the things I said may have been rude and wrong, that I did not

commit the conventional definition of coercive, harassing, and unsolicited malicious behavior that these people are claiming it is appropriate for you to revoke my membership from this College for committing. It is Dartmouth College's own definition of these crimes, which you and I both know all too well are defined by nothing more than the discretion of a few unmonitored individuals who're left to choose what constitutes them whimsically at nothing more than their own discretion. How can they decide the same actions which were not appropriate to raise allegations against me for at one point are sufficient cause to try and impose the harshest sanction available to their jurisdiction at another point just a few months later with no additional finding of malicious action or misconduct. How can a single, unamended piece of information be insufficient evidence in finding of a violation of the Standards of conduct at one point in time to constitute having a student attend a hearing, and only to determine it's sufficient evidence in support of a violation to impose the harshest sanction available if these two rulings were truly based on a similar interpretation of what constitutes a punishable instance of such a violation of these Standards of Conduct.

Please consider how sick it would be for the person in your position to just stand aside and let this happen to me if what I'm saying -- that I have not been treated fairly or appropriately throughout this judicial hearing process, and this is ultimately the sole and proximate cause of all the extraordinary needless suffering I've experienced and tried to describe, and a sanction having been imposed upon me since September 21st -- if what I'm saying is true. Please also consider that you have openly admitted to me that you have not done the due diligence, or been willing to simply evaluate the information I've tried so, so, hard to bring to your attention, and so it is not even possible for you to determine if what I'm saying is actually true until you read what I've said and evaluate the relevant evidence; this is your duty and I plead and insist you perform it now before subjecting me to more of this needless torture. I am not the only person who has worked hard, sacrificed incredible amount of comfort, and gave everything I had in like towards the goal of graduating from this College, and while you have the power to destroy all of that, you are not allowed to do it in this way, and it is wrongful for you to try to. It is so unbearable to be trapped in my own house, unable to do anything because of this. My grandpa has cancer and my dad doesn't think he'll live much longer, and my grandma was sent to the emergency room and almost died the day before my hearing. I don't know how much longer they will live for, but they both purchased flights and hotel rooms I know were very expensive for them, and they were more excited to attend my graduation than I was. I was going to be the first person in my family to graduate, and after I have done everything to achieve this, and nothing in violation of the Standards of Conduct since March 28th when the College received the REDACTE s complaint, and decided that if the information it contained were true, it would not justify imposing an above-probation level sanction upon me. You have not provided me something to tell them for the past 3.5 months

If the College is only doing this because, as Kristi Clemens suggested quite explicitly in a phone conversation about December 22nd, and the collective behaviors of the College's employees have suggested throughout this affair; that it's unofficial institutional policy is to stand by and defend any decision or procedural ruling made by the individuals it entrusts with overseeing it's disciplinary hearing system. I just want this suffering to end, and if the actual underlying reason the College has gone to such incredible lengths to try and justify this is that it does not want to give credibility to the claims I've made here for the sake of the institution's reputation, I will promise to sign whatever privacy or confidentiality agreements you might want me to if you simply relent and treat me fairly, according to the rules, procedures, and precedents of this judicial hearing system. I beg you, all that is required for you to understand how plainly wrong this is to evaluate the evidence I've provided you to actually determine whether or not it is true for yourself, and that once you do this, you will understand that it is true, and the desperate need for you to intervene and stop this. Dartmouth is my home, please just let me come back so I can live again.  I've begged for so long. Please, please just stop this. This is not right, and you can not justify it or cover it up. Please stop trying to do this to me. Fighting this is so unbearable. Please just allow it to stop. My whole life is waking this and fighting it every day of my life like this until the anxiety

