# Exhibit 38



**Dartmouth College**  
*David Kotz, Interim Provost*  
*Champion International Professor; Department of Computer Science*

6004 Parkhurst, Hanover, NH 03755-3510

Office: 603-646-2404

# DARTMOUTH

February 5, 2018

Mr. Mark I. Anderson  
3204 West Concord Way Apt. 481  
Mercer Island, WA 98040-6229

**PERSONAL AND CONFIDENTIAL**

Dear Mr. Anderson:

I write to notify you of the determination I have made after carefully considering your request for review of the Committee on Standards hearing on January 8, 2018, at which you were found responsible for violation of Standard of Conduct II, and were permanently separated from the College.

As set forth in the Student Handbook, requests for review may be made only on the basis of either or both of the following grounds:

1. Procedural error which has materially prejudiced the student's case
2. Newly discovered information which, had it been available at the time of the hearing, would likely have affected the outcome either with regard to a finding of responsibility or with regard to the sanction imposed.

I have reviewed the information you provided in your appeal and have determined that no procedural error occurred that materially prejudiced your case, and that there is no newly discovered information.

Therefore, your request for review is denied and the sanction of permanent separation from the College is affirmed.

Separation is permanent removal from the College community. A student for whom Separation has been voted is not normally eligible for consideration for readmission to Dartmouth. Information on separations is set forth in the student handbook and can be found here: http://www.dartmouth.edu/student-handbook/

Sincerely,

David F. Kotz