**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

_____

|  |  |
|---|---|
| **MARK ANDERSON,** | ) |
|  | ) |
|  | ) |
| **Plaintiff,** | ) |
| **v.** | ) Civil Action No.1:19-cv-00109-SM |
|  | ) |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | ) |
|  | ) |
| **Defendant,** | ) |

_____)

## PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF

Plaintiff files this motion to seek that the court designate members of the Dartmouth community who were key perpetrators and witnesses of the actions which are the subject of this lawsuit, but who have graduated from or are no longer employed by Dartmouth, (in particular, Kevin O'Leary, Samuel Emmah, and Megan Corley), as parties whose responses to discovery requests may be compelled without use of a subpoena. Defense counsel has permitted other former employees of the College (for instance, Daniel Nelson) to be inquired in this case, but has previously told plaintiff it will not allow him to question these specific witnesses named in this motion unless the court compels their cooperation.

Plaintiff makes this request so that it will be possible for him to provide these individuals with interrogatories and conduct basic fact finding.

Respectfully submitted,

Dated:  7/22/2020                                    **Mark Anderson**

/s/Mark Anderson

Mark Anderson

JD2018265@Gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the following document was sent electronically to Dartmouth's

Counsel via the ECF.

Date: <u>7/22/2020</u>                                                    Mark Anderson

                                        Signature:_____