UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mark Anderson,
f/k/k John Doe

    v.

                                      Case No. 19-cv-109-SM

Trustees of Dartmouth College


JUDGMENT

Judgment is hereby entered in accordance with the Order by District Judge Steven J. McAuliffe dated December 4, 2020.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                        By the Court:

                                        _____
                                        Daniel J. Lynch
                                        Clerk of Court

Date: December 4, 2020

cc:   Mark Anderson, pro se
       Counsel of Record