## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

_____

**MARK ANDERSON,**

       **Plaintiff,**

  **v.**                                         Civil Action No.1:19-cv-00109-SM

**TRUSTEES OF DARTMOUTH COLLEGE,**

       **Defendant,**

_____

## NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court, ruling entered on December 4th 2020. Plaintiff is seeking to proceed in forma pauperis.

                                Respectfully submitted,

Dated:  12/11/2020                    **Mark Anderson**

                                /s/Mark Anderson

                                Mark Anderson

                                JD2018265@Gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the following document was sent electronically to Dartmouth's Counsel via the ECF.

Date: 12/11/2020                                                                 Mark Anderson

Signature: _____