UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 19-cv-109-SM

2. TITLE OF CASE: <u>Anderson v. Trustees of Dartmouth College</u>

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

6. NAME OF JUDGE: Judge Steven J. McAuliffe

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **December 4, 2020**

8. DATE OF NOTICE OF APPEAL: **December 11, 2020**

9. FEE PAID or IFP: NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES:

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: No Appeal filing fee paid.   No Application to Proceed IFP on Appeal filed.