```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Mark Anderson

    v.                                              No. 19-cv-109-SM

Trustees of Dartmouth College


```
                    CLERK'S CERTIFICATE TO
                  CIRCUIT COURT OF APPEALS
```

    I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 72 through 76

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, December 14, 2020

**FCP KGN'L0N[ PEJ , Clerk**

**By: /s/ Lianne Wagner, Deputy Clerk**

**Dec 14, 2020**


cc:  Mark Anderson, pro se
     Christopher McGown, Esq.
     Elizabeth E. Ewing, Esq.
     Kendall Hoechst, Esq.
     Shapleigh Smith, Jr., Esq.