becomes to severe for me to function anymore. I would rather have been murdered than accept the unjust fate that you've been told I deserve. The JAO and College ruled that with no further finding if misconduct, it was improper to impose a sanction upon me for the complaint submitted by my ex-girlfriend's family who was making unsolicited contact with my own family at the time which this information and complaint were originally submitted. Dartmouth is my home, and you are not allowed to take me from it and claim I am a threat or negative presence or on the community like this, and for these reasons, and these limitations on how sanctions can be imposed on students are in place for good reason. I did nothing after March 28th when the College reviewed all of the information which this sanction is being suggested upon me because of and specifically decided it was not appropriate to initiate misconduct allegations against me, and you cannot justify trying to impose the harshest sanction possible for these actions alone for no reason months later. Please stop making me suffer by trying to any longer. These procedural rulings are ideological, and you must defend and explain the set of common principles which these two seemingly unreconcilable ideological decisions about what ought to be done to me as a consequence of the information contained in the complaint from the REDACTE family which the College received on March 28th are based upon; the decision it wasn't appropriate to potentially impose a sanction upon me, and the decision that this information demonstrated I am such a danger to the community I should have the harshest sanction possible imposed upon me. These two decisions were made and endorsed by the very same offices and employees of the College, with no additional information suggesting I'd violated the Standards of Conduct coming their way. If the people you've left to oversee this undergraduate judicial hearing system cannot display a modicum of consistency in its judgment of what ought to be done to a student for one single, unamended piece of information based on nothing other than the time of year it makes its way to their attention, how might they be capable of fulfilling their obligation to make these ideological decisions based on a sound, consistent, and easily comprehensible set of principles in cases with different students who're either alleged, or found guilty of similar acts of misconduct.


**"The panel was also deeply concerned that at this hearing, nine months later, the student's description of his pain, anger and motivations did not appear to have diminished over time and did not convey genuine remorse or growth. Despite his assertion that he accepted responsibility and described his behavior as the "worst thing" he'd ever done, the student's other statements led the Committee to believe that he felt his actions during this period were justified and that the Tufts student, her family, and Dartmouth were to blame. Under the circumstances, the panel expressed concern for the safety and security of the Dartmouth community if the student were to continue his education here."**

There is nothing more I could have said or done to express the fact that I am not capable of ever doing something like this again, and never have behaved in a way that resembles how I did in this situation. I do not understand how the committee could believe I do not genuinely regret this, but the suggestion I do not, and much more, that I have, or could pose a threat to the livelihood of anyone in the Dartmouth Community and that I should be separated on these grounds is offensive and wrong. Do you really not believe that during the time when College suggested it was not going to initiate any disciplinary proceedings against me for having committed these actions, that something did not bring me back to the memory of this 4.5 year relationship every waking hour of every day of my life after it ended, and make me regret all the things like this that I did wrong but cannot change? The REDACTE's openly expressed that they intended to submit something to the College to try and get me in trouble weeks before they actually did on March 28th; I have done no wrong by trying to express that this is the case, and it is wrong to try and justify imposing this death sentence upon me for having done so. Please identify that there cannot be room for error in judgment when you make permanently life-changing decisions like these, and these radical conjectures and guesswork about my personal character which this sanction is based upon are. Look at this email:



I do not deserve to ultimately be left with no explanation anyone will believe for all this other than the one that's been provided to me in the COS finding report. The conjectures about my character, intentions, and motivations which this finding is based upon are all false. Please do not help leverage this institutions credibility to help convince the entire world otherwise by signing off on this unlivable sentence.

You cannot make allegations, and impose sanctions on these grounds as the result of COS hearing where I wasn't even allowed to have my case heard. It is morally and legally wrong, and it is your job to supervise this system and prevent these errors from needlessly ruining students lives like it has mine. I have not made unsolicited contact with the REDACTE family in the manner or timeframe which I've been accused of in these reports - I said horrible things that I regret more than anything I've done in my entire life. If you care to read how REDA ended our relationship, it was, but please try to understand how this was the darkest moment of my life. I have virtually no history of behavioral misconduct, or have ever been accused of doing anything that might demonstrate I'm capable of harming anyone in my community before in my life, because this is not representative of anything I have ever thought was acceptable. You cannot justify imposing this sentence upon me now for these things because the people you've chosen to oversee this hearing process changed their minds about them 6-9 months after the College had already reviewed them. If I was truly a threat that needed to be eliminated from the community for the safety of others, the JAO would have said so and acted accordingly in advance of my hearing on September 21st, not clearly violate my rights and the rules and regulations of the judicial hearing process in order to do whatever they please, as they have to me throughout this process.


Sincerely,
Mark Anderson



**"The hottest place in Hell is reserved for those who remain neutral in times of great moral conflict."**
-Martin Luther King, Jr.